**Name:** Paul Guebara #40223

**Address:** 2501 W 7th, Oswego KS. 67356

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Plaintiff: Paul Guebara (Full Name)

v.

Defendant(s): all defendants in their individual and official capacity — Keven Basque, mark welsh, Jeff orebough, kyle lawson, michell newsome and Health department. et. all.

CASE NO. **19-3025-SAC** (To be supplied by the Clerk)

**AMENDED** CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Paul Guebara (Plaintiff), is a citizen of Kansas (State) who presently resides at 2501 W. 7th Oswego Kansas. 67356 (Mailing address or place of confinement.) El Dorado correctional Facility Southeast unit.

2) Defendant Keven Bascue (Name of first defendant) is a citizen of Garden City Kansas (City, State), and is employed as Sheriff (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

as sheriff misused his power, made possible only cause he was clothed with the authority of state law. Choosing not to correct constitutional violations. when plaintiff reported the violations to him.

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983          1

3) Defendant __Mark Welsh__ is a citizen of
   (Name of second defendant)

__Garden City, Kansas.__, and is employed as
   (City, state)

__administrator Finney county Jail__. At the time the
   (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

is responsible for approving and denying medical treatment in my case. denied treatment for stomach illness and Hepatitis C (due to cost.)

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

28 U.S.C. 1331(a) and 28 USC. 1367. Supplemental Jurisdiction.

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

Plaintiff was placed in segregated area. locked down 24/7. with all privledges taken away, without any due process, or disciplinary action. Due to this Plaintiff was subjected to cruel and unusual punishment. Denied medical treatment for 2 year for stomach illness. which plaintiff complained of sever pain. and stopped eating for over 30 days. Plaintiff continues to suffer pain from the denial of medical treatment for Hepititis. C. Mark welsh, Kyle Lawson, Jeff orabugh nurse michell newsome. individually. told plaintiff Hep.C. is not an emergency. and would not be treated for HepC. due to expense.

2

XE-2 8/82   CIVIL RIGHTS COMPLAINT §1983

1. Kyle Lawson. Lieutenant citizen of Finney County Jail. Garden City Kansas. acting under color of state law. violated Plaintiffs Due Process rights of equal protection of the law. by placing plaintiff in segergation without any due process. or disciplinary action.. Further denied plaintiff medical treatment stating they "do not treat non-emergency Issues" Further took all privilges, Plaintiff was not allowed to communicate with the outside world. no Phone, no letters, no visits, see Exhibit #3A    perventred access to the Courts. no law library. does not allow any legal material to be sent in by Family and Friends. Plaintiff suffered insury, by not being able to file timely motions. and when he did. mail would be lost. cause the court's never recieved motions. this is a direct violation of 14th and First amendments.
    taking away my Bible. and interfering with medical percribed Glasses EYE treatment as a Form of punishment. and not making or treating other inmate's in this manner. violated equal protection. 14th amendment. First amendment. and Freedom of religion act. 8th amendment cruel and unusual punishment. and the disability act. by denying medical treatment. For Hepitities C and interfering with perscribed treatment.For EYE sight. Plaintiff can not read at all without Glasses this clearly qualifys as a disability. under the disability act. The Fact Kyle lawson violated Plaintiffs constitutional rights is not cured after the Fact. the Violation accured and Plaintiff continues to suffer over the denial for Hep. C. treatment. and plaintiff was denied being taken to EYE Doctor. cause policy doesn't allow this. treatment. Stigma in my left EYE got worse by not having my Glasses

2. michell newsome. and medical Department Denied treatment perscribed by medical staff at Finney County health Center. and Further denied plaintiff treatment for Hep.titis.C. once Plaintiff asked for treatment. I was in the county Jail under the same medical staff for 3 years my Health continues to be affected and Plaintiff continues to suffer from abdominal pain dueto liver Issues. michell newsome told Plaintiff the Jail would not provide treatment for Hep.C. due to expense. and would not approve for an eye Doctor visit to be able to get my Glasses back. or prove they were perscribed treatment. michell newsome is the only nurse to approve or disprove treatment. after consulting administrator mark welsh. who approves or denies treatment based on cost. ms. newsome acts and policies. violate 8th amendment. of Cruel and unusual punishment. ALL DEFENdants are Guilty of treating Plaintiffs medical needs with deliberate indifferance.

Continued. (3) Defendant. Page 2. additional.

Defendant **Jeff orebaugh.** is a citizen of Garden City Kansas. and is employed as a Captain at the Finney County Jail at the time the claim(s) alleged in this complaint arose. was acting under of State Law Yes. only through the power invested in mr orebaugh. was he able to violate plaintiffs Constitutional rights. of the 14th 1st and 8th amendments. and personally treated Plaintiffs complaints with deliberate indifference

Jeff orbaugh stated they didn't need to give Plaintiff any due process. told plaintiff. Hepititis was not an emergency. also said I was not being denied medical treatment. Cuse I had been taken to the hospital. Failed to state. one of those times was due to staff given plaintiff wrong Medicine. and the other times were due to "emergency". the claim by captain that Plaintiff denies medical treatment or refuses treatment is False. Plaintiff has never asked to be treated for High blood pressure. or Heart Issues. only "Stomach Issues" and Hepititis C.

