responded to by Lt Lawson.

# FINNEY COUNTY JAIL
## INMATE COMMUNICATION FORM

Exhibit 1-A

TO: administrater Mark Welsh.
         Legal Purpose

THIS IS A: [X] GRIEVANCE  [ ] APPEAL  [ ] REQUEST  [X] OTHER

I was informed that a E-mail was sent out telling officers not to accept any I.C.F.s from me. Concerning my request to be allowed to use the law library as other inmate is being allowed. My request was denied. which is "deliberate Discrimination." as you all well know I'm in the process of filing a civil lawsuit against the very people who deny my request and attempt to block any recourse I can take to address this issue.' my only question now is. #1 who is the person who denied my request so I can make sure that name appears as a defendant in my lawsuit and #2. who is the person who sent out the E-mail blocking me from addressing the issue even through the Grievance process.? I need that persons name for the same purpose!

INMATE NAME: Paul Guebara          B#: 117916       DATE: 4-1-18

JAIL DEPUTY RECEIVING FORM: Cpl Bryant       DATE: 4-1-18

JAIL DEPUTY/RECIPIENT'S RESPONSE: Mr Guebara the Finney County Sheriff's Office does not offer a law library to the Inmate's housed in the Jail. There is no one individual denying this request as anyone receiving this request would deny it.

JAIL DEPUTY/RECIPIENT: _____  DATE: _____

REVIEWED BY RECIPIENT: Lt _____           DATE: 4/3/18

ORIGINAL – FILE

FISJ-J4-12 02

_Retaliation_                                                                                      Exhibit 2-A

# FINNEY COUNTY JAIL
## INMATE COMMUNICATION FORM

TO: __administrator Welsh.        Legal purpose__

THIS IS A: [X] GRIEVANCE  [ ] APPEAL  [ ] REQUEST  [ ] OTHER

I wrote a Grievance on Lawson. Moved up the chain of command to capt orbaugh. which I have not got a response. I was told that one was destroyed and trashed. so now Im moving up to you. I have been trying to find out why Im continued to be treated this way? also why after 10 days Ad-seg. I was placed in this Striped suit. and locked down 24/7 from 8-17-17 till after 11-1-17 sometime. Then I was not allowed to get visits, Phone, or mail. this was done without any "due process" or violation write ups.' why. I was lead to believe it was at the request of Freddie strawder and the courts. Lt Lawson told me it was due to my "behavior and actions." So I asked for copies of the write up to support his claim! of course there isn't any!! also asked for reason why after having my Glasses since 2-26-15 why they were taken as a form of punishment without due process. my eyesight is a "disability" you all violated title 2 of the disability act and equal protection. cause you all don't take all inmates Glasses and force them to prove.

see back →

INMATE NAME: __Paul Guebara__    B#: __117916__    DATE: __2-28-19__

JAIL DEPUTY RECEIVING FORM: _____    DATE: __2-28-19__

JAIL DEPUTY/RECIPIENT'S RESPONSE: __This was answered in a previous ICF by Lt Lawson. no more ICF's will be Accepted on this matter. If you continue you could face disciplinary action.__

JAIL DEPUTY/RECIPIENT: _____ DATE: _____

REVIEWED BY RECIPIENT: _____ DATE: _____

ORIGINAL – FILE

FISJ-J4-12/02

*Reason for actions taken*

# FINNEY COUNTY JAIL
## INMATE COMMUNICATION FORM

*Exhibit 3-A.*

TO: Lt Lawson                    Legal purposes

THIS IS A: [ ] GRIEVANCE   [ ] APPEAL   [X] REQUEST   [ ] OTHER

Lt Lawson. I was wondering if you recall when I wasn't allowed to make Phone calls or visits or write anyone, and it took weeks to even be able to call my lawyer? I was wondering again why you did that?? I had not Broken any rules or received any disciplinary write ups for violating any of those priviledges to be taken away. at one point I was led to believe that it was ordered by the courts. or a request from Freddie Strawder, in a attempt to prevent me from petitioning the courts. could you or would you tell me why this action was taken against me?? I really would like a real answer to this question. I mean I dont want to have to file a grievance and still get no answer. this is very important that I found out why. Cause the motions I sent out in that time period, have never been received by the court. Thank You!

