UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAUL GUEBARA )
    plaintiff )
)
Vs. )
)
FINNEY COUNTY SHERIFFS DEPT. )
KEVIN BASCUE ) CASE NO. 5:19-CV-03025- JAR-KGG
KYLE LAWSON )
JEFF OREBAUGH )
MARK WELSH )
MICHELLE NEWSOME ET.ALL )
)
ADDED DEFENDANTS )
FINNEY COUNTY HEALTH DEPT. )
DR. PARKS )
GRETCHEN DOWDY )
HANNAH DOUTY )

## SUPPLEMENTAL CLAIM
### PURSUANT TO FED RULE 15.2 (d)

comes now. Paul Guebara Pro se, and sumbitts this suppemental claim, see rule 15 (d) supplemental pleading , not amended pleadings are intended to cover matters occurring after the original complaint is filed.

### JURISDICTION AND VENUE

This is a civil action authorized by 42,USC.1983. Jurisdiction is invoked pursuant to 28usc.1343 (3) 42 usc 1983, 42 usc.1985. 42. usc 1988 and 28 usc 1331

### PLAINTIFF

Paul Guebara while currently incarcerated at the Ellsworth Correctional facility
    The events alleged in the complaint occured while Plaintiff was in the
Finney County Jail in Garden City Kansas 67846 . FROM 2015 to 2019 A span of over 3 years.

### DEFENDANTS AND ADDED DEFENDANTS

FINNEY COUNTY SHERIFFS DEPT. : WHO IS ALSO EMPLOYER OF 4 Defendants,
FINNEY COUNTY HEALTH DEPARTMENT: ADDED Defendant who also employs 4 defendants 3, who are newly added.

Defendant; KEVIN BASCUE WAS THE SHERIFF Legally responsible for the over all opperation of the finney county jail ,and party to policy making,

1

Dfendant; JEFF OREBOUGH is in command over all jail staff and enforcement of jail policy.

Defendant Kyle Lawson was in charge of dail operations of jail staff .inmate placement, and keeping records.

Defendant; MARK WELSH as adminstrater was in charge of all staff, including medical issues, transportation, to appointments , records , medical bills. and policy making also in some form medication delivered to the jail.

## MEDICAL DEFENDANTS AND ADDED DEFENDANTS

Defendant; MICHELLE NEWSOME, was the Regestered nurse whs responsability included accepting "non-emergency medical request forms" at which point she would determine what treatment an inmate would get, or if he would be refered to finney county health department. Noone could be seen by the Finney County Health department without her approving or refering the inmate. Clearly opperating out side of her personal authority. ACCORDING to her affidavit.

ADDED DEFENDANT; Gretchen Bowdy is or was a physician/provider at the Finney county health Department. Who According to Michelle Newsome was the health Provder. who decided Plaintiff was not sick enough to get Treated for Hepatitis-C.

Defendant ; Dr. Parks was a doctor at the finney county health department who according to Ms. Newsome Dr.Parks is in charge of reading results of test, Blood Draw results, and determines Treatment plan. In Plaintiffs case he failed to follow up on that responsability which resulted in pain and suffering for Plaintiff.

Defendant; Hannah Douty Physician/provider was a provider at the finny county Health Department, who failed to follow up on recomendations accroding to lab results. which caused Plaintiff to suffer undue Pain and suffering.

Each Defendant is sued in their " Individual" and "Official Capacity. at all times mentioned in this complaint. each defendant acted under of case law.

## FACTS

(A) Plaintiff; Paul Guebara Pro se, Was in the Finney County Jail in Garden City Kansas from Febuary 26,2015 til March 21st 2019. the issues in the complaint took place from a span of 2015 to 2019 .

(B) In or Around June of 2015. Plaintiff started complaining of stomach pain. noticing a lump. on 9-28-2015 plaintiff was taken to the Finney County health Department, nothin came from the visit.

2

(C) Plaintiff continued to complain 3 months later plaintiff was given an appointment and perscribed (omeprazole antacid) plaintiff stopped taking that medication because it caused his pain to be more intense,

(D) On 10-14-15 Plaintiff was told he had a "Hiatal hernia" and was also told this could not be the reason for the pain so no treatment would be given for that.

(E) On 11-9-2015 I was told by Michelle Newsome That I had Hepatitis -C I told Michelle newsom that I had seen on T.V. that there was now a cure for Hep-c and I wanted to be treated. I was told I would not be given treatment because the jail would not pay for it.

(f) On 10-17-15 plaintiff was transported by ambulance to the hospital due to being given the wrong medication I was in the hospital for 3 day noresponsive. this treatment was in NO WAY conected to any HEPATITIS-C issues.

(g) plaintiff without deseption has admitted to refusing to take medication one reason was out of fear. the other was if it caused me adverse reaction I was well within my right to stop taking thing that caused me harm.

