UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAUL GUEBARA
    PLAINTIFF

V.

FINNEY COUNTY SHERIFFS DEPT.
KEVIN BASCUE
KYLE LAWSON
JEFF OREBAUGH
MARK WELSH
MICHELLE NEWSOME
FINNEY COUNTY HEALTH DEPT
HAROLD PERKINS
GRETCHEN DOWDY
HANNAH DOUTY    ET AL.

Case No. 5:19-cv-03025-JAR

FED. R. CIV. P. RULE 56(a)

## MOTION FOR SUMMARY JUDGMENT BY PLAINTIFF

Comes Now, Paul Guebara Pro se Indigent litigant, pursuant to federal Rule of civil Procedure.56. Moves this Court to enter Summary Judgment for the Plaintiff on the grounds that there is no genuine issue as to any Material Fact and the plaintiff is entitled to judgment as a matter of law

    In support of this motion, Plaintiff refers to the record herein, including Affidavits from defendants, defendants answers to interrogatories, and exhibits in support of claim, and relevance to the issues, and annexed affidavit of plaintiff.

Respectfully Submitted

*/s/ Paul Guebara*

Paul Guebara # 40223
E.C.F. PO. BOX 107
Ellsworth Kansas 67439

CERTIFICATE OF SERVICE

I certify that on June 27 2023 I filed This Motion for Summary Judgment using the CM/ECF system who will send notice of electronic filing to all counse of record

*/s/ Paul Guebara*