APPENDIX OF EXHIBITES
AND THEIR REVEVENCE TO CLAIM

As plaintiff offers several exhibits to support a summary judgment exhibits are not in order by marking such as exhibit- D and D1 to make it easier for the Court to follow plaintiff will attempt to submitt the exhibits in the order of the Annexed Affidavit and offers this as reference Guide.

Defendants Exhibit-L are lab results indicating "supplemental testing recommended asclinically indicated" RELEVENCE: IN ANOTHER exhibit it implys that the orderng Physician is the one who determins this, here it is"Hannah Douty" who failed to follow lab recommendations to serious illness(Pg 1-1)

Plaintiffs D001886 was my first verbal request,were I was informed the Jail would not pay for it,RELEVENCE; first notice, of Knowledge of affect of Hepatitis-c by defendant NEWSOM. (pg 1-2.)

Plaintiffs Exhibit-J Relenvence; supports unresponsive claim.

Defendants Exhibit-N reflects "retesting" also"for the Confirmatory RNA PCR test" Relevence; IM not sure if a play on words is a defense, L,states "As clinically indicated" while N, states "if clinically indicated" L.is dated 2015 while N, is dated 2017, (pg 2-6.

Plaintiffs Exhibit-K reflects("Abnormal)(pg 2-6) again relevence; knowledge of results with "retesting needed"

Defendants, Exhibit-cc(pg2AA#8) Relevence; Knowledge of liver being effected by Hepatitis-c.

pg 2AA #9 Exhibit F(defendants) is a 2 page document its a Medication record sheet, Relevence; delibertly altered, On Oct 16, at 2200 hours.Joey Castrellon gave plaintiff the Wrog medication that resulted in plaintiff being sent to the ICU at ST, Saint Catherines Hospital, plaintiff has made this claim since Oct,19th 2015 when discharged from hospital,ALTERED CLAIM; pg1 reflects that on the 16th joey signed the giving of medication, on pg 2 there is no indication of that fact, in fact it has been deleted,.plaintiff was in fear of accepting medication not given by nurse,

PG 2AA #10 Plaintiffs Exhibits - C- C1- C2- C3,
Are "NARRATIVE" report of the fact that plaintiff was given the wrong Medication and when read in their intended form it is clear that this is the ICU Doctor trying to figure out why Plaintiff had been found Unresponsive in his cell. this was a 3 day Traumatic event that plaintiff had to suffer through for the policies of defendants, at the jail

APPENDIX OF EXHIBITS

at the jail. RELEVENCE: The Defendants are attempting to Mislead the court with ONE line in the 3 day Narrative, line"4.hepatitis-c with likely cirrhosis. will just monitor this for now." it is clear this is for critical care time for the dat exceeds 30 minutes. some defendants claim This VISIT WAS FOR HEPATITIS-C, Which would in plaintiffs point of view be a deliberate attempt to milead the court, the defendants know plaintiff cant be mislead because plaintiff actually suffered all that pain. and led to mental distrust of deputies,administering medication.

Pg 3AA Exhibit-1 Newsoms Affidavit,#6 Relevence; its evidence plaintiff was asking for treatment and a determination was reached ,,Pg 3AA at 12,Exhibit-1a.it is claimed that default defendant dowdy was the person to determine plaintiff wasnt in need of care. however no proof of that claim has been produced, and is a selfserving claim for defendant Newsome to Make.

pg 5AA &.5AA.AT.15, Exhibit-F RELENENCE; provides and reflects evidence of practiee of interception of grievances all the way up the chain of command, and 2. it shows that plaintiff requested intervention from the sheriff for medical treatment,it shows that the sheriff admits to receiving all correspondence from plaintiff, non of that evidence was provided to plaintiff by Bascue,,it proves exaustion, even though the exhibit was addressed to internal affairs, the sheriffs dept was successful in keeping their constitutional violation hidden in house,.

pg 5AA Exhibit-O- 01-02 These exhibits are Relevent; to the fact that Welsh Admits that plaintiff requested medical treatment,several times. Seeexhibit-01 at 8, also Relevent to the fact that it supports plaintiffs claim that he repeatedly complained of pain and requested treatment for hepatitis-c,.

EVEN THOUGH DEFENDANTS ONLY PROVIDED PLAINTIFF WITH A FEW REQUEST., THEY CANNOT PROVIDE ANY DOCUMENTATION TO SUPPORT THAT PLAINTIFF DENIED TO EVER BE SEEN BY ANY PROVIDER THATS FACT. this court should consider the question why the jail defendants have withheld evidence that would support the claim,

The administrator acknowleges "MANY AND VARID COMPLAINTS" so yes there are many complaints of not receiveing medical treatment for hepatitis-C.

pg 5 at 18-pg5AA Kyle Lawsons Affidavit #4 only Medication given by officers,#6 Relevence; the claim he did not refuse to provide treatment, Because Mr.Lawson repeatedly intercepted ICF's and NEF's by his actions in interfering ICF's &NEF's effectively denied plaintiff treatment, and enterfered with plaintiffs efferts to obtain treatment.RELEVENCE: all documents concerning this defendant,are relevent. as the key figure in intercepting attempts to exaust remedies , and intercepting request for entervention in getting medical treatment.and treatening disciplainary action for the use of Grievence process.

APPENDIX OF EXHIBITS

<u>pg 9AA exhibit-Q is</u> relevent it shows plaintiff only wanted treatment for the pain being caused by the hep-c.

<u>pg 9AA at 22 Ms.Douty #2  is</u> attempting to mislead the court, the only issues for the defendants is in regards to hepatitis-c. Dr.Byrnes was the treating DR. in the emergancy room, for the 3 days in ICU, this had nothing to do with hepatitis-c. her response in admissions is submitted and is relevent to the claim that douty knew the serious nature of hepatitis-c.and refused to do any followup testing. and admits she failed to do the next step to determine #5 of her response.

<u>pg 11AA at 26, Exhibits-M is</u> Relevent to the undisputed fact that plaintiffs claimed injury accured while in the custody and care of the defendants as claimed in the Affidavit..exhibit-M shows unremarkable.
Exhibit-H relevent; only 7 days after I arrived at RDU KDOC. the test the medical defendants refused to perform was done. the results speak for themselves,
Exhibit- I is proof of F2 fibrosis stage. meaning the liver is no longer "unremakable.
Exhibit- D-1 is proof hepatitis -c was affecting the liver.

Exhibit N(defendants  and Exhibit-A1(plaintiffs, is Relevent to the fact defendants would not follow recmmended testing or referrals even if they were made by their own providers. the prostate is another issue plaintiff continues to be treated for and that treatment also had to wait till he went to KDOC.

3