UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PAUL GUEBARA | ) | |
|         Plaintiff, | ) | |
| v | ) | Case No. 5:19-CV-03025-SAC |
| | ) | |
| KEVEN BASCUE; | ) | |
| JOHN ANDERSON; | ) | |
| KYLE LAWSON; | ) | |
| MICHELLE NEWSOME; | ) | |
| JEFF OREBAUGH and | ) | |
| MARK WELSH, FINNEY | ) | |
| COUNTY HEALTH DEPT., | ) | |
| HAROLD PERKINS, M.D., | ) | |
| HANNAH BRITT, | ) | |
|         Defendants | ) | |

## AFFIDAVIT OF HAROLD PERKINS, M.D.

STATE OF KANSAS  )
                 ) ss:
COUNTY OF FINNEY )

Harold Perkins, of lawful age, first duly affirming, under penalty of perjury, deposes and states as follows:

1. I am a Medical Doctor, licensed to practice in the state of Kansas.

2. I previously served as the Medical Director for the Finney County Health Department. I have reviewed the medical records of Paul Guebara.

3. Hepatitis C can be chronic condition.

4. People can live with hep C for many years without symptoms.

5. People can live with Hepatitis C for many years without a significant increase in liver damage.

6. Thirty percent of people with Hepatitis C will clear it without medical treatment.

7. Not every one with Hepatitis C will benefit from the treatment Plaintiff was asking for.

8. Not every one with Hepatitis C should be provided the treatment Plaintiff was asking for. Patient selection is important to success and Mr. Guebara was a poor candidate due to his demonstrated non-compliance with medical advice.

9. Once the Hepatitis C treatment is started, it is detrimental to interrupt it.

10. In 2015-2019, Paul Guebara was not exhibiting symptoms indicating an immediate need for treatment for Hepatitis C.

11. In 2015-2019, Paul Guebara, was not in immediate need of treatment for Hepatitis C.

FURTHER AFFIANT SAITH NOT.

_____
Harold Perkins, M.D.

Subscribed and sworn to before me this \_\_\_\_\_ day of _____, 2023.

_____
Notary Public

My Commission Expires: _____