UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAUL GUEBARA ) | |
| Plaintiff, ) | |
| v ) | Case No. 5:19-CV-03025-SAC |
| ) | |
| KEVEN BASCUE; ) | |
| JOHN ANDERSON; ) | |
| KYLE LAWSON; ) | |
| MICHELLE NEWSOME; ) | |
| JEFF OREBAUGH and ) | |
| MARK WELSH, ) | |
| Defendants, ) | |

### AFFIDAVIT OF MICHELLE NEWSOME

STATE OF KANSAS       )
                                      ) ss:
COUNTY OF FINNEY  )

Michelle Newsome, of lawful age, first duly affirming, under penalty of perjury, deposes and states as follows:

1. I am Registered Nurse. My scope of practice does not permit me to diagnose or to prescribe treatment.

2. I was previously employed by the Finney County Health Department.

3. As a nurse for the Finney County Health Department, I provided health care to inmates in the Finney County jail as directed by healthcare providers licensed to diagnose and prescribe treatment.

4. One of the inmates for whom I provided care was Paul Guebara.

5. During his stay at the Finney County Jail, that began in 2015, Mr. Guebara tested positive for Hepatitis C. This appeared to be a chronic condition with no significant symptoms not requiring immediate treatment. People with chronic Hepatitis C can live for years without becoming symptomatic. Mr. Guebara's healthcare providers were aware of his Hepatitis. At no time was I ever advised by any of them that he was in need of immediate treatment for hepatitis. At no time did any of them prescribe any treatment for the hepatitis.

6. When Mr. Guebara requested treatment for his Hepatitis C, it was determined that his condition was not serious at that time and did not require immediate treatment.

7. It was known that Mr. Guebara's stay at the Finney County jail was temporary and that the relatively new treatment to cure the chronic condition would be available to him at the KDOC, when he was transferred there.

8. At no time did any health care provider indicate or advise that immediate treatment for the Hepatitis C was necessary or could not await transfer to the KDOC.

9. Part of job was to maintain the medical files of inmates. This includes records generated in the jail as well as medical reports provided to the jail by outsider providers.

10. The documents attached hereto as Exhibits I, P, Q, R, S, T, U, FF, GG, and HH are true and correct copies of forms received or made, and maintained, by me in the ordinary course of business.

11. The documents attached hereto as Exhibits J, K, V, X and Z are true and correct copies of reports received from healthcare providers concerning Mr. Guebara that were provided to me and maintained in the ordinary course of business.

_____
Michelle Newsome, RN

Subscribed and sworn to before me this 27 day of February, 2020.

SHEALENE BAUER
Notary Public – State of Kansas
My Appt. Exp. 11-18-20

_____
Notary Public

My Commission Expires: 11-18-20