UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PAUL GUEBARA | ) | |
|     Plaintiff, | ) | |
| v | ) | Case No. 5:19-CV-03025-SAC |
| | ) | |
| KEVEN BASCUE; | ) | |
| JOHN ANDERSON; | ) | |
| KYLE LAWSON; | ) | |
| MICHELLE NEWSOME; | ) | |
| JEFF OREBAUGH and | ) | |
| MARK WELCH, | ) | |
|     Defendants, | ) | |
| _____ | ) | |

### AFFIDAVIT OF MARK WELCH

STATE OF KANSAS      )
                     ) ss:
COUNTY OF FINNEY     )

    Mark Welch, of lawful age, first duly affirming, under penalty of perjury, deposes and states as follows:

1. I was previously employed as the Jail Administrator for the Finney County Jail.

2. I was employed in the Finney County Jail when Paul Guebara was an inmate in 2015-2019.

3. While I was employed as the Finney County Jail Administrator, I authored the jail medical policies attached hereto as Exhibit NN.

4. It was the policy of the Finney County Jail to provide medical treatment to inmates.

5. In order to ensure an appropriate standard of medical care, to inmates, the jail coordinated with the Finney County Health Department, which had the authority to determine the care needed by inmates and set any appointments needed. Finney County jailers did not refuse to provide treatment recommended by the health department or other health care providers.

6. At no time did I ever refuse to provide any treatment prescribed by Mr. Guebara's

healthcare providers. Specifically I did not refuse to provide treatment for hepatitis recommended by any health care provider.

7. At no time was I ever aware of any health care provider indicating that immediate treatment for the hepatitis was necessary.

8. I discussed Paul Guebara's request for treatment with medical staff at the Finney County Health Department. They advised that Mr. Guebara was not symptomatic and not in need of immediate treatment. It was also discussed that Mr. Guebara was repeatedly non-compliant with medical care including refusing prescribed medications, making him a poor candidate for the treatment he was asking for. It was also known that Mr. Guebara would be transferred to a KDOC facility for a long time and that the treatment could be started and completed without interruption and under better conditions than at the Finney County Jail.

9. If Mr. Guebara's health care providers had recommended the treatment he requested be provided while he was still at the Finney County Jail, it would have been provided.

*Mark Welch*

Subscribed and sworn to before me this 18th day of July, 2023.

Notary Public

My Commission Expires: 11-23-2024

LISA WAGNER
Notary Public-State of Kansas
My Appt. Expires 11-23-24

Page 2 of 2