UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAUL GUEBARA )<br>　　　　Plaintiff, )<br>v ) <br> )<br>KEVEN BASCUE; )<br>JOHN ANDERSON; )<br>KYLE LAWSON; )<br>MICHELLE NEWSOME; )<br>JEFF OREBAUGH and )<br>MARK WELSH, FINNEY )<br>COUNTY HEALTH DEPT., )<br>HAROLD PERKINS, M.D., )<br>HANNAH BRITT, )<br>　　　　Defendants ) | Case No. 5:19-CV-03025-SAC |

### AFFIDAVIT OF KEVIN BASCUE

STATE OF KANSAS　　）
　　　　　　　　　　） ss:
COUNTY OF FINNEY 　）

　　Kevin Bascue, of lawful age, first duly affirming, under penalty of perjury, deposes and states as follows:

1. I am a former sheriff of Finney County, Kansas.

2. Paul Guebara was incarcerated in the Finney County Jail during my tenure as Sheriff.

3. I was not personally involved in Paul Guebara's incarceration or medical care.

4. I was never aware of any immediate medical care needed by Paul Guebara that was denied.

5. I was never aware that Paul Guebara had a need for immediate treatment for Hepatitis -C or that any physician had recommended it.

6. I did not deny or order the denial of any medical care for Paul Guebara.

7. My policy as Sheriff was that the jailers follow the advice and recommendations

       of inmates' health care providers concerning medical treatment and provide any treatment that was obviously necessary.

8.     Inmates were free to discuss with the health care providers any medical or health issue or treatment they chose.

FURTHER AFFIANT SAITH NOT.

_____
Kevin Bascue

Subscribed and sworn to before me this  12th  day of  July , 2023.

_____
Notary Public

My Commission Expires: 07/08/2025

GAYNELLE M. BEASLEY
Notary Public - State of Kansas
My Appt. Expires 07/08/2025