## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PAUL GUEBARA | ) | |
| Plaintiff, | ) | |
| v | ) | Case No. 5:19-CV-03025-SAC |
| | ) | |
| KEVIN BASCUE | ) | |
| JOHN ANDERSON | ) | |
| KYLE LAWSON | ) | |
| MICHELLE NEWSOME | ) | |
| JEFF OREBAUGH and | ) | |
| MARK WELSH, | ) | |
| Defendants, | ) | |

**REQUEST FOR ADMISSIONS TO PLAINTIFF**

Pursuant to Federal Rule 36, the defendants, request that the plaintiff admit to the truth of the following statements of fact, opinion, application of law, and/or genuineness of documents described herein and attached hereto within thirty (30) days.

The response shall admit or deny each separate request and, if denied, shall specifically deny the matter or set forth in detail the reasons the answering party cannot truthfully admit or deny the request.  An answering party may not give lack of information or knowledge as a reason for failure to admit or deny unless he states that he has made reasonable inquiry and that the information known or readily obtainable by him is insufficient to enable him to admit or deny.

Failure to respond to this request within the time provided by law shall result in the admission of the same.  Failure to admit the truth of any matter herein, requiring proof by the defendants, of the same, will result in application by the defendants, for an award of reasonable expenses incurred in making such proof, including reasonable attorneys fees pursuant to Federal Rule 37 (c)(2).

1.      You tested positive for Hepatitis C in 2003 while incarcerated in the custody of the Kansas Department of Corrections.

ADMIT _____            DENY _____

2.      The Document attached hereto as Exhibit KK is a true and accurate copy of a medical record made and maintained in the ordinary course of business of Correct Care Solutions.

ADMIT _____            DENY _____

3.      You most recent incarceration in the Finney County jail began on February 26, 2015.

ADMIT _____            DENY _____

4.      The Document attached hereto as Exhibit C is a true and correct copy of the medical information you provided during booking into the Finney County Jail in February of 2015.

ADMIT _____            DENY _____

5.      On March 1, 2019, your were convicted of attempted first degree murder.

ADMIT _____            DENY _____

6.      On March 21, 2019, you were moved from the Finney County Jail to a Kansas Department of Corrections facility.

ADMIT _____            DENY _____

7.      Finney County incurred bills in the amount of $11,662.50 for medical care provided to you by outside medical providers while you were incarcerated in Finney County Jail between February 26, 2015 and March 21, 2019.

ADMIT _____            DENY _____

8.      The Document attached hereto as Exhibit D accurately reflects medical bills for

treatment provided to you while you were incarcerated in Finney County Jail between February 26, 2015 and March 21, 2019.

ADMIT _____          DENY _____

9.     The Document attached hereto as Exhibit L is a true and correct copy of a made and maintained in the ordinary course of business of PAML.

ADMIT _____          DENY _____

10.     On October 17, 2015, you were seen and examined by Dr. Matthew C. Byrnes, M.D.

ADMIT _____          DENY _____

11.     The Document attached hereto as Exhibit O is a true and correct copy of the a record made and maintained in the ordinary course of business by Dr. Matthew C. Byrnes, M.D.

ADMIT _____          DENY _____

12.     On November 9, 2015, Michelle Newsome provided you information on Hepatitis C.

ADMIT _____          DENY _____

13.     The lab results for blood work drawn from you on October 2, 2017 showed your liver enzymes to be within normal limits.

ADMIT _____          DENY _____

14.     The Document attached hereto as Exhibit N is a true and correct copy of the a record made and maintained in the ordinary course of business by PAML.

ADMIT _____          DENY _____

15.     The document attached hereto as Exhibit N accurately reflects the reported results of test on blood drawn from you.

ADMIT _____          DENY _____

16.     After you were transferred to the KDOC in March of 2019, you were provided

3

treatment for Hepatitis C.

        ADMIT _____            DENY _____

17.      The treatment you received for Hepatitis C while in the custody of the KDOC cured your Hepatitis C.

        ADMIT _____            DENY _____

18.      Blood tests conducted after your treatment for Hepatitis C show that your liver enzymes returned to normal limits.

        ADMIT _____            DENY _____

19.      The Document attached hereto as Exhibit LL is a true and correct copy of the a record made and maintained in the ordinary course of business of the Kansas Department of Corrections.

        ADMIT _____            DENY _____

20.      The Document attached hereto as Exhibit LL accurately records the results of testing on blood drawn from you in November of 2019.

        ADMIT _____            DENY _____

        WATKINS CALCARA, CHTD.

        /s/ ALLEN G. GLENDENNING
            Allen G. Glendenning, #12187
            1321 Main - Suite 300
            P.O. Drawer 1110
            Great Bend, Kansas  67530
            (620) 792-8231
            Attorneys for Defendants Kevin Bascue, Mark
            Welch, Jeff Orabaugh, Kyle Lawson and
            Michelle Newsome

Dated this 4th day of August, 2021.