UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAUL GUEBARA
    Plaintiff
V.

FINNEY COUNTY SHERIFF OFFICE
KEVIN BASCUE
KYLE LAWSON
JEFF OREBAUGH
MARK WELISH
MICHELLE NEWSOME Et.al
    Defendants

Case No. 5:19-CV-03025

RESPONSE TO DEFENDANTS REQUEST OF ADMISSIONS

The plaintiff Paul Guebara in answer to the defendants request for admissions served on the 4th of August 2021 recieved on the 13th of August 2021 via u.s. mail. responds as follows. First plaintiff accidently wrote on the admissions form,

1) Admit. however I was never told by DOC.

2) Admit. that its in my file as to accurate I have no idea ive never seen it.

3) deny. I was never asked those questions.

4) deny. wrong date for question.

7) **OBJECT TO QUESTION NOT RELEVENT.** Deny.cause 1) the judge sam crow dismissed that part of suit. 2) has nothing to do with the issue of the claim of complete denial of medical treament for Hepatitis-C.

8) Deny and **OBJECT FOR THE SAME REASON AS 7).** Im not saying it dont exhist Im saying defendants cant claim I requested all that treatment. in fact I claim that was their way of avoiding treatment for hep-c.

9) ADMIT. exhibit L. reflects 4 things 1) **REACTIVE,** 2)**POTENTIALLY INFECTIOUS.**
3) **SUPPLEMENTAL TESTING RECOMENDED** 4) **RECOMMENDATION NOT FOLLOWED.**

10) Admit. I was seen By DR. Byrnes on a **EMERGENCY ROOM VISIT AFTER BEING FOUND UNRESPONSIVE DUE TO DEPUTY GIVING ME WRONG MEDS. I WAS IN ICU FOR SEVERAL DAYS.**

11) Admit. Its page 2 of 3 of the emergency room visit While Dr.Byrnes mentions hep-c with cirrhosis. his mission was trying to find out why I was found on the floor unresponsive. I was not seen for specifically hep-c.

13) Denied. there was no document to look at and I was in county jail so no my enzymes were not normal.

14) ADmit clearly states "second sample needed for confirmatory RNA_PCR test. Which was never done.

16) Admit. clearly shows treatment was needed. and had nothing to do with defendants.

17) Admit. according to doc I no loger have Hep-C. But the damage cuased by the denial of treatment for 4 years is perminent.

18) Admit. Enzymes show im cured of hep-c not the scaring or damage done by the denial of treatment for 4 years.

Paul Guebara #40223
E.C.F. PO BOX 107
Ellsworth Kansas 67439

*Paul Guebara*

August 16th 2021

2

1. You tested positive for Hepatitis C in 2003 while incarcerated in the custody of the Kansas Department of Corrections. *I was never told this by KDOC. but according to documents,*

ADMIT __X__   DENY _____

2. The Document attached hereto as Exhibit KK is a true and accurate copy of a medical record made and maintained in the ordinary course of business of Correct Care Solutions. *I have no idea, as I have never seen this till it was sent to me as an Exhibit.*

ADMIT __X__   DENY _____

3. You most recent incarceration in the Finney County jail began on February 26, 2015.

ADMIT __X__   DENY _____

4. The Document attached hereto as Exhibit C is a true and correct copy of the medical information you provided during booking into the Finney County Jail in February of 2015. *I was never asked these questions*

ADMIT _____   DENY __X__

5. On March 1, 2019, your were convicted of attempted first degree murder.

ADMIT _____   DENY __X__ *Feb 26-2016*

6. On March 21, 2019, you were moved from the Finney County Jail to a Kansas Department of Corrections facility.

ADMIT __X__   DENY _____

7. Finney County incurred bills in the amount of $11,662.50 for medical care provided to you by outside medical providers while you were incarcerated in Finney County Jail between February 26, 2015 and March 21, 2019. *not relevant to this action. none of this was a result of any request on my part and has nothing to do w. Hep-C*

ADMIT _____   DENY __X__

8. The Document attached hereto as Exhibit D accurately reflects medical bills for

2

treatment provided to you while you were incarcerated in Finney County Jail between February 26, 2015 and March 21, 2019. *All issues to do with my bill were dismissed by Sam Crow, and have no relevants to the issue of being denied Hep-C treatment*

ADMIT _____   DENY __X__

9. The Document attached hereto as Exhibit L is a true and correct copy of a made and maintained in the ordinary course of business of PAML. *reflects the need for treatment for Hep-C.*

ADMIT __X__   DENY _____

10. On October 17, 2015, you were seen and examined by Dr. Matthew C. Byrnes, M.D. *Yes I was taken for emergency purpose. Jail staff gave me the wrong meds — not Hep-C related.*

ADMIT __X__   DENY _____

11. The Document attached hereto as Exhibit O is a true and correct copy of the a record made and maintained in the ordinary course of business by Dr. Matthew C. Byrnes, M.D. *The Dr. indicate that Hep-C could be causing me after medical issue.* *Clearly states "liver disease" and Hepatitis-C with likely cirrhosis, again. This is an emergency room visit, not there for Hep-C.*

ADMIT __X__   DENY _____

12. On November 9, 2015, Michelle Newsome provided you information on Hepatitis C. *at which time I handed her a non emergency form requesting treatment.*

ADMIT __X__   DENY _____

13. The lab results for blood work drawn from you on October 2, 2017 showed your liver enzymes to be within normal limits. *I was in county Jail still asking for treatment.*

ADMIT _____   DENY __X__

14. The Document attached hereto as Exhibit N is a true and correct copy of the a record made and maintained in the ordinary course of business by PAML. *It clearly states second sample needed to confirm, which was never given.*

ADMIT __X__   DENY _____

15. The document attached hereto as Exhibit N accurately reflects the reported results of test on blood drawn from you. *Calls for more testing that was never done.*

ADMIT __X__   DENY _____

16. After you were transferred to the KDOC in March of 2019, you were provided

3

treatment for Hepatitis C. *There was a clear need which was denied. The fact remains I was denied treatment by Defendants.*

ADMIT __X__ DENY _____

17. The treatment you received for Hepatitis C while in the custody of the KDOC cured your Hepatitis C. *according to KDOC. I no longer have Hep-C, but the damage caused by the denial of treatment is permanent.*

ADMIT __X__ DENY _____

18. Blood tests conducted after your treatment for Hepatitis C show that your liver enzymes returned to normal limits. *the enzymes show I no longer have Hep-C. the liver damage is for life. and denial of the request to be treated made it worse.*

ADMIT __X__ DENY _____

19. The Document attached hereto as Exhibit LL is a true and correct copy of the a record made and maintained in the ordinary course of business of the Kansas Department of Corrections.

ADMIT __✓__ DENY _____

20. The Document attached hereto as Exhibit LL accurately records the results of testing on blood drawn from you in November of 2019.

ADMIT __X__ DENY _____

WATKINS CALCARA, CHTD.

/s/ ALLEN G. GLENDENNING
        Allen G. Glendenning, #12187
        1321 Main - Suite 300
        P.O. Drawer 1110
        Great Bend, Kansas 67530
        (620) 792-8231
        Attorneys for Defendants Kevin Bascue, Mark Welch, Jeff Orabaugh, Kyle Lawson and Michelle Newsome

Dated this 4th day of August, 2021.