PT: GUEBARA, PAUL                           ACCOUNT #: WA0000158726
REPORT #: 1017-0120                         UNIT #: WM00043219

NEUROLOGIC: The patient is basically obtunded.
SKIN: No rash or jaundice.

LABORATORY DATA: Liver, transaminases are mildly elevated. Creatinine is 1.12, sodium is 134. White count is 12.6, hemoglobin is 14.7.

RADIOLOGY: Head CT was negative.

ASSESSMENT AND PLAN:
1. Acute mental status change. I do not have a great answer for this yet. I think it is most likely that this is an ingestion issue. It certainly looks like a narcotic ingestion. How his opioids were negative on his tox screen makes me wonder if he took a narcotic that does not pop up on the tox screen. Although it is peculiar that he would not have responded to Narcan, I am going to follow his clinical status. I am also going to cover him with broadly with antibiotics. His lactate was 3.9. He has known liver disease so I could boost up his lactate, but I am going to cover him with antibiotics in the event that this is sepsis. I suppose meningitis could present this way, or encephalitis could present this way also. If he does not wake up by tomorrow I will get a lumbar puncture.
2. Metabolic acidosis. I will plan on following this lactate. I am going to give him a fluid bolus now and recheck his lactate in about four hours.
3. The other consideration may be a postictal state. It is possible he had an unwitnessed seizure and that would explain his lethargy now as well as his pinpoint pupils. This certainly was not a witnessed seizure and he has not had any seizure-like activity here, but that would be another consideration and also would help explain the lactate.
4. Hepatitis C with likely cirrhosis. Will just monitor this for now.
5. Hyponatremia. This is likely related to his cirrhosis. Will just trend this.
Total critical care time for the day exceeds 30 minutes.


MODL/JOB#790041/674022295

ST. CATHERINE HOSPITAL

DICTATED BY: Byrnes,Matthew C MD              D: 10/17/15 1052
                                               T: 10/17/15 1318 ZZZ
CO-SIGNER:
ELECTRONICALLY SIGNED BY: Byrnes,Matthew C MD  S: 10/22/15 1700
ELECTRONICALLY CO-SIGNED BY:  S:


                                               FACILITY: KC

Signed                                         [~ rep ct labl]
HISTORY AND PHYSICAL REPORT                    Page 2 of 3

**EXHIBIT O**