UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| PAUL GUEBARA | ) | |
|         Plaintiff, | ) | |
| v | ) | Case No. 5:19-CV-03025-SAC |
| | ) | |
| KEVEN BASCUE; | ) | |
| JOHN ANDERSON; | ) | |
| KYLE LAWSON; | ) | |
| MICHELLE NEWSOME; | ) | |
| JEFF OREBAUGH and | ) | |
| MARK WELSH, FINNEY | ) | |
| COUNTY HEALTH DEPT., | ) | |
| HAROLD PERKINS, M.D., | ) | |
| HANNAH BRITT, | ) | |
|         Defendants | ) | |

**AFFIDAVIT OF HANNAH BRITT**

STATE OF KANSAS    )
                              ) ss:
COUNTY OF FINNEY  )

      Hannah Britt, of lawful age, first duly affirming, under penalty of perjury, deposes and states as follows:

1. I am a nurse practitioner, licensed in the state of Kansas.

2. I was previously employed at the Finney County Health Department. In that job, I provided health care to inmates in the Finney County Jail.

3. Paul Guebara was incarcerated in the Finney County Jail during my tenure at the Finney County Health Department.

4. Hepatitis C can be chronic condition.

5. People can live with hep C for many years without symptoms.

6. People can live with Hepatitis C for many years without a significant increase in liver damage.

7. Not every one with Hepatitis C will benefit from the treatment Plaintiff was asking

      for.

8. Not every one with Hepatitis C should be provided the treatment Plaintiff was asking for.

9. Once the Hepatitis C treatment is started, it is detrimental to interrupt it.

10. During the time I was involved in caring for Paul Guebara, he was not exhibiting symptoms indicating an immediate need for treatment for Hepatitis C.

11. During the time I was involved in caring for Paul Guebara, he was not in immediate need of treatment for Hep C.

FURTHER AFFIANT SAITH NOT.

                                                        _____
                                                        Hannah (Douty) Britt

Subscribed and sworn to before me this \_\_\_\_\_ day of _____, 2023.

                                                        _____
                                                        Notary Public

      My Commission Expires: _____