UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAUL GUEBARA )
        Plaintiff, )
v )   Case No. 5:19-CV-03025-SAC
)
KEVEN BASCUE; )
JOHN ANDERSON; )
KYLE LAWSON; )
MICHELLE NEWSOME; )
JEFF OREBAUGH and )
MARK WELSH, )
        Defendants, )
_____ )

### AFFIDAVIT OF JEFF OREBAUGH

STATE OF KANSAS )
        ) ss:
COUNTY OF FINNEY )

Jeff Orebaugh, of lawful age, first duly affirming, under penalty of perjury, deposes and states as follows:

1. I am a Captain in the Finney County Jail.

2. I was employed in the Finney County Jail when Paul Guebara was an inmate in 2015-2019.

3. Because of Mr. Guebara's criminal history, current charges, threats of suicide and possible gang affiliations, he was considered to be high risk during transports to outside medical facilities. Despite the risk, Mr Guebara was transported to medical facilities for examination and treatment of his several medical conditions.

4. During the time Mr. Guebara was in the Finney County Jail, he regularly refused medical treatment that had been prescribed by his healthcare providers. .

5. During his stay at the Finney County Jail, Mr. Guebara repeatedly threatened suicide. Often this appeared to be an attempt to manipulate jail staff into moving him.

6. At no time did I ever refuse to provide any treatment prescribed by Mr. Guebara's

healthcare providers. Specifically I did not refuse to provide treatment for hepatitis.

7. At no time was I ever aware of any health care provider indicating that immediate treatment for the hepatitis was necessary.

_____
Jeff Orebaugh

Subscribed and sworn to before me this 26 day of FEBRUARY, 2020.

NOTARY PUBLIC – State of Kansas
TRACI L. ROMERO
My Appt. Expires: 10-22-22

_____
Notary Public

My Commission Expires: 10-22-22

Page 2 of 2