UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAUL GUEBARA )
                Plaintiff, )
v )     Case No. 5:19-CV-03025-SAC
 )
KEVEN BASCUE; )
JOHN ANDERSON; )
KYLE LAWSON; )
MICHELLE NEWSOME; )
JEFF OREBAUGH and )
MARK WELCH, )
             Defendants, )
 )

## SUPPLEMENTAL AFFIDAVIT OF MICHELLE NEWSOME

STATE OF KANSAS )
             ) ss:
COUNTY OF FINNEY )

Michelle Newsome , of lawful age, first duly affirming, under penalty of perjury, deposes and states as follows:

1. I am  Registered Nurse previously employed by the Finney County Health Department.

2. In response to Paul Guebara's request for treatment for Hepatitis C, I consulted with an APRN at the Finney County Health Department – Gretchen Dowdy – who advised me that Mr. Guebara was not symptomatic or in need of immediate treatment.  The treatment he was requesting could wait until he arrived at the KDOC where it could be administered without interruption.

3. At not time did any of Paul Guebara's physician's recommend further testing for his Hepatitis-C.  There were no clinical indications of a need for further testing.

Michelle Newsome, RN

Subscribed and sworn to before me this 18th day of July , 2023.

Page 1 of  2



NOTARY PUBLIC - State of Kansas
ANGELA A. OBERLE
My Appt. Exp. April 10, 2025

_____
Notary Public

My Commission Expires: _April 10, 2025_