UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAUL GUEBARA ) | |
|     Plaintiff, ) | |
| v ) | Case No. 5:19-CV-03025-JAR-KGG |
| ) | |
| KEVIN BASCUE ) | |
| JOHN ANDERSON ) | |
| KYLE LAWSON ) | |
| MICHELLE NEWSOME ) | |
| JEFF OREBAUGH and ) | |
| MARK WELSH, ) | |
|     Defendants, ) | |
| _____) | |

**MICHELLE NEWSOME'S SUPPLEMENTAL RESPONSE
TO INTERROGATORIES**

Pursuant to K.S.A. 60-233, Michelle Newsome, submits the following response to the interrogatory 9:

9.(Q) WHO told you to tell guebara finney county would not provide Guebara with treatment because the county would not pay for the treatment?

Objection. This request is vague, ambiguous, misleading and assumes false facts.

Guebara was provided with a medical treatment for a variety of complaints. None of Plaintiff's healthcare providers recommend the specific treatment for Hepatitis C that Plaintiff wanted. One expressly stated: "Will just monitor this for now." Ms. Newsome discussed it with APRN Gretchen Dowdy, who advised that the condition was not symptomatic and he was not in need of immediate treatment. It was also known that the treatment should not be interrupted if started and would be available to Plaintiff upon transfer to the KDOC. Ms. Newsome also talked

to Kyle Lawson and Mark Welch. Because there was no immediate concern and the treatment would be available upon transfer without interruption it was not started at the Finney County Jail.

WATKINS CALCARA, CHTD.

/s/ ALLEN G. GLENDENNING
    Allen G. Glendenning, #12187
    1321 Main - Suite 300
    P.O. Drawer 1110
    Great Bend, Kansas 67530
    (620) 792-8231  Fax (620) 792-2775
    aglenden@wcrf.com
    Attorneys for Defendants Kevin Bascue, Mark Welch, Jeff Orabaugh, Kyle Lawson and Michelle Newsome

Dated this 10th day of December, 2021.