

**KASPER - OFFENDER POPULATION SEARCH**
Kansas Adult Supervised Population Electronic Repository
Kansas Criminal Justice Information System
OFFENDERS SHALL NOT BE ARRESTED SOLELY ON THE BASIS OF
INFORMATION DISPLAYED ON THIS SITE

Offender Search    Parole Absconders    Community Correction Absconders

## GUEBARA, PAUL   (KDOC# 0040223)

**This information is current as of: Sep 4 2019 5:00AM**

### Names

| Name Type | Name |
|---|---|
| Conviction | GUEBARA, PAUL |
| True | GUEBARA, PAUL |
| Alias | PABLO, |



**GUEBARA, PAUL**
Approx Picture Date
2019-03-22

**GUEBARA, PAUL**
Approx Picture Date
2019-03-22

### Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | Mar 18, 1963 | 56 |

### Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Hazel | Gray or Partially Gray | 5'-6" | 212 | Male | White |

XML Document    XML Schema

### Current Status reported by Dept. of Corrections

Work or Program Participation Working in a job
Earliest Possible Release Date (1)
Current Status Incarcerated
Admission Date Mar 21, 2019
Current Location (2)  El Dorado CF-South
Custody Level Low Medium

**(1) This date could be affected by a parole board decision or good time and/or program credit.**
**(2) Click on Location for the Facility web site.**

### Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Finney | 83CR65 | Feb 16, 1983 | Dec 21, 1983 | N/A | Murder, 1st degree | 1 | Class A Felony | Active | KS |
| Finney | 15CR129 | Feb 24, 2015 | Mar 01, 2019 | Attempted | Murder in the First Degree | 1 | Non Drug- | Active | KS |

**EXHIBIT A**

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Grid Severity Level 1 | | |
| Finney | 15CR129 | Feb 24, 2015 | Mar 01, 2019 | N/A | Criminal Possess weapon; Felon w/10 yr not firearm | 1 | Non Drug-Grid Severity Level 8 | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-South | Jul 18, 2019 | Inter-Facility Movement |
| El Dorado CF-RDU | Mar 25, 2019 | Inter-Facility Movement |
| El Dorado CF-Central | Mar 22, 2019 | Inter-Facility Movement |
| El Dorado CF-RDU | Mar 21, 2019 | Parole Viol. New Sentence |
| Finney County | Mar 11, 2015 | DOC Warrant Issued |
| Finney County | Feb 24, 2015 | Intra-parole/CR |
| Finney County | Dec 12, 2013 | Paroled In-State |
| Lansing CF-Central | Feb 19, 2013 | Parole Viol. No New Sentence |
| Saline County | Feb 05, 2013 | DOC Warrant Issued |
| Saline County | Jan 25, 2013 | DOC Warrant Issued |
| Saline County | Jan 25, 2013 | DOC Warrant Issued |
| Saline County | Oct 01, 2012 | Par/CR Returned To KS Supervsn |
| Texas State | Jun 26, 2006 | Out-of-State Parole |
| Missouri State | Jan 18, 2005 | Out-of-State Parole |
| El Dorado CF-Central | Oct 10, 2000 | Inter-Facility Movement |
| Hutchinson CF-Central | Aug 23, 2000 | Inter-Facility Movement |
| Ellsworth CF | Aug 04, 2000 | Inter-Facility Movement |
| Lansing CF-Central | Mar 12, 1997 | Inter-Facility Movement |
| Hutchinson CF-Central | Mar 15, 1995 | Inter-Facility Movement |
| El Dorado CF-Central | Jan 23, 1992 | Inter-Facility Movement |
| Lansing CF-Central | Mar 26, 1991 | Inter-Facility Movement |
| Hutchinson CF-Central | Jul 07, 1989 | Inter-Facility Movement |
| Hutchinson CF-East | May 17, 1989 | Inter-Facility Movement |
| Hutchinson CF-Central | Apr 16, 1986 | Returned From Court Appearance |

**EXHIBIT A**

| Location | Movement Date | Movement Reason |
|---|---|---|
| Finney County | Apr 14, 1986 | Released For Court Appearance |
| Hutchinson CF-Central | Aug 27, 1985 | Returned From Court Appearance |
| Finney County | Aug 23, 1985 | Released For Court Appearance |
| Hutchinson CF-Central | Feb 29, 1984 | Inter-Facility Movement |
| Topeka CF-RDU | Feb 22, 1984 | Inter-Facility Movement |
| Hutchinson CF-Central | Dec 22, 1983 | New Court Commitment |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Aug 17, 2000 | 3 | Ellsworth Correctional Facility | Violation of Published Orders |
| Oct 03, 1998 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Oct 03, 1998 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Oct 03, 1998 | 2 | Lansing Correctional Facility - Central | Misconduct in Dining Room |
| Apr 01, 1998 | 1 | Lansing Correctional Facility - Central | Riot |
| Jun 26, 1997 | 2 | Lansing Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Mar 13, 1996 | 1 | Hutchinson Correctional Fac. - Central | Use Stimulants, Sedatives, Etc |

Main Site:  **Kansas Department of Corrections**