St Catherine Hospital  
401 E Spruce  
GARDEN CITY KS 67846  

Guebara, Paul  
MRN: CEUL3017210, DOB: 3/18/1963, Sex: M  
Adm: 9/24/2018, D/C: 9/24/2018  

---

**09/24/2018 - Admission (Discharged) in St Catherine Hospital  Main OR**  
**FACESHEET (continued)**

**Clinical Notes (continued)**

---

**Op Note**

**Kurt F Kessler, MD at 9/24/2018  7:44 AM**

Author: Kurt F Kessler, MD  
Filed: 9/24/2018  8:21 AM  
Editor: Kurt F Kessler, MD (Physician)  

Service: General Surgery  
Date of Service: 9/24/2018  7:44 AM  

Author Type: Physician  
Status: Signed  

## Operative Report

Patient Name:      Paul Guebara  
Date of Birth:     3/18/1963  
Medical Record #:  CEUL3017210  

Date of Procedure: 9/24/2018

Pre-operative Diagnosis: Abdominal pain, change in bowel habits

Post-operative Diagnosis: Mild antral gastritis, normal colonoscopy

Procedure(s):  
ESOPHAGOGASTRODUODENOSCOPY With biopsy  
COLONOSCOPY With biopsy  

Surgeon(s): Surgeon(s) and Role:  
  * Kurt F Kessler, MD - Primary

Anesthesia:  Monitor Anesthesia Care CRNA St. Catherine Anesthesia: Michael A Phillips, CRNA

Indications: Hispanic male from jail previously seen 3 months ago with the same complaints.  Upper endoscopy and colonoscopy was a no show for the patient at that time and the patient returns with the same complaints now.

Findings: There does appear to be mild antral gastritis and colonoscopy appeared to be totally normal

Complications: None immediately apparent

Condition: Stable

Specimen:

| ID | Type | Source | Tests | Collected by | Time | Destination |
|---|---|---|---|---|---|---|
| 1 : | Tissue | Stomach, Antrum | SURGICAL PATHOLOGY EXAM | Kurt F Kessler, MD | 9/24/2018 0748 | |
| 2 : Terminal Ileum | Tissue | Small Intestine, Ileum | SURGICAL PATHOLOGY EXAM | Kurt F Kessler, MD | 9/24/2018 0804 | |