Finney County Jail

Medical Questionnaire

## Medical Information

Report Printed Date: 10/23/2019
Name: Guebara, Paul
Inmate Number: I000016788
Booking Number: B000117916
Officer: Matthew Hurst

**Injuries/Tests:**
Visible Injuries?:     ○ Yes  ● No
Tests Refused?:        ○ Yes  ○ No
Test Date:
Test Time:
Tested By:
Results of Test:

**Inmate Medical Questionnaire:**
1. Is this the first time you have ever been arrested?                                              ○ Yes  ● No
2. Have you had any previous mental or emotional problems?                                          ○ Yes  ● No
3. Are you receiving treatment for mental/emotional problems?                                       ○ Yes  ● No
4. Were you ever hospitalized for mental/emotional problems?                                        ○ Yes  ● No
5. Have you experienced a significant personal loss within the last year?  ○ Yes  ● No
    (Loss of job, Divorce, Death of a family member or close friend)
6. Are you a regular user of alcohol and/or drugs?                                                  ○ Yes  ● No
7. Have you ever tried to commit suicide or do serious harm to yourself?  ○ Yes  ● No
8. Do you have any current illnesses or health problems?                                            ○ Yes  ● No
9. Do you have any current dental work being done?                                                  ○ Yes  ● No
10. Are you presently taking any medication?                                                        ○ Yes  ● No
11. Are you in need of a special diet?                                                              ○ Yes  ● No
12. Do you have any other health needs?                                                             ○ Yes  ● No
13. Are you a smoker?                                                                               ○ Yes  ● No
14. Do you have medical Insurance?                                                                  ○ Yes  ● No

**OBSERVATIONS:**
15. Does arrestee act/talk in strange manner?                                                       ○ Yes  ● No
    (Psychotic, seeing & hearing things not present.)
16. Does arrestee show abnormal signs of anxiety, shame,                                            ○ Yes  ● No
    fear?
17. Does arrestee appear to be under the influence of                                               ○ Yes  ● No
    alcohol/drugs?
18. Are there signs of alcohol/drug withdrawal?                                                     ○ Yes  ● No
19. Does arrestee show signs of depression?                                                         ○ Yes  ● No
    (Crying, emotional flatness, withdrawn, silent,
      non-communicative.)
20. Is arrestee making suicidal statements?                                                         ○ Yes  ● No
21. Is arrestee's name on the known suicidal list?                                                  ○ Yes  ● No

22. Was "Yes" answered to any of the Observations?                                                  ○ Yes  ● No
    (#15 - #21. If YES, take special lodging precautions!)

**TUBERCULOSIS:**
23. Have you ever had any type of TB skin test?                                                     ● Yes  ○ No

**EXHIBIT C**

24. Have you ever had a reaction to a TB test?   ○ Yes ● No
25. Do you have a cough?   ○ Yes ● No
26. Do you cough up blood?   ○ Yes ● No
27. Have you lost weight?   ○ Yes ● No
28. Have you experienced recent appetite loss?   ○ Yes ● No
29. Do you have fever or chills?   ○ Yes ● No
30. Do you have night sweats?   ○ Yes ● No
31. Do you have chest pain?   ○ Yes ● No
32. Have you taken steroids recently?   ○ Yes ● No
33. Have you been in close contact with someone that has TB?   ○ Yes ● No

**PREGNANCY:**
34. Are you pregnant?   ○ Yes ● No

**Comments:**
Other Information:
Party Advised?:   ○ Yes  ○ No

**Billing:**
Billing Amount:   $0.00

Inmate Class:
Status:        RLSD

Licensed To    Finney County Jail

Copyright (c) 1999 - 2018 Huber & Associates, Inc.

**EXHIBIT C**