**FINNEY COUNTY HEALTH DEPARTMENT**

NAME: Paul Guebara
PATIENT NUMBER: 68890
DATE OF BIRTH: 3/18/63

| DATE/TIME | COMMENTS |
|---|---|
| 10/15/15 | Discussed results of CT c̄ M. Newsome RN. Pt ⊕ for hiatal hernia ⊖ for mass ⊕ possible gastritis. Still on his antibiotics for H.pylori + omeprazole. Continue on Omeprazole 20mg PO BID then decrease to 20mg daily. RN reports he was sent to ER for the pain & given Tramadol. He received 6 doses as scheduled but the script wasn't filled because the jail doesn't manage controlled meds. Pt may have Tylenol sparingly, since his liver enzymes are elevated, instead of Tramadol or Thyinke. RN verbalized understanding & agreement c̄ plan of care, denies future questions or concerns at this time. |
| 10/20/15 | RN Michelle Newsome reports pt went to ER again for being found unconscious. Report shows all negative & reported low blood pressure when found. Unsure of cause. Dismissed with Levaquin only. Ⓞ pain meds. Pt hasn't been taking any Tylenol, omeprazole, or HTN meds. Refusing all care. Currently not taking Levaquin. |

EXHIBIT CC