# Statement

Finney County Medical Reimbursement Fund
Finney County Law Enforcement Center
304 N 9th St
Garden City, KS 67846

| Date |
|---|
| 6/3/2019 |

| Personal Information | |
|---|---|
| Paul Guebara<br>505 N 13th St<br>Garden City KS 67846 | **DOB**<br>3/18/63 |
| | **SS#**<br>512689550 |
| **I#    B#** | **Employer Phone #** |
| I000016788  B000117916 | unemployed |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 06/03/2014 | Balance forward | | 0.00 |
| | B000117916- | | |
| 06/16/2015 | St. Catherine Emergency Phys. - 200536C189077  08/2015  256.00 | 37.73 | 37.73 |
| 06/16/2015 | St. Catherine Hospital - WAAG1433  09/2015  483.50 | 52.32 | 90.05 |
| 06/17/2015 | Garden Pharmacy - 6545992  07/2015 | 9.99 | 100.04 |
| 06/18/2015 | St. Catherine Physician Service - 7484140 - 29.00 03/2016 | 10.41 | 110.45 |
| 07/07/2015 | Compass Behavior Health - 000006579J9GR  09/2015  120.00 | 120.00 | 230.45 |
| 07/17/2015 | Diamond Pharmacy - IN000556525  09/2015 | 58.50 | 288.95 |
| 08/06/2015 | Garden Pharmacy - 6548400, 6548399  09/2015 | 35.85 | 324.80 |
| 08/12/2015 | Correct Care Solution - Cost Adjustment - 081215-05  09/2015 | 18.00 | 342.80 |
| 08/12/2015 | Diamond Pharmacy - IN000564851  10/2015 | 70.54 | 413.34 |
| 08/28/2015 | Garden Pharmacy - 6549445, 6549446  10/2015 | 131.55 | 544.89 |
| 09/04/2015 | Compass Behavior Health - 000006579N9ND 12/2015 | 40.84 | 585.73 |
| 09/09/2015 | Garden Pharmacy - 6549928, 6549927  10/2015 | 83.41 | 669.14 |
| 09/28/2015 | FICO Health Dept. - 68890 12/2015 | 49.58 | 718.72 |
| 09/29/2015 | Garden Pharmacy - 6550922 11/2015 | 13.15 | 731.87 |
| 09/29/2015 | Garden Pharmacy Credit - 06549928, 6549445 11/2015 | -174.80 | 557.07 |
| 09/30/2015 | Garden Pharmacy | 82.80 | 639.87 |
| 10/05/2015 | Credit from Diamond Pharmacy - 64986927, 64537100 | -47.22 | 592.65 |
| 10/10/2015 | Finney County EMS- 151002561 11/2015 457.70 | 181.00 | 773.65 |
| 10/10/2015 | St. Catherine Hospital - WAAJ5156 - 1066.44 12/2015 | 127.11 | 900.76 |
| 10/10/2015 | St. Catherine Emergency Phys. - 206138C195213 - 256.00 12/2015 | 37.73 | 938.49 |
| 10/14/2015 | St. Catherine Hospital - WAAJ6026 - 1924.53 12/2015 | 292.82 | 1,231.31 |
| 10/17/2015 | St. Catherine Emergency Phys. - 206487C195450 - 718.00 12/2015 | 105.83 | 1,337.14 |
| 10/17/2015 | St. Catherine Physician Service - 7057250 02/2016 584.00 | 165.40 | 1,502.54 |
| 10/17/2015 | Finney County EMS - 151002627 - 455.50 07/2016 | 181.00 | 1,683.54 |
| 10/18/2015 | St. Catherine Hospital Anesthesia - 1088089 365.00 01/2016 | 120.29 | 1,803.83 |
| 10/18/2015 | St. Catherine Physician Service - 7058490 02/2016 209.00 | 63.26 | 1,867.09 |
| 10/19/2015 | Diversified Radiology of CO - 1349519 - 149.00 12/2015 | 45.92 | 1,913.01 |
| 10/19/2015 | Campus Garden Imaging - SG600009587401 - 234.00 12/2015 | 90.03 | 2,003.04 |
| 10/19/2015 | St. Catherine Physician Service - 7076680 02/2016 135.00 | 56.34 | 2,059.38 |
| 10/19/2015 | Neurology Consultants of Kansas - NCK106096X324438 02/2016 140.00 | 48.06 | 2,107.44 |
| 10/26/2015 | St. Catherine Hospital - WAAJ6611 20232.50 01/2016 | 5,221.84 | 7,329.28 |

| Amount Due |
|---|
| $11,662.50 |

**EXHIBIT D**

# Statement

Finney County Medical Reimbursement Fund
Finney County Law Enforcement Center
304 N 9th St
Garden City, KS 67846

