

## Finney County Health Department
### General Note

| | | Page 1 of 1 |
| --- | --- | --- |
| | | 10/09/2017 10:51:53 AM |

| Patient No | 68890 | | Note Status | Locked | |
| --- | --- | --- | --- | --- | --- |
| Name | GUEBARA, PAUL | | Note Date | 10/09/2017 | |
| DOB - Sex | 03/18/1963  Male | | Created | GRETCHEND | 10/09/2017 10:14:38 AM |
| Cosite | 00001  Finney County Health Departmen | | Updated | GRETCHEND | 10/09/2017 10:51:45 AM |
| Sub Program | CC  COMMUNITY CLINIC | | Note ID | 7802 | |
| Provider | 0064  Dowdy, Gretchen | | Note Type Code | NOTE | |

| Question | Response |
| --- | --- |

General notes

Phoned County Jail Nurse. Pt has been refusing all recommended medications: for HTN & gastritis (Prilkosec & Lisinopril / HCTZ). Pt has refused to provide stool specimen for H pylori testing.

Labs show +Hep C---Provider informed that pt is aware of this diagnosis. Also elevated PSA. Provider recommends referral to Urology for definitive diagnosis.

Dx: HTN--- I10
   Hep C---- B18.2
   elevated PSA--- R97.20
   Noncompliant---- Z91.19

End of Note ─────────────────────

End of Report ──────────────────── *gd*

This document contains **Confidential Patient Information**.
It is not to be released to unauthorized persons or staff, under penalty of law.

**EXHIBIT DD**