# FISO - Inmate Transports: GUEBARA, PAUL

| Date by Month | date | Origin | Destination | Comments |
|---|---|---|---|---|
| July 2015 | | | | |
| | 7/7/2015 | Finney County SO | Garden City, KS | To CBH for Med. Check. |
| September 2015 | | | | |
| | 9/4/2015 | Finney County SO | Garden City, KS | To CBH for Med. Check. |
| | 9/28/2015 | Finney County SO | Garden City, KS | To St. Catherin Hospital E.R. |
| October 2015 | | | | |
| | 10/10/2015 | Finney County SO | Garden City, KS | Subject transported from FICO jail by EMS and admitted to ICU RM#8 |
| | 10/14/2015 | Finney County SO | Garden City, KS | St. Catherin Hospital Radiology |
| | 10/17/2015 | Garden City, KS | Garden City, KS | Admitted into St. Catherine Hospital ICU RM#8 |
| | 10/17/2015 | Finney County SO | Garden City, KS | admitted into St. Catherine Hospital ICU RM#8 |
| | 10/17/2015 | Finney County SO | Garden City, KS | Admitted into St. Catherine ICU RM#8 |
| | 10/17/2015 | Garden City, KS | Garden City, KS | Admitted into SCH ICU RM#8 |
| | 10/18/2015 | Garden City, KS | Garden City, KS | Admitted in to St. Catherine Hospital ICU |
| | 10/18/2015 | Garden City, KS | Garden City, KS | Admitted into SCH ICU RM #8 |
| | 10/18/2015 | Garden City, KS | Garden City, KS | Admitted into St. Catherine Hospital ICU RM#8 |
| | 10/18/2015 | Garden City, KS | Garden City, KS | Admitted into SCH ICU RM#8 |
| | 10/19/2015 | Garden City, KS | Garden City, KS | Admitted into St. Catherine Hospital ICU RM#8 |
| January 2016 | | | | |
| | 1/14/2016 | Finney County SO | Garden City, KS | Med. Check at CBH. |
| | 1/14/2016 | Finney County SO | Garden City, KS | To CBH for Med. Check. |
| February 2016 | | | | |

| Date by Month | date | Origin | Destination | Comments |
|---|---|---|---|---|
| | 2/17/2016 | Finney County SO | Garden City, KS | Jury trial. |
| | 2/18/2016 | Finney County SO | Garden City, KS | Jury trial |
| | 2/18/2016 | Finney County SO | Garden City, KS | Jury trial |
| | 2/18/2016 | Finney County SO | Garden City, KS | Jury Trial |
| | 2/19/2016 | Finney County SO | Garden City, KS | Jury trial |
| | 2/19/2016 | Finney County SO | Garden City, KS | Jury Trial |
| | 2/22/2016 | Finney County SO | Garden City, KS | Jury trial. |
| | 2/23/2016 | Finney County SO | Garden City, KS | Jury Trial |
| | 2/24/2016 | Finney County SO | Garden City, KS | Jury Trial |
| December 2017 | | | | |
| | 12/30/2017 | Finney County SO | Garden City, KS | St. Catherin E.R. for unknown reasons. |
| April 2018 | | | | |
| | 4/30/2018 | Finney County SO | Garden City, KS | Genesis for appointment. |
| May 2018 | | | | |
| | 5/4/2018 | Finney County SO | Garden City, KS | Heart exam. |
| June 2018 | | | | |
| | 6/12/2018 | Finney County SO | Garden City, KS | SMC for Heart issues. |
| September 2018 | | | | |
| | 9/18/2018 | Finney County SO | Garden City, KS | medical appt. @ Sienna |
| | 9/24/2018 | Finney County SO | Garden City, KS | Heart Exam. |
| October 2018 | | | | |
| | 10/26/2018 | Finney County SO | Garden City, KS | Appt. @ Sienna |
| March 2019 | | | | |
| | 3/21/2019 | Finney County SO | El Dorado Correcti | New Court Commit. |