Guebara, Paul (MR # CEUL3017210) DOB: 03/18/1963                         Page 1 of 3

**Visit Location**

| Name | Address | Phone |
|---|---|---|
| St Catherine Hospital Main OR | 401 E Spruce St<br>Garden City KS 67846 | 620-272-2222 |

**Op Note by Kurt F Kessler, MD at 9/24/2018 7:44 AM**

| Author: Kurt F Kessler, MD | Service: General Surgery | Author Type: Physician |
|---|---|---|
| Filed: 9/24/2018 8:21 AM | Date of Service: 9/24/2018 7:44 AM | Status: Signed |
| Editor: Kurt F Kessler, MD (Physician) | | |

## Operative Report

Patient Name:    Paul Guebara
Date of Birth:    3/18/1963
Medical Record #:    CEUL3017210

Date of Procedure: 9/24/2018

Pre-operative Diagnosis: Abdominal pain, change in bowel habits

Post-operative Diagnosis: Mild antral gastritis, normal colonoscopy

Procedure(s):
ESOPHAGOGASTRODUODENOSCOPY With biopsy
COLONOSCOPY With biopsy

Surgeon(s): Surgeon(s) and Role:
 * Kurt F Kessler, MD - Primary

Anesthesia:  Monitor Anesthesia Care CRNA St. Catherine Anesthesia: Michael A Phillips, CRNA

Indications: Hispanic male from jail previously seen 3 months ago with the same complaints. Upper endoscopy and colonoscopy was a no show for the patient at that time and the patient returns with the same complaints now.

Findings: There does appear to be mild antral gastritis and colonoscopy appeared to be totally normal

Complications: None immediately apparent

Condition: Stable

Specimen:

| ID | Type | Source | Tests | Collected by | Time | Destination |
|---|---|---|---|---|---|---|
| 1 : | Tissue | Stomach, Antrum | SURGICAL PATHOLOGY EXAM | Kurt F Kessler, MD | 9/24/2018 0748 | |
| 2 : Terminal Ileum | Tissue | Small Intestine, Ileum | SURGICAL PATHOLOGY EXAM | Kurt F Kessler, MD | 9/24/2018 0804 | |
| 3 : Proximal transverse Colon | Tissue | Large Intestine, Transverse Colon | SURGICAL PATHOLOGY EXAM | Kurt F Kessler, MD | 9/24/2018 0807 | |
| A : | Stool | Per Rectum | CULTURE STOOL, OVA AND | Kurt F Kessler, MD | 9/24/2018 0805 | |

**EXHIBIT EE**

Case 5:19-cv-03025-JAR   Document 217-19   Filed 07/20/23   Page 2 of 3

09/24/2018 7:22:08 AM -0600                                                           PAGE 4

Guebara, Paul (MR # CEUL3017210) DOB: 03/18/1963                                  Page 2 of 3
Op Note by Kurt F Kessler, MD at 9/24/2018 7:44 AM (continued)

PARASITE EXAM, CLOSTRIDIUM DIFFICILE GDH ANTIGEN AND TOXINS, GIARDIA AND CRYPTOSPORIDIUM ANTIGEN, LACTOFERRIN FECAL BY ELISA

EBL: Less than 5 cc

OPERATIVE NOTE: The patient is taken to the endoscopy suite and sedated as above. The upper endoscope was advanced per os. The endoscope was passed per oral and advanced into the oral pharynx. The cords appeared to be normal without inflammation or mass lesions. They moved symmetrically to the midline. The epiglottis appears normal and piriform sinuses appear normal without masses or inflammation

The esophagus is cannulated and the cervical esophagus appears to be without stricture, diverticula, or neoplastic mass. The mid esophagus was similarly normal without mass lesions or diverticula. The distal esophagus is without tumor masses or diverticula and the gastroesophageal junction appears to be normal without evidence of reflux esophagitis ulcerations or erosions.

The endoscope was advanced into the stomach and on both straight ahead and retroflexed views, the cardia and fundus of the stomach appeared to be without ulcerations, tumors or erosions. There is no evidence of hiatal hernia on straight ahead or retroflexed views.

The body of the stomach is inspected on both straightahead and retroflex views. The body of the stomach shows no ulcerations, erosions, erythema or tumor masses.

The antrum showed several small erosions and a little bit of erythema. This would be consistent with a mild antral gastritis. Biopsies were taken here to exclude Helicobacter

The pylorus is cannulated and the duodenal bulb shows no evidence of ulcers or erythema. There is no evidence of duodenal bulb diverticulum. The second portion of the duodenum was similarly without ulcers erythema or tumor.

The patient was repositioned for colonoscopy. A digital rectal examination was performed. No masses were appreciated and the prostate felt normal.

The colonoscope is inserted anally and passed through the sigmoid colon, left colon transverse colon, right colon to the cecum. Care is taken during passage to avoid undue force and injury to the colon during passage.

The ileocecal valve was identified and the scope was advanced into the terminal ileum. The terminal ileal mucosa appeared to be normal. Biopsies were taken for confirmatory purposes. The cecum is unequivocally identified by the presence of the crow's foot and the ileocecal valve. The cecum and right colon are without polyps or neoplasia and show no evidence of erythema or stricture.

The transverse colon is visualized throughout its length including the hepatic and splenic flexures. Irrigation and suction are carried out as needed. The transverse colon appears to be normal throughout without

**EXHIBIT EE**

Guebara, Paul (MR # CEUL3017210) DOB: 03/18/1963                    Page 3 of 3
**Op Note by Kurt F Kessler, MD at 9/24/2018 7:44 AM (continued)**

evidence of polyps neoplasia ischemia or inflammatory changes. We did do a Biopsy in the proximal transverse colon to exclude subtle entities such as collagenous colitis.

The left colon and sigmoid colon are next visualized and showed no evidence of polyps, neoplasia, ischemia, or diverticulosis.

The rectum is identified and shows no evidence of tumor or polypoid lesions and shows no evidence of inflammatory bowel disease. Air is aspirated from the colon and the scope is withdrawn. The patient is taken to the recovery area in stable condition with no complications immediately apparent

**EXHIBIT EE**