# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.4209

Oct 2015

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER / DISCONTINUE | Olanzapine 15mg ½ tab daily   SC 26 S6 | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Lisinopril 20/25 mg 1 tab daily   SC 30 | 1700 | | | | | | | | DO NOT GIVE IF BP LESS THAN 100/70 | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL / DISCONTINUE | Blood Pressure Prior to Lisinopril | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Amoxicillan 500mg 2 Tabs 2x daily   SC 2B  DOSES | 0630 / 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | Clarithromycin 500mg 1 TAB 2x Daily   SC 2B | 0630 / 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER / DISCONTINUE | OMEPRAZOLE 20mg 1 TAB 2 x DAY   STOCK | 0630 / 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| MW | M. Newsomer RN | SH | S Hall | CG | Hermes | DR | Dixie Ross | SS | Susan Shelter |
| RG | Rosa | SH | SH | | | MG | Maylen Guevara | DH | DH |
| IA | Isabel | MA | M | MG | M Ingham | AW | Alex White | PD | Paul C |
| RG | Roberto Guzman | SH | SH | PS | Pat Sauer | JC | Joey Castrellon | LW | LW |

| DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | FACILITY | CHARTING FOR | THROUGH | DIAGNOSIS |
|---|---|---|---|---|---|
| 3-18-63 | NKA | FISO | 10-1-15 | 10-31-15 | |

PATIENT NAME AND NUMBER: Ybarra, Paul

**EXHIBIT F**

# MEDICATION NOTES

| Instructions: | Injection Site Codes: | | Result Codes: | Non Administered Medication Reason Code |
|---|---|---|---|---|
| • INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.<br>• CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED.<br>• STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.<br>• STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT.<br>• INDICATE INJECTION SITE WITH APPROPRIATE CODE. | 1. ABDOMEN LEFT<br>2. ABDOMEN RIGHT<br>3. ARM (DELTOID) LEFT<br>4. ARM (DELTOID) RIGHT | 5. BUTTOCKS (GLUTEUS) LEFT<br>6. BUTTOCKS (GLUTEUS) RIGHT<br>7. THIGH (QUADRICEPS) LEFT<br>8. THIGH (QUADRICEPS) RIGHT | 9. UPPER BACK LEFT<br>10. UPPER BACK RIGHT<br>11. UPPER CHEST LEFT<br>12. UPPER CHEST RIGHT | A. EFFECTIVE<br>B. SLIGHTLY EFFECTIVE<br>C. INEFFECTIVE<br>D. NO EFFECT OBSERVED | 1. REFUSED BY PATIENT<br>2. PATIENT DID NOT SHOW<br>3. PATIENT NOT IN CELL<br>4. SECURITY LOCKDOWN<br>5. MEDICATION HELD (STATE REASON)<br>6. MEDICATION OUT OF STOCK |

| Date | Time | Init. | Medication - Dose | Route | Reason | Result | Date | Time | Init. | Medication - Dose | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0845 | MW | Amox, Clarithromycin, Omeprazole - Given @ this time | | | | 10/17 | 0550 | | sent to ER | | | |
| 10/1 | 1700 | PL | Blood Pressure 14/89 80 Beats | | | | 10/17 | 1700 | RGL | sent to ER | | | |
| 10/1 | 1700 | | Lisinopril Refused med | | | | 10/17 | 1200 | | Olanzapine / Omeprazole | | Inmate at E.R. | |
| 10/2 | 1700 | SS | BP | | 139/91 81 Beats | | 10/18 | 2600 | | Olanzapine | | Inmate in ER | |
| 10/2 | 1700 | SS | Lisinopril | | Refused | | 10/19 | 0700 | | Omeprazole | | Inmate in ER | |
| 10/2 | | SS | Lisinopril/BP | | Refused | | 10/19 | 1700 | | Refused All 1700 Meds | | | |
| 10/4 | | | Lisinopril + BP | | Refused | | 10/19 | 2105 | HE | Olanzapine | | refused | |
| 10/5 | 1700 | | Lisinopril | | Refused | | 10/20 | 0540 | HE | Omeprazole | | refused | |
| 10/5 | 1700 | | BP | | Refused | | 10/20 | 1644 | PB | BP/Lisinopril + Omeprazole | | Refused | |
| 10/5 | 20mg | | BP Lisinopril | | Refused | | 10/20 | 2200 | MM | Olanzapine | | Refused | |
| 10/7 | 1637 | RGL | BP Lisinopril | | Refused | | 10/21 | 0520 | MM | Omeprazole | | Refused | |
| 10/8 | 1700 | DR | BP / Lisinopril | | Refused | | 10/22 | 0634 | M | Omeprazole | | refused | |
| 10/9 | 1700 | RGL | BP / Lisinopril | | Refused | | 10/21 | 1700 | DW | All meds | | refused | |
| 10/10 | 432 | AZ | BP 197/101 | | | | 10/22 | 1600 | DO | BP 145/19 | | | |
| 10/10 | 1900 | PS | Celebana was at St. Catherine ER at 1700 Med time | | | | 10/21 | 220 | SH | Omeprazole | | Refused | |
| 10/10 | 1900 | JS | BP | | 151/96 | | 10/23 | 0545 | SH | Omeprazole | | Refused | |
| 10/10 | 1700 | JS | Meds were taken at this time | | | | 10/23 | 1715 | DR | Lisinopril, BP | | Refused | |
| 10/10 | | JS | Lisinopril | | Refused | | 10/24 | 1700 | | Lisinopril, BP, omeprazole | | Refused | |
| 10/12 | | | Lisinopril/BP | | Refused | | 10/25 | 1641 | TZ | Lisinopril/BP | | Refused | |
| 10/13 | | | Lisinopril/BP | | Refused | | 10/26 | 0549 | | Omeprazole | | refused | |
| 10/14 | 2243 | SH | Drop med on Floor Olanzapine | | | | 10/25 | 1650 | AZ | Refused All meds | | | |
| 10/2 | 515 | AZ | Lisinopril/BP | | refused | | 10/27 | 0600 | JS | Omeprazole | | Refused | |
| 10/14 | 521 | | omeprazole | | Refused | | 6/25 | 0600 | OE | Omeprazole | | Refused | |
| 10/16 | 1711 | PE | Lisinopril | | Refused | | 6/26 | 0600 | | Omeprazole | | refused | |
| 10/16 | 1711 | PB | Blood Pressure | | Refused | | 6/27 | 1700 | DW | All Meds | | refused | |
| | | | | | | | 10/28 | 0607 | MG | Omeprazole | | refused | |

**EXHIBIT F**