# Finney County Sheriff's Office
## Inmate Request for <u>NON-EMERGENCY</u> Health Care

E

### PLEASE PRINT

Name: Paul Guebara          Date: 11-9-15

DOB: 8-18-63    ID # 16788    Booking # 11961    Location: E

I request to see Jail medical staff for the following reason(s) (briefly describe the nature of the problem): (again) I was wondering can I get a copy of my blood work results! my stomache continues to hurt me. was anything noticed on the scan done of my stomache

### ANSWER THE FOLLOWING

When did this problem start: _____    Have you ever been treated for this in the past: Y N

Any other symptoms (like nausea, vomiting, fever, etc): _____

Any past medical history: _____

What have you tried to alleviate this (medicine or therapies): _____

Current medications: _____

If you have stitches or staples when were they put in: _____

Inmates will be assessed a co-pay charge to their commissary account regardless of their ability to pay. An inability to pay this charge will not affect access to medical care.

---

For Medical Staff use only:

Discussed scan results and blood work. Given copies of information about Hep C and hernias. M. Newsome, RN

Inmate: [signature]          Date: 11/9/15

Deputy: [signature]

FISJ-M7-13

**EXHIBIT FF**