FINNEY COUNTY JAIL
INMATE COMMUNICATION FORM

TO: Lt Lawson,

THIS IS A: [ ] GRIEVANCE  [ ] APPEAL  [ ] REQUEST  [ ] OTHER

Sir Im requesting to have a cell by myself. I served 22½ years in prison and most of it alone. For self protection Im requesting to be by myself in a cell. These guys dont shower if I say something. You know how one thing can lead to another Im not trying to get in trouble! Thank you for your consideration

INMATE NAME: Paul Guebara          B#: 117916    DATE: 3-18-15
JAIL DEPUTY RECEIVING FORM: _____  DATE: 3·18·15
JAIL DEPUTY/RECIPIENT'S RESPONSE:
Request Denied

JAIL DEPUTY/RECIPIENT: _____  DATE: _____
REVIEWED BY RECIPIENT: _____  DATE: _____
ORIGINAL – FILE

**EXHIBIT G**