## Finney County Sheriff's Office
## Inmate Request for <u>NON-EMERGENCY</u> Health Care

### *PLEASE PRINT*

Name: Paul Guebara                    Date: 9-8-15

DOB: 3-18-63  ID# 16788   Booking # 117916   Location: A 3

I request to see Jail medical staff for the following reason(s) (briefly describe the nature of the problem): I was taken to Compass! Dr Jack said he put me in for a snack at night cause my meds make my stomach hurt.

ANSWER THE FOLLOWING

When did this problem start: when started on meds    Have you ever been treated for this in the past: Y N

Any other symptoms (like nausea, vomiting, fever, etc): also officer Spencer & Lewis where there when he said this! if no snack will be given I want

Any past medical history: to cancel my Depocote & any future appointments!!

What have you tried to alleviate this (medicine or therapies): _____

Current medications: _____

If you have stitches or staples when were they put in: _____

Inmates will be assessed a co-pay charge to their commissary account regardless of their ability to pay. An inability to pay this charge will not affect access to medical care.

---

For Medical Staff use only:

You have commissary to use for snacks. Jack does not have the authority to make decisions about snacks. It is your choice if you want your meds and appts. Let me know what you choose. M. Newsome, RN

X NO I DON'T. dae

Inmate: _____           Date: 9-8-15

Deputy: O. Espinoza  09/08/2015

FISJ-M7-13    Take me off all meds due to ur response. Thank you RN

EXHIBIT GG