# Finney County Jail
## Narrative Report

| Date of Incident | Victim | Incident Type | Suspect |
|---|---|---|---|
| 05/27/2015 | | Possible Suicidal Inmate | Guebara, Paul B#117916 |

On 05/27/2015 I was working A-pod for the 1900 to 0700 shift. When I unlocked the pod around 1915, inmate Paul Guebara came out of his cell and walked straight to the Deputy's desk. Inmate Guebara told me something about getting with the person in charge and figuring out what our hunger strike policy is. I asked him what he was talking about and he again said something about the county's hunger strike policy. Inmate Guevara then started to walk away while saying something about if this doesn't work I will claim to be suicidal because one way or another I am getting moved out of here today. Inmate Guebara then went back to his cell because he was currently serving a lock down. I then walked around the pod to secure and open doors. When I got to inmate Guebara's cell, he said something about not trying to cause trouble but he knows we have a policy for people that go on a hunger strike and we needed to figure that out. He went on to say that he has not eaten in four days and that he was not going to eat. I asked him if he was doing this just to get moved out of the pod. He told me that he was on this hunger strike before they moved him up to the pod. He then said he did not want to but would claim to be suicidal to get moved out. I told him I would contact the Sgt. I went back to the Deputy desk and called via the radio for Sgt Pat Sauer to call A-pod. When Sgt Sauer called I informed him of what was going on. Sgt Sauer told me he would call me back. Sgt Sauer called me back a few minutes later and asked me to tell him exactly what inmate Guebara had said. I told him that he told me that if he was not moved out of the pod that he would claim to be suicidal so we would have to move him. Sgt Sauer then told me to lock down my pod and we would move him to BKF padded cell. I then announced lock down to the pod. A short time later Sgt Sauer, along with Deputies Doug Haire, Guadalupe Adame, Robert Guzman, and Cpl Pat DeWitt arrived in A-pod. All staff mentioned besides myself went to A20 where inmate Guebara was being housed. A short time later all staff and inmate Guebara was escorted out of the pod and placed in BKF on a suicide watch. This was done without incident. No further information from me at this time.

Deputy Travis Zimmerman