# Finney County Sheriff's Office
## Inmate Request for NON-EMERGENCY Health Care

**PLEASE PRINT**

Name: Paul Guebara   Date: 10-28-18

DOB: 3-18-63   ID #: 16788   Booking #: 11916   Location: E-1

I request to see Jail medical staff for the following reason(s) (briefly describe the nature of the problem): please don't order anymore prilosec or whatever is the new script. I have a packet left then I'll be done. Thank you.

**ANSWER THE FOLLOWING**

When did this problem start: _____ Have you ever been treated for this in the past: Y N

Any other symptoms (like nausea, vomiting, fever, etc): _____

Any past medical history: _____

What have you tried to alleviate this (medicine or therapies): _____

Current medications: _____

If you have stitches or staples when were they put in: _____

Inmates will be assessed a co-pay charge to their commissary account regardless of their ability to pay. An inability to pay this charge will not affect access to medical care.

---

For Medical Staff use only:

Dr. Kessler wants you on it long term I believe. Are you requesting to discontinue once the current card is gone? I just need to be sure of what you want.
Yes Thank you.   M Newsome, RN

X Paul Guebara   date 10-29-18

Inmate: Paul Guebara   Date: 10-28-18

Deputy: DeWitt

FISJ-M7-13

**EXHIBIT HH**