## ...ney County Sheriff's Of...
## Inmate Request for <u>NON-EMERGENCY</u> Health Care

**PLEASE PRINT**

Name: Paul Guebara     Date: 6-17-15

DOB: 3-18-63   ID #: ~~16788~~   Booking # 117916   Location: A 20

I request to see Jail medical staff for the following reason(s) (briefly describe the nature of the problem): I was put on H-BP meds. they make me sick to my stomach

**ANSWER THE FOLLOWING**

When did this problem start: 6-16-15   Have you ever been treated for this in the past: Y/**N**

Any other symptoms (like nausea, vomiting, fever, etc): nausea & pain to stomach

Any past medical history: no

What have you tried to alleviate this (medicine or therapies): nothing

Current medications: linsc

If you have stitches or staples when were they put in: ___

Inmates will be assessed a co-pay charge to their commissary account regardless of their ability to pay. An inability to pay this charge will not affect access to medical care.

---

For Medical Staff use only:

You will need to take them with a meal. Usually this med is given at breakfast but you can take it @ 1200 or 1700 if you'd like. Just let the Pod deputy know (show them this form) and they can change it.
    M. Newsome, RN
X _____ date _____

Inmate: Paul Guebara    Date: 6-17-15

Deputy: D. Paley

FISJ-M7-13

**EXHIBIT I**