# FINNEY COUNTY JAIL
## REPORT OF MEDICAL TREATMENT

Arrestee's Name: Paul Guebara     DOB: 3-18-63

Deputy's Name: _____

Transported to: FCHD     Date: 9-28-15   Time: 0980
(Providers name)

✓ Subject treated and released to Deputy.

____ Subject admitted to hospital by attending physician.

Nature of injuries or illness: Upper abd pain, constant, worsens with eating.

Injured or Ill: ____ Before arrest ____ During arrest ____ After arrest ____ Intoxicated

Briefly describe circumstances:

Medical treatment given to subject:
Omeprazole 20mg BID

### THE FOLLOWING IS TO BE COMPLETED BY THE ATTENDING PHYSICIAN

In your opinion, is the physical condition of this person such that he/she may be lodged in Jail?

✓ Yes     ____ No

Comments:
Abd pain 789
Abd mass 789.3
HTN 401.9

Medication/Treatment Prescribed:
Restart BP meds; Continue c Omeprazole
Needs to be scheduled for CT of Abdomen c +s contrast
Check BP daily, call if ↑ 140/90s after being on meds x 1 wk

Attending Physician's signature: APRN _____     Date: 9/28/15

Routing Orig - Medical

FISI-M-03/07

**EXHIBIT J**