**Kurt Kessler MD**
General, Vascular, and Thoracic Surgery
Siena Healing Arts Building, 311 East Spruce
Garden City, Kansas 67846
Phone (620)-275-3741  Cell 640-7600

Patient Name: Guebara  Paul
Date of Birth: 03/18/1963
Patient ID/Social Security No.: 5854
Referring Physician: Jenna  Fry, PA
Date: Sunday, October 28, 2018
Date of service:
10-26-18

### Office Progress Note

**Current Problem/Surgical Procedure:** Abdominal pain, status post upper endoscopy and colonoscopy
**Date:** 9/24/2018

**Patient's Subjective Comments:** The patient has been treated for Helicobacter on the basis of a biopsy during upper endoscopy and colonoscopy which showed "lymphoplasmacytic inflammation". He reports that he has the same symptoms.

**Objective Findings:** Abdomen is nontender and nondistended

**Pertinent Laboratory, X-ray, or Pathology Results:** Gastric antrum mucosa with lymphoplasmacytic chronic inflammation no evidence of Helicobacter. Terminal ileum showed normal mucosa. Proximal transverse colon showed benign lymphoid aggregate

**Medication Changes:** I suggested Prilosec once daily

**Change in Care, Activity, or Diet:** Along with the officers that accompanied the patient I discussed possible gallbladder ultrasound. This will I guess depend on whether the jail wants to proceed with this. They are not anxious to be taking the patient to multiple physician appointments apparently because of severity of his charges

**Impression:** Continued abdominal symptomatology consider secondary gain

**Plan:** Continue current care.

**Follow up:** As per the jail

Signed, Kurt Kessler, MD

Guebara  Paul
Sunday, October 28, 2018  14:45:13.6496250
cc: Jenna  Fry, PA
5854

**EXHIBIT JJ**