Correct Care Solutions
Kansas Department of Corrections
Nursing Chronic Care

Page# 4 of 5

**Inmate Name:** GUEBARA , PAUL  GUEBARA  KDOC#: 40223
**Birth Date:** 03/18/1963  **Sex:** male  **Race:** Hispanic
**Evaluation Date:** 07/22/2004  **Time:** 9:47 AM  **Location:** EDCF-Central

Abdominal
Tendernes in belly
No vomiting
No diarrhea
No Constipation
Comments states that he has pain in the LUQ at times.

## Objective:
Low grade fever NO
NO
Jandice NO
Increased in abdominal girth  NO
Adominal pain  YES
Dark urine  NO
NO
Diarrhea NO
Itching  NO
Skin Rash NO
Swelling of joints NO

## Lab Tests  Results  and Dates
**ALT**      315  04/30/2004
**AST**      140
**T. Bilirubin** 0.9
**ALBUMIN** 4.4
**W.B.C.**   10.3  02/16/2004
**HGB/HCT**    15.0/42.9  02/16/2004
**PT/INR**

**Plateletts**  268  02/16/2004
**T.S.H.**     7.370
**OTHER**

Hep. C. anitibody screen done    Hep. C. Results  pos   Date: 10/09/2003
Results 0

## ASSESSMENT:

## PLAN:
**Patient education**
Work up explained to patient by HCP
Patient voced understanding of education

<span style="color:red">**EXHIBIT KK**</span>