PAML

Finney County Health Department
919 Zerr Rd
Garden City, KS 67846



PAML
(509) 755-8600  (800) 541-7891 FAX (509) 924-0002
CLIENT SERVICES (509) 755-8999 FAX (509) 924-5127

| PATIENT NAME | PATIENT ID | DOB | SEX | AGE | PT. PHONE NO. | PT. LAB NO. | |
|---|---|---|---|---|---|---|---|
| GUEBARA, PAUL | EE037897 | 03/18/1963 | M | 52 Y | | J68890 | |
| PHYSICIAN | COLLECT DATE & TIME | | DATE OF SERVICE | | REQUISITION NO. | STATUS | PAGE |
| DOUTY, HANNAH | 09/28/2015 09:43 | | 09/28/2015 | | 1104001439026 | Final | 1 |

COMMENTS: COLL TIME 1033 CST  M6769829:AMY, CMPAC, CMPC, GFR, HEPACU, HPYG, LIPA, LIPID, T4, TPAHEM, TPDIF-CDTR; AMY, CMPAC, CMPC, GFR, HEPACU, LIPA, LIPID, T4, TPAHEM, TPDIF- GARDEN CITY

For additional diagnostic criteria, see our Test Directory at www.paml.com

| Diagnostic Procedure | Result In Range | Result Out of Range | | Units | Reference Range | Site Code |
|---|---|---|---|---|---|---|
| Amylase | 48 | | | U/L | 17-121 | SK |
| Comp Metabolic Panel (no calc) | | | | | | |
| Sodium | 141 | | | mmol/L | 136-145 | SK |
| Potassium | 4.0 | | | mmol/L | 3.5-5.1 | SK |
| Chloride | 106 | | | mmol/L | 98-111 | SK |
| CO2 | 28 | | | mmol/L | 20-30 | SK |
| Glucose | 97 | | | mg/dL | 70-99 | SK |
| BUN | 11 | | | mg/dL | 6-24 | SK |
| Creatinine | 0.86 | | | mg/dL | 0.65-1.36 | SK |
| Calcium | 9.3 | | | mg/dL | 8.5-10.1 | SK |
| Protein, Total | 7.8 | | | g/dL | 6.4-8.2 | SK |
| Albumin | 4.2 | | | g/dL | 3.4-5.3 | SK |
| Bilirubin, Total | 1.0 | | | mg/dL | 0.2-1.2 | SK |
| Alkaline Phosphatase | 69 | | | U/L | 20-125 | SK |
| AST | | 64 | H | U/L | 7-37 | SK |
| ALT | | 88 | H | U/L | 12-78 | SK |
| Anion Gap | 11 | | | mmol/L | 6-18 | SK |
| CMP Calculations | | | | | | |
| BUN/Creatinine Ratio (Calc) | 13.0 | | | Ratio | 6-25 | SK |
| Globulin | 3.6 | | | g/dL | 2.2-4.2 | SK |
| A/G Ratio | 1.2 | | | Ratio | 0.8-2.0 | SK |
| Estimated GFR (Calc) | 100 | | | ml/min/1.73m2 | | SK |

units = mL/min/1.73 m2
GFR results <60 for 3 months or longer: Chronic Kidney Disease
GFR result <15 : Kidney Failure
For African Americans, multiply the GFR result by 1.159
Formula used is CKD-EPI equation.

Hepatitis Panel, Acute Rflx
HAV Ab, IgM          Nonreactive                                NREA    S1

No indication of recent exposure to HAV - could still have
Ha-IgG which would indicate a past infection.

HBs Ag Screen        Nonreactive                                NREA    S1
HBc Ab, IgM          Nonreactive                                NREA    S1

No indication of HBV exposure.
No indication of HBV exposure.

Hepatitis C Antibody              Reactive                      NREA    S1

Exposure to HCV indicated. Potentially infectious.
Supplemental testing recommended as clinically indicated.

Lipase                            19        L         U/L      22-51   SK
Lipid Profile
  Cholesterol        186                              mg/dL    <200    SK

NCEP-ATP III Classifications (mg/dL):

Continued on next page
GUEBARA, PAUL           10/01/2015 05:31                              FFINCTF

LAB WORK REVIEWED
BY ARNP

**EXHIBIT L**




Thu Oct 01 05:31:49 2015 Page 3 of 4

Finney County Health Department
919 Zerr Rd
Garden City, KS 67846

**PAML**
PATHOLOGY ASSOCIATES MEDICAL LABORATORIES
(509) 755-8600  (800) 541-7891  FAX (509) 924-0002
CLIENT SERVICES (509) 755-8999  FAX (509) 924-5127

| PATIENT NAME | PATIENT ID | DOB | SEX | AGE | PT. PHONE NO. | PT. LAB NO. | |
|---|---|---|---|---|---|---|---|
| GUEBARA, PAUL | EE037897 | 03/18/1963 | M | 52 Y | | J68890 | |
| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | | | REQUISITION NO. | STATUS | PAGE |
| DOUTY, HANNAH | 09/28/2015 09:43 | 09/28/2015 | | | 1104001439026 | Final | 2 |

COMMENTS:  COLL TIME 1033 CST  M6769829:AMY , CMPAC, CMPC, GFR, HEPACU, HPYG, LIPA, LIPID, T4, TPAHEM, TPDIF-CDTR; AMY, CMPAC, CMPC, GFR, HEPACU, LIPA, LIPID, T4, TPAHEM, TPDIF- GARDEN CITY

