**KDOC Adult Facilities**  **GUEBARA, PAUL**  **Order Date:** 11/26/2019
12000 Rd
Oswego&KS&67356, KS, 66612
Person #: 1425 , Other ID #: 40223
Sex: M
DOB: 03/18/1963

**Ordering:** Harrod, Gordon  **Performing #:** Bioreference
**Tests Ordered :** DIAGNOSTIC PROFILE II (2052-9), THYROID PNL-T3U,T4,TSH (0007-5)

### Diagnostic Panel 2 (Collection Date: 11/26/2019 02:46, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| A/G Ratio | 1.2 | Ratio | | 1.1-2.9 | |
| Albumin | 4.0 | g/dL | | 3.5-5.2 | |
| Alk Phos | 62 | U/L | | 40-156 | |
| ALT | 28 | U/L | | <41 | |
| AST | 23 | U/L | | <40 | |
| BASOS | 0.8 | % | | 0.0-1.0 | |
| Bilirubin, Total | 0.5 | mg/dL | | <1.2 | |
| BUN | 12 | mg/dL | | 6-20 | |
| BUN/Creat Ratio | 11.4 | Ratio | | 10.0-28.0 | |
| Calcium | 9.3 | mg/dL | | 8.6-10.4 | |
| Chloride | 102 | mmol/L | | 96-108 | |
| Chol/HDL Ratio | 3.8 | | | <7.4 | Evaluation: BELOW AVERAGE RISK |
| Cholesterol | 141 | mg/dL | | <200 | |
| CO2 | 25 | mmol/L | | 22-29 | |
| Creatinine | 1.05 | mg/dL | | 0.67-1.31 | |
| e-GFR | 79 | mL/min | | >or=60 | |
| e-GFR, African American | 92 | mL/min | | >or=60 | |
| EOS | 3.0 | % | | 0.0-6.2 | |
| FREE T4 INDEX | 2.2 | | | 1.5-3.8 | |
| GGTP | 30 | U/L | | 10-71 | |
| Globulin | 3.3 | g/dL | | 1.7-3.7 | |
| Glucose | 97 | mg/dL | | 70-99 | |
| HCT | 41.2 | % | | 34.6-49.6 | |
| HDL as % of Cholesterol | 26 | % | | >14 | Evaluation: BELOW AVERAGE RISK |
| HDL CHOL., DIRECT | 37 | mg/dL | L | >40 | |
| HGB | 14.5 | g/dL | | 12.0-16.9 | |
| IMMATURE GRANULOCYTES | 0.4 | % | | 0.0-1.0 | |
| Iron | 94 | ug/dL | | 59-158 | |
| LD | 181 | U/L | | 135-225 | |

Patient: GUEBARA, PAUL , DOB: 3/18/1963

**KDOC Adult Facilities**  **GUEBARA, PAUL**  Order Date: 11/01/2019
12000 Rd
Oswego&KS&67356, KS, 66612
Person #: 1425 , Other ID #: 40223
Sex: M
DOB: 03/18/1963

**Ordering:** Harrod, Gordon  **Performing #:** Bioreference
**Tests Ordered :** DIAGNOSTIC PROFILE III (0855-7)

**CH24/HDL,CBC/D/PLT (Collection Date: 11/01/2019 02:55, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| A/G Ratio | 1.5 | Ratio | | 1.1-2.9 | |
| Albumin | 4.5 | g/dL | | 3.5-5.2 | |
| Alk Phos | 75 | U/L | | 40-156 | |
| ALT | 22 | U/L | | <41 | |
| AST | 23 | U/L | | <40 | |
| BASOS | 0.8 | % | | 0.0-1.0 | |
| Bilirubin, Total | 0.4 | mg/dL | | <1.2 | |
| BUN | 11 | mg/dL | | 6-20 | |
| BUN/Creat Ratio | 10.0 | Ratio | | 10.0-28.0 | |
| Calcium | 9.5 | mg/dL | | 8.6-10.4 | |
| Chloride | 103 | mmol/L | | 96-108 | |
| Chol/HDL Ratio | 3.6 | | | <7.4 | Evaluation: BELOW AVERAGE RISK |
| Cholesterol | 143 | mg/dL | | <200 | |
| CO2 | 24 | mmol/L | | 22-29 | |
| Creatinine | 1.10 | mg/dL | | 0.67-1.31 | |
| e-GFR | 75 | mL/min | | >or=60 | |
| e-GFR, African American | 87 | mL/min | | >or=60 | |
| EOS | 2.6 | % | | 0.0-6.2 | |
| GGTP | 29 | U/L | | 10-71 | |
| Globulin | 3.1 | g/dL | | 1.7-3.7 | |
| Glucose | 111 | mg/dL | H | 70-99 | |
| HCT | 43.0 | % | | 34.6-49.6 | |
| HDL as % of Cholesterol | 28 | % | | >14 | Evaluation: BELOW AVERAGE RISK |
| HDL CHOL., DIRECT | 40 | mg/dL | L | >40 | |
| HGB | 14.8 | g/dL | | 12.0-16.9 | |
| IMMATURE GRANULOCYTES | 0.5 | % | | 0.0-1.0 | |
| Iron | 80 | ug/dL | | 59-158 | |
| LD | 167 | U/L | | 135-225 | |
| LDL Cholesterol | 68 | mg/dL | | <100 | |
| LDL/HDL Ratio | 1.70 | | | <3.56 | |
| LYMPHS | 33.9 | % | | 14.0-51.8 | |
| MCH | 30.5 | pg | | 25.8-33.1 | |
| MCHC | 34.4 | g/dL | | 31.7-35.3 | |

Patient: GUEBARA, PAUL , DOB: 3/18/1963