

### Finney County Health Department
#### General Note

Page 1 of 1
09/30/2015 2:24:27 PM

| | | | | |
|---|---|---|---|---|
| Patient No | 68890 | Note Status | Locked | |
| Name | GUEBARA, PAUL | Note Date | 09/30/2015 | |
| DOB - Sex | 03/18/1963  Male | Created | HANNAHD | 09/30/2015 2:19:45 PM |
| Cosite | 00001  Finney County Health Departmen | Updated | HANNAHD | 09/30/2015 2:24:14 PM |
| Sub Program | EC  Employee Clinic | Note ID | 332 | |
| Provider | 0060  Douty, Hannah | Note Type Code | NOTE | |

| Question | Response |
|---|---|

**General notes**

Called labs to RN, M. Newsome. Liver enzymes mildly elevated, will attempt to add a hepatitis panel acute. Pt had a positive H.Pylori Ab,IgG at 49.1 ; Start on Omeprazole 20 mg BID x 14 days, #28 No refills, Newsome RN states that is available stock at the jail so she can provide that for pt. Called in Rx for Amoxicillin 500 mg, take 2 tabs every 12 hours for 14 days, #56 RF None; Clarithromycin 500 mg every 12 hours for 14 days, #28 No refills. Continue with abdominal CT order to evaluate mass. Newsome RN, verbalizes understanding and agreement with plan of care. RN will discuss plan of care with pt and set up med scheduling.

End of Note

End of Report

This document contains **Confidential Patient Information**.
It is not to be released to unauthorized persons or staff, under penalty of law.

**EXHIBIT M**