Patient Name :Guebara,Paul|DOB :03/18/1963|Phone Number:

**Progress Notes**

**Patient:** Guebara, Paul
**Account Number:** 50721
**DOB:** 03/18/1963   **Age:** 55 Y   **Sex:** Male
**Phone:** 620-272-3757
**Address:** 304 N 9TH ST, GARDEN CITY, KS-67846-5371

**Provider:** Jena Fry, PA
**Date:** 05/31/2018

## Subjective:

**Chief Complaints:**
 1. Has not been taking medication for bp for the last week.. 2. Pt has been having stomach pain. has had it for about 2 years and it keeps getting worse. pt said he stoped eating for 7 days to see if it helps. 3. Says its hard to even walk around.

**HPI:**
\*\*\*\*\*\*\*\*\*\*:
 55 year old male presents accompanied by 2 guards from the Finney County Jail. Still having the LUQ pain. The pain is constant, tearing and sometimes severe. It occasionally worsens with eating. Says the abd pain actually worsened with the Omeprazole so he dc'd it. He has been in jail for the past 3 years and no recent diet changes. Denies any acid reflux, n/v/d, melena, hematochezia or constipation. Still also having intermittent left sided chest pain with some left arm pain. He recently did see cardiology. Results are not availabe today.
 Stopped taking the Amlodipine because he only wants treatment for the abdominal pain.

**ROS:**
 See HPI.

**Medical History:** Hepatitis found last year on labs done at Finney County Health Dept..

**Surgical History:** tracheatomy done years ago, pt doesn't remember when .

**Family History:** Father: deceased, diagnosed with Other malignant neoplasm of unspecified site. Mother: alive. Siblings: diagnosed with Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled, Unspecified essential hypertension, Other malignant neoplasm of unspecified site. 6 brother(s) , 3 sister(s) - healthy. 2 son(s) , 3 daughter(s) - healthy. .
bone marrow cancer
colon cancer.

**Social History:**
 Tobacco Use:
  Tobacco Use/Smoking
   Are you a *former smoker*
   How long has it been since you last smoked? *1-5 years*
  Tobacco use other than smoking
   Are you an other tobacco user? *No*
 Sexual Orientation:
  Sexual Orientation
   Sexual Orientation *Straight (not lesbian or gay)*
 Gender Identity:
  Gender Identity
   Gender Identity *Male*
 Drugs/Alcohol:
  Drugs
   Have you used drugs other than those for medical reasons in the past 12 months? *Yes*
  Alcohol Screen (Audit-C)
   Did you have a drink containing alcohol in the past year? *No*
   Points *0*
   Interpretation *Negative*
  Caffeine
   Intake: *1-2 cups per day*
  Do you smoke marijuana?: Denies.
  Do you drink alcohol?: No.
 Miscellaneous:
  Caffeine: 3-4 cups per day.
  Exercise: none.
  Housing: currently incarcerated.
  Legal problems: currently incarcerated.

**Medications:** Not-Taking/PRN Omeprazole 40 MG Capsule Delayed Release 1 capsule Orally Once a day, Not-Taking/PRN Amlodipine Besylate 5 MG Tablet 1 tablet Orally Once a day, Medication List reviewed and reconciled with the patient

**Allergies:** Penicillamine: hives.

## Objective:

**Vitals:** Temp 98.0, HR 79, BP 169/129, Wt 205, BMI 33.08, Ht 66, RR 20, Oxygen sat % 96, Ht-cm 167.64 cm, Wt-kg 92.99 kg.

**Examination:**
 General Examination:
  GENERAL APPEARANCE: normal, alert, in no acute distress, obese.
  SKIN: good turgor, warm and dry, no rashes.
  HEART: regular rate and rhythm, S1, S2 normal, no murmurs, rubs, gallops.
  LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
  ABDOMEN: bowel sounds present, soft, nontender, LUQ tenderness, no guarding or rigidity, no rebound tenderness.
  EXTREMITIES: no edema.
  NEUROLOGIC: alert and oriented, cranial nerves 2-12 grossly intact, sensation grossly intact, normal strength, gait limited due to ankle cuffs..
  PSYCH: Normal mood and affect. Recent memory normal and remote memory normal..

## Assessment:

**Assessment:**

Patient Name :Guebara,Paul|DOB :03/18/1963|Phone Number:

Exhibit MM