| 2200_58308<br>Finney County Health Department<br>919 Zerr Rd<br>Garden City KS 67846 | (620) 272-3600 | LABORATORY REPORT<br><br>PAML<br>St Catherine Hospital ry Associates<br>401 E Spruce, Garden City KS 67846 |

| Patient Name<br>GUEBARA, PAUL | | Sex<br>M | Age<br>54 | | | |
|---|---|---|---|---|---|---|
| Patient ID/Hospital ID<br>68890 | Patient Birth Date<br>3/18/1963 | | Patient SSN | Patient Phone Number | Physician<br>Dowdy, Gretchen | |
| Page<br>1 | Requisition No.<br>1852881 | Accession No.<br>M9208496 | Client Accession Number | Collection Date & Time<br>10/2/2017  4:41 PM | Report Date & Time<br>10/2/2017  7:11 PM | REPORT STATUS<br>FINAL |

| TEST | IN RANGE | OUT OF RANGE | REFERENCE RANGE | UNITS | SITE CODE |
|---|---|---|---|---|---|
| **PSA** | | | | | |
| PSA (Prostate Specific Ag) | | H  5.42 | <4.00 | ng/mL | SK |
| Reference range: 0.01 to 3.99 | | | | | |
| Performed using Siemens Vista LOCI methodology. | | | | | |

ORDERED TESTS:

  PSA      PSA


NOTE:

'SK' refers to site:   St Catherine Hospital
                      401 E Spruce
                      Garden City KS 67846

>> END REPORT <<

RECEIVED
OCT 03 2017
BY:

**EXHIBIT N**

**LABORATORY REPORT**

2200_58308  (620) 272-3600
Finney County Health Department
919 Zerr Rd
Garden City KS 67846

PAML
St Catherine Hospital
401 E Spruce, Garden City KS 67846

| Patient Name | Sex | Age | | | |
|---|---|---|---|---|---|
| GUEBARA, PAUL | M | 54 | | | |
| Patient ID/Hospital ID | Patient Birth Date | Patient SSN | Patient Phone Number | Physician | |
| 68890 | 3/18/1963 | | | Dowdy, Gretchen | |
| Page | Requisition No. | Accession No. | Client Accession Number | Collection Date & Time | Report Date & Time | REPORT STATUS |
| 3 | 1852865 | M9208476 | | 10/2/2017 4:23 PM | 10/4/2017 8:27 PM | FINAL |

| TEST | IN RANGE | OUT OF RANGE | REFERENCE RANGE | UNITS | SITE CODE |
|---|---|---|---|---|---|
| **Comp Metabolic Panel w/GFR (CONTINUED)** | | | | | |
| AST | 35 | | 7-37 | U/L | SK |
| ALT | 72 | | 12-78 | U/L | SK |
| Anion Gap | 8 | | 6-18 | mmol/L | SK |
| BUN/Creatinine Ratio (Calc) | 9.0 | | 6-25 | Ratio | SK |
| Globulin | 3.9 | | 2.2-4.2 | g/dL | SK |
| A/G Ratio | 1.0 | | 0.8-2.0 | Ratio | SK |
| Estimated GFR (Calc) | 97 | | | mL/min/1\.73m2 | SK |

   Reference range: >60.0

   Units = mL/min/1.73 m2 FGFR results <60 for 3 months or longer:
   Chronic kidney disease FGFR results <15: Kidney failure FIf African
   American is indicated, calculation includes multiplier of 1.159.

**Hepatitis Panel, Acute**

| HAV Ab, IgM | Nonreactive | | NREA | | N5 |
|---|---|---|---|---|---|

   No indication of recent exposure to HAV - could still have Ha-IgG
   which would indicate past infection.

| HBs Ag Screen | Nonreactive | | NREA | | N5 |
|---|---|---|---|---|---|
| HBc Ab, IgM | Nonreactive | | NREA | | N5 |
| **Hepatitis C Antibody** | | A Reactive | NREA | | N5 |

   Retesting on a second sample is needed for the confirmatory RNA PCR
   test. Notify patient for recollection if clinically indicated.

**HIV 1/2 Ag/Ab RFLX to Suppl**

| HIV 1/2 Ag/Ab Combo | Non Reactive | | NR | | 01 |
|---|---|---|---|---|---|

**ORDERED TESTS:**

   AMY      Amylase
   TPCBC    CBC with Plt + Diff
   CMPD     Comp Metabolic Panel w/GFR
   GLYCO    Glycohemoglobin
   HEPACU   Hepatitis Panel, Acute
   HIV12P   HIV 1/2 Ab RFLX to Suppl
   LIPA     Lipase
   LIPID    Lipid Profile

>> REPORT CONTINUED ON NEXT PAGE <<

RECEIVED
OCT 0 - 2017
BY:

**EXHIBIT N**