# Medical

1.     Medical Services

2.     Pharmacy

3.     Medical Records

4.     Medical Carts

5.     Medical Documentation

6.     Medications

7.     Dispensing Medications

8.     Intake or Release of Medications

9.     Medical Emergencies

10.     Payment for Services

Exhibit NN

# 1. MEDICAL SERVICES

## POLICY:

It is the policy of the Jail Division of the Sheriff's Office to provide medical services for the inmates housed in the Finney County Jail.

## PROCEDURE:

### Medical Authority

All medical and other medical related services are coordinated through the Finney County Health department. The Finney County Health department's nurse assigned to the jail will act as a liaison between the jail, the health department and other medical service providers in the community to ensure an appropriate standard of care.

### Medical Appointments

All medical appointments will set up by the medical department. The necessary paperwork will be completed and attached to a medical envelope and placed in the medical transport box in booking.

It is part of the duties of the dayshift booking deputy to check the medical transport box daily for any medical appointments. The booking deputy should also check with warrants to see if there is a transport deputy assigned. If there isn't a transport deputy assigned the supervisor needs to be notified.

Inmates will not be told of any pending medical appointments for safety and security reasons. If it is found out that an inmate is aware of a medical appointment the supervisor needs to be notified as soon as possible so the appointment can be rescheduled at a different date and time.

When an inmate returns from a medical appointment the paperwork needs to be taken to the nurse. If the nurse is not available the supervisor needs to review the paperwork to see if there have been any treatment changes or new prescriptions that need to be addressed. After review, an email will be sent to staff and the paperwork will be placed in the medical department box.

Exhibit  NN

## 2. PHARMACY

## POLICY:

It is the policy of the Jail Division of the Sheriff's Office to obtain the appropriate medications from a pharmacy for the inmates housed in the Finney County Jail.

## PROCEDURE:

The jail uses two pharmacies, Diamond Pharmacy and Dillons Pharmacy (east). Diamond Pharmacy is our primary pharmacy and Dillons Pharmacy is our secondary and emergent pharmacy. It should be noted that we may receive medications from other pharmacies also.

**Diamond Pharmacy** will send meds on week days and Saturday via Fed Ex. On the weekdays the medications are dropped off at the Sheriff's records division and on Saturday the medications will be dropped off in the jail lobby.

**Dillons Pharmacy** delivers the medications up to six days a week. On Sundays they are open but do not deliver. The delivery person will bring the medications up to the jail lobby and you will need to sign for the medication.

Do not leave the pharmacy or Fed Ex personal out in the jail lobby waiting, they have other deliveries to make and they will leave if they have to wait.

### Delivered Medications

When medications are delivered they need to be taken care of as soon as possible. Do not place medications in the medical department's mailbox in booking assuming the nurse will take care of them. In order to properly handle delivered medication the following needs to be done;
1. Open the Fed Ex box or pharmacy bag that the medications came in.
2. Count and verify the amount of medication that was received.
3. Sign your initials and date on the Diamond invoice or Dillons Pharmacy Rx receipt to signify the count was correct.
   a. If not correct write a note on the invoice/receipt.
4. You will then need to set the medications up for the booking medical cart or forward the medications to the housing area where the inmate is housed for that deputy to set up.
5. Then whoever sets up the medications will send out an email to all staff only if a new medication was set up.
6. Place the invoice/receipts in the medical department's box in booking for the nurses' review.

Exhibit NN

## 3. MEDICAL RECORDS

### POLICY:

It is the policy of the Jail Division of the Sheriff's Office to keep accurate medical records on any inmate requiring medical attention.

### PROCEDURE:

### Definitions

*MAR* is an acronym for Medical Administration Record which is a record of medications given to an inmate and an accounting for the medication used.

*Controlled Medication Flow Sheet* is a form used, in addition to the MAR, to ensure the accurate accounting of controlled substances.

*Controlled Substances* are medications that contain a narcotic, for example, Tylenol #3 contains codeine which is a controlled substance.

*NEF* is an acronym for the Non Emergency Form used by inmates to make medical requests of a non-emergent nature.

*PRN* is an acronym for Pro Re Nata which means "as needed."

### MAR Book

1. Each medical cart has an MAR book assigned to it.
2. Each MAR book will have an Approved Med or Item Allowed form, current inmate MARs, blank MARs, a copy of this medical policy and any other medical forms needed.
   a. The booking medical cart MAR book will also have additional housing area dividers.

