Finney County Sheriff's Office
Inmate Request for **NON-EMERGENCY** Health Care

**PLEASE PRINT**

Name: Paul Guebara        Date: 1-11-18
DOB: 3-18-63

Housing Assignment: Refused to acknowledge 17916

I request to see Jail medical when asked if he would    describe the nature of the
problem)                  sign, in response to NEF

Lab results

I don't want           long to know
that sample was lost    in my medical needs

Inmates will be assessed a          regardless of their ability
to pay. An inability to pay          care.

---

For Medical Staff use only:

Paul,

I don't have a sufficient apology for this but I wanted to let you know about your stool sample. Somewhere between the courier and the lab it was lost. I have called both to try to find it with no luck. I have no results to give the provider. So I really need a new sample. It will work like last time. As soon as you are ready for the supplies they will be given to you. Once done, put the sample in the cup and place it in the ziplock bag. I will take the sample to the lab myself to ensure it is not misplaced again. Again, I sincerely apologize!

Inmate: X [signature]     Date: X 1-11-18    M Newsome, RN

Deputy: Roberto Guzman

FISJ-M7-04

I can't make it appear so the only way to move forward is to get a new sample. Please provide one so we can...

EXHIBIT Q