## FINNEY COUNTY JAIL

NAME Paul Guebara                    BOOKING# 117916

DOB 3-18-63     ID# 16788           ALLERGIES NKA

| DATE | COMMENTS |
|---|---|
| 1-14-16 | Inmate seen in booking for elevated blood pressure. Rechecked BP manually and it was 174/102. He had just returned from Compass where his BP was 180/128. He has been refusing to take BP meds for months, regardless of medical advising him to do so and the risk of not getting his BP lowered. After another conversation regarding BP and its risks he agreed to take the meds as prescribed to "prove that they don't work." Will continue to monitor his BP for changes. ————— M. Newsome, RN |

FISJ-M3-08-05

EXHIBIT R