# Finney County Sheriff's Office
## Inmate Request for NON-EMERGENCY Health Care *2nd request*

### PLEASE PRINT

Name: _Paul Guevara_  Date: _8-25-17_

DOB: _3-8-63_ ID # _16788_  Booking # _117916_  Location: _C 1_

I request to see Jail medical staff for the following reason(s) (briefly describe the nature of the problem): _I have pain in my stomech & areas_

### ANSWER THE FOLLOWING

When did this problem start: _3 weeks ago_ Have you ever been treated for this in the past: Y N

Any other symptoms (like nausea, vomiting, fever, etc): _Diarriah_

Any past medical history: _no_

What have you tried to alleviate this (medicine or therapies): _no_

Current medications: _____

If you have stitches or staples when were they put in: _Please Dont treat my medical needs with deliberate in difference Case of my placement. I still have a right to medical help_

Inmates will be assessed a co-pay charge to their commissary account regardless of their ability to pay. An inability to pay this charge will not affect access to medical care.

---

For Medical Staff use only:

_Scheduled @ FCHD for an exam. M. Newsome, RN_

Inmate: _Paul Guevara_  Date: _8-25-17_

Deputy: _Bates, Clark_

FISJ-M7-13

EXHIBIT S