# Finney County Sheriff's Office
## Inmate Request for NON-EMERGENCY Health Care

**PLEASE PRINT**

Name: Paul Guebara                                  Date: 4-12-18

DOB: 3-18-63   ID # 16788   Booking # 117976   Location: E1

I request to see Jail medical staff for the following reason(s) (briefly describe the nature of the problem): my stomach hurts to the touch here is my stool sample Don't lose it again. I Don't believe its a Bacteria. It should not hurt to the touch.

**ANSWER THE FOLLOWING** Since im billed I want to be seen by a DR.

When did this problem start: 1 year 1/2 ago  you all dont pay for my visits!   Have you ever been treated for this in the past: Y/**N**

Any other symptoms (like nausea, vomiting, fever, etc): Short of Breath. nausea, Dizzy, Headhrts & chest pains stomach hurts.

Any past medical history: none.

What have you tried to alleviate this (medicine or therapies): none

I want results and I want to see a DR. they send me hospital bill

Current medications: N/A  so you all dont pay for nothing I should

If you have stitches or staples when were they put in: N/A  not be Denied treatment.

Inmates will be assessed a co-pay charge to their commissary account regardless of their ability to pay. An inability to pay this charge will not affect access to medical care.

---

For Medical Staff use only:

I have sent your Sample to the lab. Thank you for providing it. The results will be reviewed by the physician so further treatment can be determined. M. Newsome, R

X Paul Guebara                              date 4-12-18

Inmate: Paul Guebara                  Date: 4-12-18

Deputy: Roberts Crusman

FISJ-M7-13

**EXHIBIT T**