# Finney County Sheriff's Office
## Inmate Request for <u>NON-EMERGENCY</u> Health Care

<u>*PLEASE PRINT*</u>

Name: _Paul Guebara_  Date: _6-27-18_

DOB: _3-18-65_  ID # _16888_  Booking # _17786_  Location: _3/_

I request to see Jail medical staff for the following reason(s) (briefly describe the nature of the problem): _Don't order Meds_

**ANSWER THE FOLLOWING**

When did this problem start: _____ Have you ever been treated for this in the past: Y N

Any other symptoms (like nausea, vomiting, fever, etc): _____

Any past medical history: _____

What have you tried to alleviate this (medicine or therapies): _____

Current medications: _____

If you have stitches or staples when were they put in: _____

Inmates will be assessed a co-pay charge to their commissary account regardless of their ability to pay. An inability to pay this charge will not affect access to medical care.

---

For Medical Staff use only:

_Meds have not been ordered. We have enough in stock to cover if he decides to resume medications. M Newsome, RN_

Inmate: _[signature]_  Date: _6-27-18_

Deputy: _E. Shelley_

FISJ-M7-13

**EXHIBIT U**