# FINNEY COUNTY JAIL

**Medical Progress Note**                                    Date/Time: 9-17-15  1530

(X) New Visit  ( ) Follow-up

Inmate's Name: Paul Guebara

DOB: 3-18-63          SS#: _____

ID#: 16788           Allergies: NKA

---

**Subjective Complaint:** Pain in upper left abd.   **Duration:** 2 months
Started as pressure, now is pain. Food makes it worse but not eating doesn't make it go away. Sharp pain, can see bloating localized to that area only.

| Objective: | Vitals – BP: 158/100   P: 69   R: 16   T: 98²   POX: 99 |
|---|---|
| Head | |
| EENT | |
| Lungs/Chest | |
| Heart | |
| Abdomen | |
| GU/GYN | |
| Musculoskeletal | |
| Skin | |
| Neuro | |
| Other | |
| Labs/X-rays | |

**Provider/Nurse Assessment:** Hx of high BP (was sent to ER c̄ 200's/100's) BS active x4. No visable anomalies on chest/abd. Area on upper left abd

**Plan:** Notify APRN of findings and reported symptoms. Schedule for F/u, start on Omeprazole 20 mg BID x15 #28 ØRF  H/O APRN.

Scheduled 9/28/15 @ 0930

**Follow-up:**

**Patient Education:**

M. Newsome, RN                               9-17-15
Provider/Nurse Signature                       Date

**EXHIBIT V**

Revised 2/15