Plaintiff Followed or attempted to Follow the chain of command. Both in dealing with the condition of Jail treatment and medical Issues by "writing" Grievance's." "ICF request," and "non-emergency request."

1

3. mark welsh. (administrator) is also over medical deals with medication and payments. thereof. also is over the policy's affecting medical issue's approving or denying treatments.

Plaintiff attempted to have mr. welsh help in obtaining medical treatment and also get my legal papers returned, eye Glasses and bible. please see Exhibit.4.#20."Supporting #20."

I was punished for helping inmates do Legal work. as the Jail doesn't provide law library and prohibits legal material coming in the mail by family and friends. there is no rule that states I can not read others legal papers. my advice in no way threatend the safty of the Jail. as alleged.   my Glasses were given back to me. the equal protection under the 14th amendment. no other inmate has had to prove their eye Glasses were perscription- and there was no other reason for them to be taken other then to pervent my helping other inmate with legal work. Clearly mark welsh claims Hep.C. 's "not" life threatening. "anything that has immediate life threatening implications we address right away. You have not had any" there has never been a request for Blood pressure treatment.   Clearly mr welsh denied me medical treatment for Hep.C. in fact denies I have life threatening illness.

this is deliberate indifference to my medical Illness. enforcing policy. prohibiting medical treatment for non-emergency Issue's. violates my right to be able to "see." as described in A.D.A. it is a clear disability to Plaintiff not to have his perscribed Glasses

mr welsh clearly violated Plaintiff Constitutional Rights.

Continued (3)

Defendant John Anderson undersheriff is hearby excluded from Plaintiffs action. Plaintiff believes due to letter mailed to under-sheriff, Plaintiff started getting medical treatment.

For that reason MR. Andersen is excused from this claim

Sheriff Keven Bascue.
Can not be excluded. Mr. Bascue acknowledged having recieved all correspondense. See Supporting Exhibit #22. personally violated Plaintiffs rights. Constitutional rights. and denied Plaintiff medical treatment. for Hep. C. and denied delay treatment of Stomach illness. and condoned violations by his staff. Sheriff Bascue blocked and intercepted and covered up the violations of Plaintiffs Constitutional rights. by not allowing Plaintiff to report these actions to internal affairs. Abused his power. by not correcting the violations of Constitutional rights. personally violated 14th amendment and disability act.

Plaintiff continue's to suffer from the denial and the interferaning of perscribed treatment. with his action mr Bascue personally violated my rights and cused me to suffer from Pain. and continued deterioration of my Health. and enforcing policy of non-emergency treatment. if its not an emergency there is no treatment. violates right to be free of pain and deliberate indifference to medical needs.

3

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: <u>First amendment, 8th amendment, 14th amendment. Religious land use and institutionalized persons act. Rehabilitation act and Americans with Disabilities.</u>

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

<u>Lt. Lawson, placed Plaintiff in seg (after serving 10 days dis-seg) without any due process. took all my property, all my privileges were taken without any disciplinary violations. I was not allowed to communicate with the outside world. I was not allowed to mail letters, make phone calls or visit. hindering my access to the Courts. with no law library.</u>

B) (1) Count II: <u>8th amendment. cruel and unusual Punishment. mark welsh, Lt. lawson, Jeff orabaugh, sheriff koven basque, and mitchell newsome, personally and directly or indirectly Denied Plaintiff medical treatment.</u>

(2) Supporting Facts: <u>Plaintiff requested Aid in getting medical treatment to the named Defendants. all denied Plaintiff medical treatment. the pain and suffering complained of was due to Hep-C. and Stomach illness. I was denied treatment for 2 years on stomach illness. and still no treatment for Hepititis-C.</u>

3

XE-2 8/82        CIVIL RIGHTS COMPLAINT §1983

C. Cause of action. (additional Page 1)

First amendment violations.    by Lt. lawson.

(1) Lt lawson. gave the directive to take plaintiffs property. prohibited Plaintiff from having his bible, would not allow Plaintiff to write or recieve letters from family and friends. Could not visit or make Phone calls. hindered access to the Courts. and threatend Plaintiff with disciplanary action if Plaintiff continued to write Grievances and go through Chain of Command. See Exhibit. 2 A (retaliation.) then denied doing so. See Exhibit. 8-A  Exhibit 1A refers to no law library.

(2)  14th amendment violations, 8th amendment and A.DA amendment act. Lt. Lawson. Capt. orbaugh. mark welsh. Sheriff Bascue, Michell newsome and medical Department. were "all" personally involved in the violations of Constitutional rights. all responded to complaints from Plaintiff about violations. See "Exhibits" the right to medical treatment, the right to practice religion, the right to communicat with the free world, the right to First Class mail. the right to access to the Courts the right to be able to See and read. the right to be free from Cruel and unusual punishment. are all rights protected by the constitution and federal law. and each named individual was informed in writing by Plaintiff that those rights were being violated by them. Each defendant responded as the they were above the law. "Jails" do not Follow I.M.P.P. Kansas Department of Corrections. "internal management policy and procedure"

3. C

Therefore the Court should not offer the same case law protection as afforded to prisons. Finney County Jail has different policy's concerning medical treatment for "intervention for infectious and/or communicable disease."