INMATE NAME: Paul Hudson         B#: 11796         DATE: 2-18-19

JAIL DEPUTY RECEIVING FORM: VanMeter         DATE: 2-23-19

JAIL DEPUTY/RECIPIENT'S RESPONSE: Will forward to Lt. Lawson. Your behavior and actions were the reason these were suspended. At no time were there any suspensions of calls to your lawyer.

JAIL DEPUTY/RECIPIENT: _____         DATE: _____

REVIEWED BY RECIPIENT: Lt ___         DATE: 2/25/19

ORIGINAL – FILE

FISJ-J4-12/02

Could not prove or support allegation or claim of misconduct!

# FINNEY COUNTY JAIL
## INMATE COMMUNICATION FORM

Exhibit 4-A

TO: Lt Lawson.                    Legal purpose.

THIS IS A: [ ] GRIEVANCE  [ ] APPEAL  [X] REQUEST  [ ] OTHER

of course I wasn't able to call my lawyer. You have copies of ICF you responded to with that very issue. First you had me locked down 24/7 for 3 months with no visits no Phone and no mail. Check your emails. at any Rate you now say in 2019, "my behavior and actions" "were the reason those were suspended." Could you please send me a copy of the writeups that I got in 2017 concerning my behavior and actions in regards to these suspended privileges! Cause I was never given a write up for none of those alleged behaviors and actions. I had done 10 days disseg behind the Loreese Brant spray gave me, but other than that, I dont recall no disciplinary reports. and what rule allowed you to take my medically perscribed Glasses! what behavior and actions wheres the disciplinary reports to support your claim?? I never got any kind of due process. Please send copies of writeups I never got them! Thank you

INMATE NAME: Paul Guebara          B#: 117916    DATE: 2-25-19

JAIL DEPUTY RECEIVING FORM: N. Canto           DATE: 2-25-19

JAIL DEPUTY/RECIPIENT'S RESPONSE: Mr Guebara, I will not get in a back and forth with you about these issues. You have your answers. No more ICF's will be addressed concerning these issues.

JAIL DEPUTY/RECIPIENT: _____  DATE: _____

REVIEWED BY RECIPIENT: Lt [signature]         DATE: 2/26/19

ORIGINAL – FILE

FISJ-J4-12.02

You have a file with my ICFs and your responses shouldn't be hard to validate your reasoning on my repeated request for you to unblock my phone so I could call my lawyer. I have responses if you need copys!!!

# FINNEY COUNTY JAIL
## INMATE COMMUNICATION FORM

Exhibit 5-A

TO: Lt Lawson:

THIS IS A: [ ] GRIEVANCE  [ ] APPEAL  [ ] REQUEST  [ ] OTHER

Do I have to be on suicide observation to cover up with my "Suiside" Blanket!??? Do I have to be in the padded cell to cover up???? what is my status anyway and whats the purpose of the Blanket???? I'm just trying to avoid conflict. some officer care some dont. Id appreciate so clearification! Thank you.

also could you clearify the canteen Item thing. I really cant have Jelly or PeanutButter with cracker??? or coffee & cocoa. or soup & Beans with chips or tostidas with Beans & soup & chips!??? (whats MY status.) (can I get out to walk)

INMATE NAME: Paul Coulebara   B# 117916   DATE: 9-18-17

JAIL DEPUTY RECEIVING FORM: [signature]   DATE: 9-18-17

JAIL DEPUTY/RECIPIENT'S RESPONSE: You are not allowed to be under [scribbled] your blanket, Bed must be made during daytime hours. staff know what your restrictions are. No other ICF's will be accepted on this matter.

(nese wuz never responded to, was just thrown in my cell.)

I was locked down 24/7 with no mattress or Bedding. Just suicide blanket. denied Rec. 9-21-17

JAIL DEPUTY/RECIPIENT: _____   DATE: _____

(REVIEWED BY RECIPIENT:) Lt [signature]   DATE: 9/20/17

ORIGINAL – FILE

FISJ-J4-12/02

Do I get any kind of (rec) time ??  →  Do I get any kind of (rec) time ??