(h) Plaintiff continued to complain of pain and requesting treatment for both Hepatitis-c and stomach pain.. Defendants started claiming it was all in my head and started sending plaintiff to "Compass behavior health" instead of providing plaintiff treatment for hepatitis -c and stomach issues, that was causing me physical pain enjury and suffering, now I was suffering mental pain and suffering,

Clearly all medical staff defendants are in medical knowledge that Hepatitis-C is a serious medical issue, and requires "curative treatment" left untreated leads to "extra Hepatic" suffering and other liver related symtoms and scaring of the liver and even Death due to cirrhosis of the liver.
Ms. Newsome claims in her affidavit (no. 5) " cronic condition with no significant symptoms" making a diagnoses she prevsiusly stated in the some affidavit she is not allowed to do that SEE(1)
Ms newsome.(no.6) of her affidavit states " it was determind that the condition was not serious at the time." after repeatedly asking for treatment ms.Newsome told plaintiff to stop asking that plaintiff was not getting treatment the jail would not pay. and I could just get it in prison.
GRETCHEN DOWDY;
ignored the laboratory report dated; 10-4-17 where it states " Retesting on a second sample is needed for the confirmatory RNA PCR test" see Dooo521.

HANNAH DOUTY : IGNORED the lab work " Potentially infectious supplemental testing recommended as clinically indicated.

3

these two providers according to Michelle newsome determind plaintiffs condition did not require treatment, Clearly ignoring medical recommendations SEE D000524 and D000521. the fact these defendants ignored recommendations caused plaintiff pain and suffering and the denial of treatment aided in the causing of perminant liver damage. also see ; D001132 Clearly there was never any (RNA PCR confirmation. by the finney county Health department there ACTIONS WERE CLEARLY BEING DELIBERATE INDIFFERENCE TO MY MEDICAL NEEDS,

the medical defendants made a deliberate choice not to determine the (RNA PCR) test. WHILE making the determination that plaintiff was not medically sick enough to require any sort of curative treatment. this is clearly a deliberate indiffer-ance. to plaintiffs medical needs causing plaintiff undue pain and suffering. by the full denial of medical treatment.

## PERSONAL INVOLVMENT BY EACH DEFENDANT

Michelle Newsome; is the only person to answer non-emergancy forms and sole person to dictate if inmats request for treatment will be processed for further treatment. the evidence will show Ms Newsome ignored recommendations for follow up appointments.

If its True Ms. Newsome has effectivly proven that Defendants Dowdy and Douty, made medical asertions while not having the medical information to make those determinations. supported by the evidence. and dr. Parks failed to properly read the lab results to determine any kind of treatment.

Defendants Bascue. Orebaugh, Lawson and Welsh were all asked to help plaintiff get medical treatment, ICF forms will prove that these defendants played a personal role in the denial of medical treatment by not helping plaintiff to be seen by a dr. for hep-c treatment.

## LEGAL CLAIM

Fed R.Civ.P.8 (a)(2)

requires only a short plain statement of the claim showing that the pleader is entitled to relief the statement need only give defendants fair notice of what the claim is and the grounds it restson. the Plaintiff offers, that the defendants denied him medical treatment causing him sever pain for a period of more then 3years. causing perminant damages to his liver and mental pain and suffering, in direct violation of his 8th amendment right to be free of crule and unuseual punishment. defendants denied plaintiff medical treatment for a serious medical issue. this was done with deliberate indifferecne and disregard. as it is well

4

known even to a layperson that hepatitis -c is a degenerating illness that untreated can cause death. but will cause liver damage. medical staff ignored that fact and as a result plaintiff has indeed suffered liver damage.
the plaintiff has no plain adequate or complete remdy at law to redress the wrongs described herein. plaintiff will continue to suffer from liver scaring, and mental and emotional pain, a physical enjury has occured that will last for plaintiffs life span.

\*                    PRAYER FOR RELIEF.

PRIOR TO ADDING DEFENDANTS PLAINTIFF was respectfully asking for a judgment
1. A declaration that the acts and omissions described herein violated plaintiffsa constitutional rights and law of the united states.

2. compensatory damages of up to 100,000 dollors
3. punitive damages of upto 200,000 dollors.

having added defendants plaintiff respectfully request relief be 100,000 more added nomber 2&3.
4. a jury trial on all issues triable by jury
5. plaintiffs cost to prosecute this claim.
6. any additional relief the court deems just ,proper and equitable.

RESPECTFULLY
*Paul Guebara*
Paul Guebara
E.C.F.PO BOX 107
Ellsworth Kansas 67439

CERTIFICATE OF SERVICE
I paul guebara certify I gave this for e-filing on december 30th by using CM/ECF system which will send notice of electronic filing to all registered counsel of record

Respectfully
*Paul Guebara*

5