Date: 6/3/2019

### Personal Information

| | |
|---|---|
| Paul Guebara<br>505 N 13th St<br>Garden City KS 67846 | **DOB**<br>3/18/63 |
| | **SS#**<br>512689550 |
| **I#     B#**<br>I000016788 B000117916 | **Employer Phone #**<br>unemployed |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 10/27/2015 | Garden Pharmacy - 6549927 11/2015 | 20.08 | 7,349.36 |
| 11/10/2015 | Correct Care Solution - Cost Adjustment - 111015-03 12/2015 | 18.00 | 7,367.36 |
| 11/10/2015 | Correct Care Solution - Cost Adjustment - 111015-03 12/2015 | 18.00 | 7,385.36 |
| 12/03/2015 | Garden Pharmacy - 6554146 01/2016 | 36.87 | 7,422.23 |
| 12/03/2015 | Compass Behavior Health - 000006579S3PW 02/2016 | 40.84 | 7,463.07 |
| 12/18/2015 | Correct Care Solution - Cost Adjustment -121815-05 01/2016 | 18.00 | 7,481.07 |
| 01/05/2016 | Garden Pharmacy - 6554146, 6556093, 6556094 02/2016 | 94.55 | 7,575.62 |
| 01/14/2016 | Compass Behavior Health - 000006579U3JJ 03/2016 | 40.84 | 7,616.46 |
| 01/25/2016 | Garden Pharmacy Credit - 6554146 02/2016 | -19.91 | 7,596.55 |
| 04/07/2016 | Garden Pharmacy Credit - 6556094, 6556093 05/2016 | -6.27 | 7,590.28 |
| 10/02/2017 | FICO Health Dept. - 03/2018 | 152.13 | 7,742.41 |
| 12/30/2017 | St Cath Radiology - P124951420 - 26.91 02/2018 | 6.93 | 7,749.34 |
| 12/30/2017 | St Cath Radiology - P124951430 - 269.25 02/2018 | 79.89 | 7,829.23 |
| 12/30/2017 | St. Catherine Hospital - 4152.41 03/2018 | 662.02 | 8,491.25 |
| 12/31/2017 | St. Catherine Hospital - P125086130 - 29.00 02/2018 | 10.41 | 8,501.66 |
| 12/31/2017 | Dillons Pharmacy - 6435843 02/2018 | 5.99 | 8,507.65 |
| 01/02/2018 | Dillons Pharmacy - 6435915 02/2018 | 5.99 | 8,513.64 |
| 02/12/2018 | Correct Care Solution - Cost Adjustment - CCS-33380 03/2018 | 18.00 | 8,531.64 |
| 04/14/2018 | FICO Health Dept. - 1185 11/2018 | 106.25 | 8,637.89 |
| 04/30/2018 | Dillons Pharmacy - 6458233, 6458236 05/2018 | 137.98 | 8,775.87 |
| 05/04/2018 | St. Catherine Hospital - P134090670 - 64.00 07/2018 | 24.16 | 8,800.03 |
| 05/04/2018 | St. Catherine Hospital - P132917700 - 314.00 07/2018 | 107.12 | 8,907.15 |
| 05/16/2018 | St. Catherine Hospital - 242.00 06/2018 | 70.70 | 8,977.85 |
| 05/16/2018 | St. Catherine Hospital - 428.00 06/2018 | 46.65 | 9,024.50 |
| 05/16/2018 | St Cath Radiology - P133484850 - 491.00 10/2018 | 53.45 | 9,077.95 |
| 05/16/2018 | St Cath Radiology - P133484860 - 377.00 10/2018 | 37.50 | 9,115.45 |
| 05/16/2018 | St. Catherine Hospital - Z96171 - 5788.00 11/2018 | 796.72 | 9,912.17 |
| 05/16/2018 | St. Catherine Hospital - Z21257 - 4866.47 11/2018 | 240.12 | 10,152.29 |
| 06/07/2018 | Dillons Credit - 6458233 07/2018 | -73.50 | 10,078.79 |
| 06/25/2018 | Kurt Kessler MD PC - 1750240 - 239.00 08/2018 | 75.45 | 10,154.24 |
| 06/27/2018 | St. Catherine Hospital - P135984070 - 206.00 11/2018 | 64.22 | 10,218.46 |
| 08/14/2018 | LabCorp - 09/2018 | 353.00 | 10,571.46 |
| 09/24/2018 | Kurt Kessler MD PC - 1800379 - 1411.00 11/2018 | 600.29 | 11,171.75 |
| 09/24/2018 | St. Catherine Hospital Anesthesia - 1796031 - 720.00 12/2018 | 191.16 | 11,362.91 |

**Amount Due**

$11,662.50

**EXHIBIT D**

# Statement

Finney County Medical Reimbursement Fund
Finney County Law Enforcement Center
304 N 9th St
Garden City, KS 67846

**Date:** 6/3/2019

### Personal Information

| | |
|---|---|
| Paul Guebara<br>505 N 13th St<br>Garden City KS 67846 | **DOB**<br>3/18/63 |
| | **SS#**<br>512689550 |
| **I#** **B#**<br>I000016788 B000117916 | **Employer Phone #**<br>unemployed |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 09/24/2018 | Western Pathology SVCS, PA - 243595 - 712.00 12/2018 | 140.36 | 11,503.27 |
| 10/11/2018 | Dillons Pharmacy - 6487092, 6487093 11/2018 | 51.98 | 11,555.25 |
| 10/16/2018 | Correct Care Solution - Cost Adjustment - CCS-42924 11/2018 | 18.00 | 11,573.25 |
| 10/16/2018 | Correct Care Solution - Cost Adjustment - CCS-42924 11/2018 | 18.00 | 11,591.25 |
| 10/24/2018 | Dillons Pharmacy - 6483710 11/2018 | 23.49 | 11,614.74 |
| 10/28/2018 | Kurt Kessler MD PC - 1840486 - 96.00 01/2019 | 29.76 | 11,644.50 |
| 11/13/2018 | Correct Care Solution - Cost Adjustment - CCS-43834 12/2018 | 18.00 | 11,662.50 |

**Amount Due**

$11,662.50

**EXHIBIT D**