For additional diagnostic criteria, see our Test Directory at www.paml.com

| Diagnostic Procedure | Result In Range | Result Out of Range | | Units | Reference Range | Site Code |
|---|---|---|---|---|---|---|
| <200      Desirable | | | | | | |
| 200-239   Borderline High | | | | | | |
| >239      High | | | | | | |
| Triglycerides | | 173 | H | mg/dL | <150 | SK |
| NCEP-ATP III Classifications (mg/dL): | | | | | | |
| <150      Normal | | | | | | |
| 150-199   Borderline High | | | | | | |
| 200-499   High | | | | | | |
| >499      Very High | | | | | | |
| HDL | 42 | | | mg/dL | 40-59 | SK |
| NCEP-ATP III Classifications (mg/dL): | | | | | | |
| <40   Low | | | | | | |
| >59   High | | | | | | |
| LDL [Calculated] | | 109 | H | mg/dL | <100 | SK |
| NCEP-ATP III Classifications (mg/dL): | | | | | | |
| <100      Optimal | | | | | | |
| 100-129   Near Optimal/Above Optimal | | | | | | |
| 130-159   Borderline High | | | | | | |
| 160-189   High | | | | | | |
| >189      Very High | | | | | | |
| VLDL CHOLESTEROL:  35 | | | | | | |
| Chol/HDL Ratio | 4.4 | | | Ratio | 0.0-4.9 | SK |
| Unit: not reported | | | | | | |
| T4 (Thyroxine) | 7.2 | | | ug/dL | 4.7-13.3 | SK |
| Hemogram with Platelet | | | | | | |
| White Blood Cells | 7.9 | | | K/uL | 4.0-9.6 | SK |
| Red Blood Cells | 4.79 | | | M/uL | 4.40-5.89 | SK |
| Hemoglobin | 14.7 | | | g/dL | 13.9-17.4 | SK |
| Hematocrit | 44.2 | | | % | 40.6-50.3 | SK |
| MCV | 92.0 | | | fL | 81-99 | SK |
| MCH | 30.8 | | | pg | 26.7-34.1 | SK |
| MCHC | 33.4 | | | g/dL | 31.0-36.1 | SK |
| RDW | 13.8 | | | % | 11.7-14.6 | SK |
| Platelets | 214 | | | K/uL | 150-400 | SK |
| MPV | 9.2 | | | fl | | SK |
| Differential | | | | | | |
| Differential Type | Automated | | | | | SK |
| Neutrophils, Absolute | 4.70 | | | K/uL | 1.7-6.4 | SK |
| Lymphocytes, Absolute | 2.40 | | | K/uL | 1.1-3.5 | SK |
| Monocytes | 0.60 | | | K/uL | 0.3-0.9 | SK |
| Eosinophils | 0.20 | | | K/uL | 0.0-0.6 | SK |
| Basophils | 0.10 | | | K/uL | 0.0-0.1 | SK |
| Neutrophils | 59.0 | | | % | | SK |
| Lymphocytes | 30.0 | | | % | | SK |
| Monocytes | 7.0 | | | % | | SK |

Continued on next page

GUEBARA, PAUL                10/01/2015 05:31                                   FFINCTF

**EXHIBIT L**

Finney County Health Department
919 Zerr Rd
Garden City, KS  67846


PAML
PATHOLOGY ASSOCIATES
MEDICAL LABORATORIES

(509) 755-8600  (800) 541-7891  FAX (509) 924-0002
CLIENT SERVICES (509) 755-8999  FAX (509) 924-5127

| PATIENT NAME | PATIENT ID | DOB | SEX | AGE | PT. PHONE NO. | PT.LAB NO. | |
|---|---|---|---|---|---|---|---|
| GUEBARA, PAUL | EE037897 | 03/18/1963 | M | 52 Y | | J68890 | |
| PHYSICIAN | COLLECT DATE & TIME | | DATE OF SERVICE | | REQUISITION NO. | STATUS | PAGE |
| DOUTY, HANNAH | 09/28/2015 09:43 | | 09/28/2015 | | 1104001439026 | Final | 3 |

COMMENTS:  COLL TIME 1033 CST  M6769829:AMY, CMPAC, CMPC, GFR, HEPACU, HPYG, LIPA, LIPID, T4, TPAHEM, TPDIF-CDTR; AMY, CMPAC, CMPC, GFR, HEPACU, LIPA, LIPID, T4, TPAHEM, TPDIF- GARDEN CITY

For additional diagnostic criteria, see our Test Directory at www.paml.com

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range | Site Code |
|---|---|---|---|---|---|
| Eosinophils | 2.0 | | % | | SK |
| Basophils | 1.0 | | % | | SK |
| H. pylori Ab, IgG | | 49.1  H | ISR | 0.0-20.0 | 01 |

25.0 or Greater  Positive:  IgG antibody to H. pylori detected, suggestive of previous exposure or active infection.  A positive serologic result for H. pylori cannot distinguish current from past infection and cannot be used to assess response therapy. Culture, breath, or stool antigen tests should be used for these purposes.

Performing Labs
01       PAML 110 W Cliff Ave, Spokane, WA 99204
S1       Penrose Hsp, 2222 N Nevada Ave, Colorado Springs, CO 80907
SK       St Catherine Hospital, 401 East Spruce, Garden City, KS 67846

End of Report

**EXHIBIT L**