### MAR Sheet

The MAR book will have a MAR sheet for every inmate who is currently taking medication. With each new month a new MAR sheet will be started. Normally, these sheets will be made up beforehand. In the event they are not notify your supervisor for further instructions.

The MAR is a legal record and can be subpoena for court. Care and accuracy need to be taken when making entries. Any type of white out to correct errors is not permitted. Further explanation is made under "Signing out medications in the MAR book."

On the following two pages is the MAR sheet. On the next page is the front page of the MAR with an explanation of the data needed. Then on the following page is the back of the MAR with an explanation of the data needed.

Exhibit NN



1. Month and year
2. Date and initials of person setting up medication.
3. Medication information and instructions.
4. Times to be given.
   a. Typically 0630, 1200, 1700, 2200 or PRN.
5. Date initial box.
6. Monthly initial and name box
   a. Write your initial in the initial box and print your name in the signature box.
7. Housing assignment for the inmate.
8. Inmate's date of birth.
9. List any allergies for this inmate.
   a. If none write NKDA (No Known Drug Allergies).
10. Inmate name and "I" number
11. Agency – always "FISO".
12. Beginning and ending dates, i.e. 03/01/14 & 03/31/14 (if the month is March).
13. If you run out of spaces for medications start a second MAR sheet.

Exhibit  NN

## MEDICATION NOTES

| Instructions: | Injection Site Codes: | Result Codes: | Non Administered Medication Reason Codes: |
|---|---|---|---|
| • INITIAL APPROPRIATE BOX WHEN MEDICATION OR TREATMENT IS GIVEN.<br>• CIRCLE INITIALS WHEN MEDICATION OR TREATMENT IS REFUSED<br>• STATE REASON FOR REFUSAL UNDER MEDICATION NOTES.<br>• STATE REASON AND RESULT FOR PRN MEDICATION OR TREATMENT.<br>• INDICATE INJECTION SITE WITH APPROPRIATE CODE. | 1 . ABDOMEN LEFT      5 . BUTTOCKS (GLUTEUS) LEFT     9 . UPPER BACK LEFT<br>2 . ABDOMEN RIGHT     6 . BUTTOCKS (GLUTEUS) RIGHT  10 . UPPER BACK RIGHT<br>3 . ARM (DELTOID) LEFT   7 . THIGH (QUADRICEPS) LEFT   11 . UPPER CHEST LEFT<br>4 . ARM (DELTOID) RIGHT  8 . THIGH (QUADRICEPS) RIGHT  12 . UPPER CHEST RIGHT | A. EFFECTIVE<br>B. SLIGHTLY EFFECTIVE<br>C. INEFFECTIVE<br>D. NO EFFECT OBSERVED | 1 REFUSED BY INMATE<br>2. INMATE DID NOT SHOW<br>3. INMATE NOT IN CELL<br>4. SECURITY LOCKDOWN<br>5. MEDICATION HELD (STATE REASON)<br>6. MEDICATION OUT OF STOCK |

| Date | Time | Init. | Medication - Dose | Route | Reason | Result | Date | Time | Init. | Medication - Dose | Route | Reason | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | 2 | | | | | 3 | | | | |
| | | | | | | | | | | | | | |
| 3/4 | 1200 | mw | Zanax 25mg | | Inmate refused medication | | | | | | | | |
| 3/9 | 1700 | mw | Ibuprophen 200mg | | 2 tabs | | | | | | | | |
| 3/11 | 0630 | mw | Zanax 25 mg | | Dropped 1 | | | | | | | | |
| 3/20 | 1200 | mw | Zanax 25 mg | | Medication not available | | | | | | | | |

1. Date, Time, and Initial
2. Information about the medical issue. (examples)
   a. Medication name – Refused
   b. Medication name – Dropped # of pills
   c. PRN medication name x #pills given
   d. OTC medication name x #pills given and reason
   e. Medication not available
   f. Controlled medication given
3. After the left column is filled from top to bottom then start at the top of the right column.  If both columns become filled then start a second MAR.