The County Jail policy or lack thereof. violates the rights of inmates protected by the Constitution.

The violations of Plaintiffs. Constitutional Rights that were violated by the defendants. and the Pain and suffering and yes even mental stress. to the point of suicide attempts. is not cured after the fact. or by Plaintiffs transfer. that pain and suffering has happened. and the Denial of medical treatment continues to cause Plantiff pain and suffering and mental stress. due to fact that Plaintiffs Health continues to deteriate. for the lack of actions and actual actions taken in the negitive that directly affect Plaintiffs Health. and the constitution and laws of the supreme court. dictate relief.

Respectfully
Paul Guebara #40223
2501 7th
Oswego Ks. 67356

3.C.

Jurisdiction.

Plaintiff believe the Court has Jurisdiction to deal with state claims that have resulted out of constitutional rights violations. invoking.

28. USC. 1331(d) and 28 USC 1367 "Supplemental Jurisdiction"

the court should not dismiss Plaintiff's Claim on the Grounds that Supreme court and Constitution Both support relief.

applying the "wedge principle" as in Boyd v. United States. 116. US. 616-635 (1886) and Reid v. Covert 354 US.139.-40 (1957) LED Hn.34

I urge the Court to apply the wedge principle.

First amendment. Procunier v. martinez 416, US 396. 413-14. 94 S.ct 1800, 1811 40 LEd 2d. 224-240 1881 104. LEd 459. 473. (1989)

medical. Brown v. Johnson 387 F.3d 1344. 1350. -52. (11th Cir 2004) ( holding H.I.V. and hepititis were serious needs)

Brock v wright 315, F.3d 158, 162, (2nd Cir 2003) the second circut defined a serious medical need as "a Condition of urgency one that may produce death, degeneration or extreme pain.

Mckenna v. Wright. 386, F 3d 432. 437 (2d. CH. 2004) holding an extended delay in starting Hepititis-C treatment constituted a valid Claim.

estelle v. Gumble. 429 US 97 104-05 97 Sct. 285.-291 50 LED 2d. 251, 260 (1976)

Bonds. v. Smith 430 US 817 828 97. Sct 1491 1498 52 LEd 2d 72, 83 (1977) Law library's

10

Case law.

Calhoun v. Detella 319 F 3d at 943. (noting that nominal damages "are awarded to vindicate rights not to compensate for resulting injuries" and that punitive damages "are designed to punish and deter wrong doers for deprivations of Constitutional rights the are not compensation for emotional and mental injury.)

Nelson v. CA Dept. of Corrections. 2004 WL. 569,529 (ND. Cal mar.18. 2004) aff'd 131 Fed APPX 549. (9th Cir 2005) unpublished.

The Court said. even if nelsons complaint does include a request for damages for mental and emotional injury. it also includes a claim for an eighth amendment violation as to which the 1997 e(e) requirement. does not apply. in other words damages would be available for violation of his eighth amendment rights with out regard to his ability to show physical injury."

Memphis community Sch. Dst. v. Stachura 477 US. 299 307. 106 S.Ct. 2537 (1986) Jolivet v. Deland 966 F. 2d. 576-77 (10th Cir 1992) (award for emotional harm from discloser of private correspondence) Hill v. Marshall 962. F.2d 1209 1215 (6th Cir 1992.) Citing mental anguish from increase risk of turberculosis infection) Wright v. Sheppard 919 F.2d. 665 669-70 (11th Civ 1990) (in computing damages Court should consider evidence of Pain. humiliation, emotional distress, mental anguish, Physical injuries that limited the Plaintiff ability to work, nightmares and lose of his house his Job and his wife.)

tf

C) (1) Count III: 14th amendment. due process. and equal protection. violations. upon my transfer the violations that I had suffered were not cured by my absence.

(2) Supporting Facts: I was treated different then all other inmates I was lock down 24/7 for months without due process and was told they didn't have to give me due process. supporting document #er 13. I continue to suffer pain from denile of treatment

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

12

    e) Approximate date of filing lawsuit _____

    f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I have exhausted all administrative remedies. First by repeatedly asking for medical treatment. and writing Grievances. and I.C.F.s to the named diffendants. and even attempted to file a formal complaint with internal affairs and was intercepted by Sheriff.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$500,000.00 Dollars. For denile of medical treatment Pain and suffering. and continued deteriation of Health. "Compensatory" Punitive Damages. in the amount of treatment. and violation of rights $800,000.00

_____     Paul Hulbert #40223.
Signature of Attorney (if any)      Signature of Plaintiff

                                                2507. 7th
                                                Oswego Kansas 67356.

(Attorney's full address and telephone number)

5

XE-2 8/82             CIVIL RIGHTS COMPLAINT §1983