*answered by Lt laws* *not under sheriff. again attemp to get medical treatment.*

# FINNEY COUNTY JAIL
## INMATE COMMUNICATION FORM

*Exhibit 6A*

TO: **John Andrews. under Sheriff**

THIS IS A: [ ] GRIEVANCE  [ ] APPEAL  [X] REQUEST  [ ] OTHER

Sir. I have sent 2 I.C.F.s of course they were addressed to "John anderson" "under sheriff" so you Probably didn't get it. Im having a hard time getting seen by a DR. due to my status. I've been in Isolated area since 8-17-17. Im in stripe suit. have never made any threats to any staff or inmates to warrant this treatment. I have put in I.C.F.s to Mail Room as my letters and motions are not making it to the courts and letters mailed to me are not given to me. and have not gotten any response. Deputys are not forwarding my I.C.F.s I ask corp wilson he said he has not seen any! so I later gave him one myself. I put in non emergency and they are being lost, ignored, or not placed in nurses Drop Box. could you look into this matter everyone else tends to ignore my requests for help. Thank you.

INMATE NAME: **Paul Guebara**    B#: **117976**    DATE: **4-23-18**

JAIL DEPUTY RECEIVING FORM: *[signature]*    DATE: **04/23/18**

JAIL DEPUTY/RECIPIENT'S RESPONSE: **Will forward....**
**Reviewed on prior ICF**

JAIL DEPUTY/RECIPIENT: ____    DATE: ____

REVIEWED BY RECIPIENT: **Lt** *[signature]*    DATE: **4/24/18**

ORIGINAL – FILE

FISJ-J4-12/02

Denied my right to have my legal papers.
Without just cause.

# FINNEY COUNTY JAIL
## INMATE COMMUNICATION FORM

Exhibit
7.A.

TO: Lt Lawson.

THIS IS A: [ ] GRIEVANCE [ ] APPEAL [ ] REQUEST [ ] OTHER

I need access to my legal paper. as I'm acting as my own lawyer I need to file a couple of motions.
1. For appointment of new counsel
2. Motion for a continuance to move my court date to a further date.
Thank You.

INMATE NAME: Paul Cavehuva   B#: 11796   DATE: 9-12-17

JAIL DEPUTY RECEIVING FORM: _____   DATE: 09/12/17

JAIL DEPUTY/RECIPIENT'S RESPONSE: Will forward to Lt Lawson
You have access to your legal papers for short periods of time upon request to Deputies. They will not be allowed to remain in your cell.

JAIL DEPUTY/RECIPIENT: _____   DATE: _____
REVIEWED BY RECIPIENT: _____   DATE: 9/12/17
ORIGINAL – FILE

FISJ-J4-12/02

One month later. I get to have access to legal papers. But not my Glasses still on lockdown. 24/7 shower every 4 days if they have time.

answered by Lt Lawson.
Refer to Exhibit 2-A
"retaliation."

Exhibit.

# FINNEY COUNTY JAIL 8-A
## INMATE COMMUNICATION FORM

I have been threatened to disciplinary action if I continue to write Grievances, retaliation for the use of Grievance is Prohibited by law!

TO: To John Andrews undersheriff. Legal purpose.

THIS IS A: [X] GRIEVANCE [ ] APPEAL [ ] REQUEST [ ] OTHER

It has been brought to my attention that Lt Lawson has given orders not to accept any more Grievance's from me concerning certain Issue's as I attempt to follow the chain of command. If its true Lt Lawson is High Jacking the Grievance Process. Thereby making it impossible for me to exhaust my administrative remedies and obtain "Discovery" to Issue's in my lawsuit. I have a right to know why Im being treated this way and why he violated my constitutional rights under K.S.A. 19-805 west Sheriff is responsible for conduct of undersheriff and deputies. Right now the Sheriff is allowing Lt Lawson to High Jack the Grievance process! and act as a Final decision maker over policy! I am trying to follow chain of command. as dictated by policy! Please respond and Correct and enforce Policy. Thank you

INMATE NAME: Paul Cowehary   B#: 117916   DATE: 2-28-19

JAIL DEPUTY RECEIVING FORM: _____ DATE: _____

JAIL DEPUTY/RECIPIENT'S RESPONSE: Will forward
There have been no such orders. We do not continuously take ICF's regarding the same issues. We do not deny grievances unless they have been properly addressed. IF you have been "threatened disciplinary action" if you turn in ICF's why then haven't you received any disciplinary actions for the 4 grievances you have turned in this week. You sent one in to me which I answered.

JAIL DEPUTY/RECIPIENT: _____ DATE: _____

REVIEWED BY RECIPIENT: _____ DATE: _____

ORIGINAL - FILE
Capt Orebaugh has the one you turned in to him, You turned this one in to which I am answering, and there is one in to Admin Welch.

Lt _____ 3/1/19

FISJ-J4-12/02