Exhibit  NN

### Controlled Medication Flow Sheet
### Finney County Jail

Inmate_____ I #_____     Medication_____

Date_____ Time_____     Rx #_____

Deputy_____     Count_____

Dispensing Instructions_____

| DATE | TIME | BC | AD | EC | Deputy Signature | | Date | Time | BC | AD | EC | Deputy Signature |
|------|------|----|----|----|--------------------|--|------|------|----|----|----|--------------------|
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |
|      |      |    |    |    |                    |  |      |      |    |    |    |                    |

### Controlled Medication Flow Sheet

The controlled medication flow sheet is used to keep an accurate accounting of medications that contain a narcotic like; Tylenol #3. The information needed on the form is self explanatory except for the three lettered columns; **BC**, **AD**, and **EC**. **BC** means **B**eginning **C**ount, **AD** means **A**mount **D**ispensed and **EC** means **E**nding **C**ount. The deputy receiving the medication is responsible for setting up this flow sheet and MAR. A second deputy will confirm the count and sign with the receiving deputy on the deputy line. After the controlled medication is set up it will be placed in the lock box of the Medical Cart. When dispensing a controlled medication the medication must be counted before it is given that number being recorded under BC, then the number of pills dispensed under AD and the final count recorded under EC to ensure the count is correct. The first time a controlled medication is dispensed the BC and count listed in the header must match. If at any time the count is incorrect you must contact your supervisor immediately.

Exhibit NN

## Blood Sugar Log

Inmates Name:_____ B#_____        Month/Year:_____

| Date | Time | Level | Notes | Initials | | Date | Time | Level | Notes | Initials |
|------|------|-------|-------|----------|---|------|------|-------|-------|----------|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## Blood Sugar Log

The blood sugar log is used to keep an accurate record of a diabetic inmate's blood sugar readings. The date, time and level (reading) is self explanatory. The notes section is for recording the action taken, if any, for example; 12 units humulin, given two jucies, or 50 units of levemir. When a blood sugar log is in use there is no need to document this information on the back of the MAR. A new log is started each month.

Exhibit NN

## Blood Pressure Log

Inmates Name:_____ B#_____        Month/Year:_____

| Date | Time | Results | Notes | Initials | | Date | Time | Results | Notes | Initials |
|------|------|---------|-------|----------|--|------|------|---------|-------|----------|
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |
|      |      |         |       |          |  |      |      |         |       |          |

## Blood Pressure Log

The blood pressure log is used to keep an accurate record of an inmate's blood pressure readings.  The date, time, and results (reading) is self explanatory.  The notes section is for recording the action taken, if any, for example; nurse contacted or sent to ER.  When a blood pressure log is in use there is no need to document this information on the back of the MAR.  A new log is started each month.

Exhibit  NN

**Finney County Sheriff's Office**
**Inmate Request for <u>NON-EMERGENCY</u> Health Care**

### *PLEASE PRINT*

Name: _____   Date: _____

DOB: _____ ID #_____ Booking # _____ Location: _____

I request to see Jail medical staff for the following reason(s) (briefly describe the nature of the problem):_____
_____

### *ANSWER THE FOLLOWING*

When did this problem start: _____ Have you ever been treated for this in the past: Y N

Any other symptoms (like nausea, vomiting, fever, etc):_____
_____

Any past medical history: _____

What have you tried to alleviate this (medicine or therapies): _____
_____

Current medications: _____

If you have stitches or staples when were they put in: _____

Inmates will be assessed a co-pay charge to their commissary account regardless of their ability to pay. An inability to pay this charge will not affect access to medical care.

For Medical Staff use only: _____

Inmate: _____   Date: _____

Deputy: _____

FISJ-M7-13

---

## Non-Emergency Form (NEF)

When an inmate hands a NEF to you be sure all the information is addressed on the form, the inmate's name, date, date of birth, I #, booking #, and location. If the NEF has been answered by the nurse make sure the inmate has read it, understands the information and has signed and dated it along with your signature on the bottom of the form. If directives or items are given put the information in the front of the MAR book on the "*Approved med or item allowed*" form. Inmate Communication Forms are not to be used for medical requests. If you receive an ICF for a medical request have the inmate rewrite the request on a NEF.

D 002823

Exhibit NN

## 4. MEDICAL CARTS

### POLICY:

It is the policy of the Jail Division of the Sheriff's Office to have medical carts that are appropriate for a jail environment and appropriately stocked for the medical care of inmates housed in the Finney County Jail.

### PROCEDURE:

### Medical Cart Information

1.  All medical carts are set up approximately the same way.
    a.  The first drawer will have medical supplies like a thermometer, glucose meter, lancets, band aids, cotton balls, etc.
    b.  The second drawer will have all of the prescription, narcotic, and over the counter medications.
    c.  The third drawer will have any extra medications (refills), blood pressure cuff, and a sharps container and some jail supplies.
    d.  The fourth drawer may be used for jail supplies like toilet paper but nothing that can contaminate the cart such as nail clippers, hair clippers, clipper sanitizer, and any food items or drinks.
        i.  The booking medical cart may have more jail supplies than the medical carts in the pods since the cell areas do not have places to store supplies.
    e.  As you face the medical cart with the drawers in front of you on the right side of the cart will be a cubby that contains the MAR book and an expandable file containing various medical forms.  On the left side of the cart will be a tray that holds the blood pressure machine.  Also, on the left side of the booking medical cart is an additional file holding miscellaneous jail forms and inmate observation forms for inmates housed in the cell areas.
2.  The medication carts are to be kept locked at all times when not in use.
3.  The narcotics lock box which is built into the second drawer of each cart is to be locked at all times when not in use.

### Location of Medical Carts

1.  **A, B, and C Pod's** medications and MAR books will be found in the medical carts assigned to each pod.  The Jail Deputies will be responsible for dispensing the medications for their assigned pod.
2.  The **Booking and Cell Area's** medications and MAR book are located in the "**Rover**" medical cart which is kept in the booking area when not in use. The Jail Deputy assigned as the rover will be responsible for dispensing the medications for these areas.

Exhibit  NN

## 5. MEDICAL DOCUMENTATION

### POLICY:

It is the policy of the Jail Division of the Sheriff's Office to document the care provided to the inmates housed in the Finney County Jail.

### PROCEDURE:

### Signing Out Medication in the MAR Book

1.  If assigned to a post where it is your responsibility to dispense medications then at the beginning of your tour you should check the MAR book to see if there are any medications that need to be given during your tour and the designated times.
2.  The name of the inmate is on the bottom left side with the name of the medications located at the top left side of the MAR.
3.  Each medication has the amount of medication and times to be given. The MAR information supersedes the prescription label on the medication bottle, box, or bubble pack.
4.  On the MAR sheet find the date and time for the medication being dispensed and place your initials in the appropriate corresponding square.
5.  If you make a mistake or error you will need to document this on the back of the MAR.
6.  If this is the first time you are dispensing medications to this inmate or it's a new month then on the front of the MAR towards the bottom of the sheet is an area to sign your initials and print your name. Sign only one time even when there are two or more MARs and only if you have dispensed medication to the inmate.
    a.  If you run out of space to sign, start a second MAR sheet then write your initials and print your name.

### Medication Errors

There will be situations, errors, which you will need to address on the back of the MAR under the "Medication Notes:"
1.  Refused medications
2.  PRN medications
3.  Signed wrong
4.  Dropped medications
5.  Missing medications

### Refused Medications

1.  If an inmate refuses a scheduled medication then on the front of the inmates MAR write your initials in the appropriate date-time square and circle it.
2.  On the back of the inmates MAR sheet under the "Medication Notes" write the date, time, your initials, the name of the medication and write, "Inmate refused medication."

### PRN Medications

1.  If an inmate requests a PRN medication then on the front of the inmates MAR you will write your initials in the appropriate date-time square closest to the time actually given.
2.  On the back of the inmates MAR sheet under the "Medication Notes" write the date, time, your initials, the name of the medication and the amount given.

Exhibit  NN

## Signed Wrong

1. When you sign a MAR sheet and find out you signed in the wrong date-time square or on the wrong inmate's MAR, circle your initials then under Medication Notes write the date, time, your initials, the name of the medication and "signed in wrong place," or "signed out on wrong inmate."
2. If someone else has signed in your date-time square, circle these initials then under Medication Notes write the date, time, your initials, the name of the medication and "given" to signify you gave the medication.
3. If an error is made on the Medication Notes draw one line through it and initial.

## Dropped Medications

1. If a medication is dropped, follow the instructions for the proper handling of the medication dropped under "Dispensing Medications to Inmates."
2. On the back of the inmates MAR sheet under the "Medication Notes" write the date, time, your initials, the name of the medication, "dropped" and the number of dropped medication.

## Missing Medications

1. If a medication is missing, follow the instructions on missing medications under "Dispensing Medications to Inmates."
2. If the medication is missing then on the front of the inmates MAR write your initials in the appropriate date-time square and circle them.
3. On the back of the inmates MAR sheet under the "Medication Notes" write the date, time, your initials, the name of the medication, and "medication not available."

Exhibit NN

## 6.  MEDICATIONS

### POLICY:

It is the policy of the Jail Division of the Sheriff's Office to provide a systematic way of addressing various types of medications for inmates housed in the Finney County Jail.

### PROCEDURE:

### Medication Information

1. There are two types of medications; prescribed and over the counter.
2. Most medications come in a bottle, box, or bubble pack.
   a. Exceptions, for example, would be inhalers, creams, etc.
3. Prescribed medications will have the inmate's name and directions on the label.
4. Over the counter medications and directions for use will be listed on the inmate's MAR or standing orders.
5. Additional medications (refills), if any, are kept in the third drawer of the medical cart.
   a. If an inmate runs out of a medication check the third drawer.  If not found contact your supervisor and send an email to the nurse including the name of the inmate, the medication name, pharmacy name and prescription number.

### Medication Storage

1. All medications will be stored in the medical carts with the following exceptions.
   a. Medication that the inmate is allowed to keep on their person.
      i. Be sure these items are logged in the front of the MAR Book on the "Approved Med or Item Allowed" form to show what the inmate has in their cell.
   b. Medication that requires special handling, for example, refrigeration, for certain types of insulin for diabetics.
      i. In this example insulin is kept in the small refrigerator in the staff break room.
2. Current medications will be primarily found in the second drawer of the medical cart.
3. Depending on the amount of medications for any given housing area some of the smaller items may be kept in the first drawer.
4. Additional medications, primarily refills, will be found in the third drawer.
5. Medications that contain a narcotic, also known as a controlled substance, will be kept in the second drawer lock box.
6. Prescription bottles and over the counter medications will be kept on the left side of the second drawer.
7. Medications in a bubble pack will be kept in the center of the second drawer.
   a. Bubble packs will be color coded and arranged by time using dividers to make it easier to locate the medication.
      i. In addition to color coding and arranging by time an additional divider for housing area will be used in the booking medical cart.
   b. Try to maintain this way of organization to make med pass easier on you as well as your fellow deputy.

### Over the Counter Medications

Over the counter (OTC) medications are medications that have been approved for sale to inmates regardless of whether the inmate has funds or not.  All doses of OTC medications will be charged to the inmates fund account at $.69 per dose.  Over the counter medications will be tracked by using the inmates fund account. Entries to the inmate's fund account will be completed as soon as possible by listing the name of the OTC medication and time given under "Purchase transaction, Description," for example; Headache-Tylenol @ 1630.

Exhibit  NN

**Approved OTC medications**

<u>COLACE</u> - for constipation.  Two tabs every 12 hours.

<u>ANTACID TABS</u> – for indigestion.  Two tabs with meals and at bedtime.

<u>MILK OF MAGNESIA</u> – for indigestion or constipation.  30cc once a day.

<u>ANTI DIARRHEAL</u> – for diarrhea.  Two tabs up to three times daily.

<u>TYLENOL</u> – for pain or fever.  2 tabs up to three times daily.  *MAY NOT HAVE WITH COLD MULTI SYMPTON OR IBUPROPHEN.*

<u>IBUPROPHEN</u> – for inflammation, pain or fever.  Two tabs up to three times daily.  *MAY NOT HAVE WITH TYLENOL.*

<u>CHLORTABS</u> – for sinus allergies.  One tab up to three times daily.

**Replacing OTC medications**

If you find you are running low or have run out of one of the OTC medications send an email to the nurse. The nurse will get the OTC replaced.

**Medication Samples**

If an inmate comes in with sample medications;
1. Do not set it up unless the inmate has a doctor's order or prescription with them.
   a. Put the inmates' name on the medication and place in the medical department's box.
   b. Inform the inmate you will pass the information on to the Nurse.
   c. Send the nurse an email with any information you were able to obtain from the inmate about the samples.
2. If there is a doctor's order or prescription for the medication then set it up.
   a. If you cannot understand the order or prescription contact your supervisor for assistance.

**Setting up Medications**

1. Medications are set up at designated times except for PRN medications.
2. The times and color coding are;
   a. 0630 medications highlighted in pink.
   b. 1200 medications highlighted in yellow.
   c. 1700 medications highlighted in green.
   d. 2200 medications highlighted in orange.
   e. PRN medications highlighted in blue.
3. Only the top edge of the medication card should be highlighted.  Do not color code over inmate's name or write over directions of medication.
4. The medications will be set up as follows unless the prescription states differently;
   a. One time a day will be 0630.
   b. Two times a day will be 0630 and 1700.
   c. Three times a day will be 0630, 1200 and 1700.
   d. Four times a day will be 0630, 1200, 1700, and 2200.
5. When setting up the medication use the first line on the MAR for the 0630 time, the second line for 1200, the third line 1700 and the fourth line for 2200.
6. When receiving multiple cards and the medication is to be dispensed multiple times a day be sure to mark the time and appropriate color on each card.  For example; you receive two cards and the medication is to be dispensed twice a day.  Using the information above the first card is set up for 0630-pink and the second card for 1700-green or as ordered if specified differently on the prescription label.

Exhibit NN

7. For an inmate who has not had any medications start a new MAR or for an inmate who has had medications add to the existing MAR.
8. Set up the MAR following the directions on the bottle/card at the designated times unless it's a PRN medication.
9. For refills put the appropriate times and color codes on the cards, place in the third drawer and change the starting count by adding the new amount of medication to the current count.
10. E-mail the new information to staff.

Exhibit  NN

## 7.  DISPENSING MEDICATIONS

## POLICY:

It is the policy of the Jail Division of the Sheriff's Office to provide a systematic way of dispensing medications in a safe way to the inmates housed in the Finney County Jail.

## PROCEDURE:

### Prescribed Medications

1.  When it is time to dispense medications locate the MAR book for the area you are working in.
2.  Starting with the first MAR check it to see if that inmate gets medication at the time you're going to dispense it.  If not, move onto the next MAR until you find an inmate who gets medication at this time.
    a.  When you've gone through all of the MAR's you are finished dispensing medications.
3.  Pull out the medication cards or bottles that the inmate will be taking at this time.
4.  Compare the inmate's name and medications listed on the MAR to the inmate's name and medications listed on the card or bottle.  They should match.
    a.  Sometimes a generic is substituted and the name of the medication may not match.  If unsure ask your supervisor for assistance.
5.  Call the inmate to the medical cart, instructing the inmate to bring a cup of water with, if needed, to swallow the medication.
    a.  Unless the MAR specifies something different they do not have a choice in taking the medication without water.
6.  When the inmate arrives you must check the inmate's ID to verify that this is the correct inmate.
7.  To dispense the medication;
    a.  From a prescription bottle;
        i.  Open the bottle, place the correct amount of medication in the lid of the bottle then place the medication in the palm of the inmate's hand.
    b.  From a card;
        i.  Cards are usually numbered 1 through 30.
        ii.  Always start from the top left side of the card with pill #30, then 29 and so forth.
        iii.  Starting with the next largest numbered pill hold the card over the palm of the inmate's hand, pushing on top of the pill until it drops into the inmate's palm.
8.  When all of the medication is dispensed into the inmate palm instruct the inmate to take and swallow the medication using the cup of water that the inmate brought with.
    a.  Always watch the inmate take the medication in front of you.
    b.  Do not let them walk away as they are taking the medication.
    c.  Always check the inmate's mouth to ensure that the medications were swallowed.
        i.  Have the inmate open his/her mouth and lift the tongue up so you can visually check.
        ii.  If the inmate refuses to comply with your directions it is a rule violation and the inmate is subject to the disciplinary process.
9.  Once you have dispensed the medication locate the appropriate date-time square on the MAR and initial that square to signify that you gave the medication.
10.  It is the responsibility of all jail staff to ensure that the MAR sheets are completed with the correct information regarding dispensing medications to the inmates.
11.  If an initial is missing notify your supervisor as soon as it is discovered that it has been left blank.
12.  PRN information or orders such as Accu checks, Blood Pressures etc., need to be listed under the Medication Notes on the back side of the MAR on the first available MAR sheet. This information needs to be listed chronologically for medical purposes.

### "PRN" Medication

1.  "PRN" medication is a medication ordered to be dispensed "as needed."
2.  The PRN medication order will state how much and how often the medication is to be given.

Exhibit  NN

3. Typically the inmate will need to request the PRN medication but during normal medication pass times it may be more advantageous to ask the inmate if they need it.
4. When you dispense the PRN medication to the inmate, follow the same procedure as "Dispensing Medication, Prescribed Medications" #7 and #8.
5. Once you have dispensed the PRN medication locate the appropriate date-time square closest to the time actually given on the MAR and initial that square to signify that you gave the medication.
6. On the back of the inmates MAR sheet under the "Medication Notes" write the date, time, your initials, the name of the medication and the amount given.
7. If you are not sure contact your supervisor or the nurse for assistance.

## Over the Counter Medications

1. Refer to the "Over the counter medications" under the Medications policy for the list of approved OTC medications that you can sell to the inmate.
2. Inmates may request over the counter (OTC) medications at any time.
3. Ask the inmate why they are requesting the OTC medication.
4. Do not dispense any OTC medication until you determine whether this is the first dose or if this is the second or subsequent dose and that the allotted time between doses has passed.
5. To do this you will need to review the inmates account and based on if or when it was dispensed last, determine if and when you can dispense it to the inmate.
   a. If you determine you can, do so.
   b. If you can't, advise the inmate when it can be dispensed next.
6. If you dispense the OTC medication to the inmate, follow the same procedure as "Dispensing Medication, Prescribed Medications" #7 and #8.
7. Then when you enter the charge to the inmate's account for the OTC medication, document the reason for requesting the medication along with the time, for example; Headache – Tylenol @1630.
   a. Do not use abbreviations, such as TY for Tylenol, for OTC medications
8. If you are unsure of something contact your supervisor or the nurse for assistance.

## Dropped Medication

If a medication is dropped you can not dispense it to the inmate.  You must dispense another dose of the medication to the inmate then do the following with the dropped medication;
1. Fill out the small white medication envelope.
   a. Date – today's date
   b. For - inmate's name
   c. Directions - name of the medication, amount and write the word "dropped"
   d. Dr. – print your last name
2. Place the medication in the envelope and seal the envelope.
3. Then have the envelope placed in the medical department's box in booking.
4. Then follow the instructions under "Medical Documentation - Medical Errors" to finish documenting the dropped medication.

NOTE: If this medication is a controlled substance then you will also need to document this on the "Controlled Medication Flow Sheet" by adding a circled letter ⒟ after your signature.

## Medication Refusal

Inmates have the option to refuse to take their medications.

If an inmate tells you they are not going to take their medication then follow the instructions under "Medical Errors, Refused Medication."

If you've dispensed the medication to the inmate and the inmate hands it back, refusing to take the medication.   You must do the following;
1. Fill out the small white medication envelope.
   a. Date – today's date
   b. For - inmate's name

Exhibit NN

     c.   Directions - name of the medication, amount and write "inmate refused"
     d.   Dr. – print your last name

2.   Place the medication in the envelope and seal the envelope.
3.   Then have the envelope placed in the medical department's box in booking.
4.   Then follow the instructions under "Medical Documentation - Medical Errors" to finish documenting the medication refusal.

NOTE:  If this is the second time the inmate refuses to take a medication an email needs to be sent to the nurse, stating the inmates name and the name of the refused medication.

## Missing Medications

If you cannot find an inmate's medication;

1.   Check all of the drawers of the medication cart; any refills will typically be located in the third drawer of the medication cart.
2.   If not there check to see if the inmates housing assignment was recently changed and have the deputy in that area check to see if the medications are in that area's medication cart.
3.   If it isn't there and depending on the time of day, day of the week, you can notify the nurse if available or your supervisor.
4.   Then, if the medications are missing, follow the instructions under "Medical Documentation - Medical Errors" to finish documenting the missing medication.

<u>Supervisors:</u>  If unable to locate the medication or the medication supply is out and there are refills left you may be able to call it in to the pharmacy depending on the day of the week and time of day.  You may also contact the nurse about the medication and at the very least notify the nurse by email, including the inmates name, name of the medication, the pharmacy and prescription number so it can be ordered.

Exhibit  NN

## 8. INTAKE OR RELEASE OF MEDICATION

## POLICY:

It is the policy of the Jail Division of the Sheriff's Office to appropriately handle medications being brought in and released to inmates housed in the Finney County Jail.

## PROCEDURE:

### Booking Inmates with or on Medications

When a person is brought to be lodged in jail they may have medication with them or during the medical screening they may tell you they are on prescription medication.

If an inmate has medication with them;
1. Check the label.
    a. Is the name on the label the same as the inmate's name?
    b. What's the date?
        i. Is the medication over a year old?
            1. If so, place it in the medical department's box.
        ii. Should the medication have been consumed based on the date?
            1. If so, place it in the medical department's box.
2. Check that the medication is all the same type of pills
    a. If the medication is a mixture of different pills then place it in the medical department's box.
3. Verify that the medication is what it is suppose to be.
    a. This can be done by either checking a drug book or by calling a pharmacy.
4. If everything checks out and is current then the medication can be setup for the inmate.
    a. If the inmate is under the influence of a drug or alcohol the medication can be withheld for 12 hours.
5. Send an email to jail staff about the inmate's medication.
6. If unsure about anything contact your supervisor for assistance.

If an inmate tells you they are on prescription medication;
1. Get as much information about the inmates medical condition and the medication the inmate is on for the medical screening.
2. Have the inmate fill out a NEF.
3. If the inmate has medications at home advise the inmate to contact a family member to bring the medication to the jail.
    a. If family will be bringing the medication to the jail send an email to jail staff advising this.
4. Print out the medical screening and place in the medical department's box with the NEF.
5. If unsure about anything contact your supervisor for assistance.

### Releasing Inmates with Medications

When an inmate is released from custody any prescription medication(s) is to be released with the inmate.

If an inmate is released to another facility, a copy of the MAR will be sent with the inmate along with any prescription medication(s) that an inmate is currently taking.  **Except** for the Kansas Department of Corrections; if the inmate is going to KDOC a copy of the MAR and an Albuterol inhaler for asthma, if prescribed, will be released with the inmate.  Do not send any other medications because they will not be accepted at the drop off site.

Any medications not released with the inmate or refused to be taken by the inmate will be placed in the medical department's box along with the MAR and any other medical papers.

Exhibit NN

## 9. MEDICAL EMERGENCIES

## POLICY:

It is the policy of the Jail Division of the Sheriff's Office to appropriately handle medical emergencies in a safe and humane way for any inmate housed in the Finney County Jail.

## PROCEDURE:

### Definition

There are two types of medical emergencies; life threatening and non-life threatening. What type of medical emergency it is determines what process is employed to obtain medical treatment for the inmate.

A life threatening emergency if not treated promptly may lead to death.

A non-life threatening emergency usually does not lead to death but needs to be treated as soon as possible.

If unsure whether the medical emergency is life threatening or non-life threatening err on the side of caution and treat as a life threatening emergency.

### Medical Emergency Determination

The deputy discovering the medical emergency will call for assistance then gather information from the inmate about what's going on, if possible, and monitor the inmate's condition and ABC's as taught in the first aid/CPR training.

When assistance arrives, the deputy discovering the medical emergency will brief the supervisor.

The supervisor will then determine the type of medical emergency it is and take the following action.

### Life threatening medical emergency

If a supervisor determines this is a life threatening medical emergency the supervisor or designee will contact dispatch to have EMS dispatched to the jail. This will be done for all life threatening medical emergencies.

The supervisor will then;

1. Have a deputy meet and escort EMS to the inmate's location.
2. Contact the patrol supervisor and advise the supervisor of the situation.
3. Have a deputy gather the necessary paperwork for the transport.
4. Possibly designate a deputy to ride along with EMS to the hospital until patrol or warrants takes over.
5. Have deputies' shakedown and cleanup the area for any contraband items left behind by EMS or anyone else.

### Non-life threatening medical emergency

If a supervisor determines this is a non-life threatening medical emergency the supervisor or designee will contact dispatch to have the patrol supervisor contact the jail supervisor.

The supervisor will then;

1. Advise the patrol supervisor of situation.
2. Have the inmate moved to booking if possible.

Exhibit NN

3. Have a deputy gather the necessary paperwork for the transport.
4. Have deputies assist the patrol deputy.
5. Have deputies' shakedown and cleanup the area for any contraband items.

## Returning Inmate

When an inmate returns from a medical emergency the paperwork needs to be taken to the nurse.  If the nurse is not available the supervisor needs to review the paperwork to see if there have been any treatments ordered or new prescriptions that needs to be addressed.   After review, an email will be sent to staff and the paperwork will be placed in the medical department box.  The supervisor will also determine where the inmate is to be housed if the classification Lieutenant and nurse are not available.

## Reports

The following reports will need to be submitted after the emergency is handled;

Medical Incident report – supervisor
Use of Force (if needed) - supervisor
Main Narrative report – discovering deputy
Supplemental reports – supervisor and other deputies involved or witnessed.

Exhibit  NN

## 10. PAYMENT FOR SERVICES

### POLICY:

It is the policy of the Jail Division of the Sheriff's office to recoup the costs of medical services for any inmate housed in the Finney County Jail.

### PROCEDURE:

All of those in the custody of the Sheriff's office will be provided appropriate medical services. No one will be denied access to appropriate medical services because of an inability to pay for those services.

Inmates who are seen by medical services staff or have prescriptions filled will be charged a service fee according to the following fee schedule:

Inmate initiated medical request     $5.00
Doctor/Dentist/ Emergency Room  $10.00
Prescription medication/refills       $5.00

Any unpaid service fees will be collected through the inmates commissary account or from subsequent incarcerations.

Any other outstanding medical bills will be turned over to a collection agency. The State of Kansas, by law, allows for the collection of unpaid medical expenses. Finney County Commissioners have authorized the collection of any unpaid medical expenses and they will be turned over to a collection agency.

Exhibit  NN