Case 5:19-cv-03025-JAR   Document 217-44   Filed 07/20/23   Page 1 of 2

| | |
|---|---|
| St Catherine Hospital | Guebara, Paul |
| 401 E Spruce | MRN: CEUL3017210, DOB: 3/18/1963, Sex: M |
| GARDEN CITY KS 67846 | Adm: 9/24/2018, D/C: 9/24/2018 |

## 09/24/2018 - Admission (Discharged) in St Catherine Hospital  Main OR
## FACESHEET (continued)

**Clinical Notes (continued)**

### Kurt Kessler MD
**General, Vascular, and Thoracic Surgery**
Siena Healing Arts Building, 311 East Spruce
Garden City, Kansas 67846
Phone (620)-271-3100, Cell 640-7600, Fax 620-275-3743

GUEBARA, PAUL
DOB: 3/18/1963 (55 yrs) Male
Admit Date: 9/24/2018
MRN: CEUL3017210 HAR: 1200540963

128308600

**Patient Name:** Guebara  Paul
**Date of Birth:** 03/18/1963
**Patient ID/Social Security No.:** 5854
**Referring Physician:** Jenna Fry, PA
**Date:** Sunday, September 23, 2018
**Age:** 55

### History and Physical

**CC:** Abdominal pain
**HPI:** Inmate from the jail to has left upper quadrant pain for two years. This is worse recently he says he has no rectal bleeding. He has no change in bowel habits. He has a sister with colon cancer at age 40. The patient has had a CT scan which shows fatty liver and sliding hiatal hernia and borderline splenomegaly he has aortic atherosclerosis. He had an echocardiogram which showed normal right ventricular size and systolic function, normal left ventricular size systolic function and wall thickness with an ejection fraction of 60%. It does not appear that he has valvular heart disease. He had a stress test. He had a carotid duplex which shows no hemodynamically significant stenosis. He has had stool cultures which were all negative. He has stopped taking his antihypertensive and jail.
**PMH:**
  **Surgical:** Previous tracheostomy
  **Medical:** History of hepatitis diagnosed at the health department
  **Anesthetic History:** The patient has trouble opening his mouth and difficulty with insertion of breathing to
**Medications:** None.
**Allergies:** Penicillin questionably
**Social History:**
  **Marital History:** Single
  **Employment:** Incarcerated
  **Smoking History:** Nonsmoker.
  **Alcohol History:** No excessive alcohol use.
**Family History:** Sister with colon cancer, mother with stroke, aunt with breast cancer, grandfather with heart attack, family history of hypertension
**System review:**
  **Neurologic disease:** No history of siezures, cranial injury, dementia, cerebrovascular event, transient ischemic event, or ataxia. No history of depression.
  **Hematologic:** No history of coagulation disorders, venous thrombosis, hemolysis, hemoglobinopathies, or anemia. No history of immune disorder.
  **Endocrine:** No known history of diabetes, thyroid disease, or other endocrinopathy.
  **Pulmonary:** No history of chronic obstructive, reactive or restrictive airway disease.
  **Cardiac:** No history of congenital cardiac disease. No history of valvular heart disease. No history of ischemic heart disease. No history of angina. No history of hypertension. No symptoms of congestive heart failure.
  **Gastrointestinal:** No previous history of acid peptic disease, stomach ulcers, or reflux No history of inflammatory bowel disease. No history of large or small bowel neoplasia. No history of biliary or pancreatic disease.
  **Urinary tract:** No recurrent infections. No history of hematuria, nocturia, frequency, or incontinence. No history of renal stones.
  **Integument:** No previous history of malignancy, chronic skin disease, or ulceration.
  **Musculoskeletal:** No arthritis, collagen vascular disease or major deformity.
**Physical Exam:**
  **HEENT:** Atraumatic, normocephalic, without scleral or mucosal icterus.
     Cranial nerves are grossly intact
  **Neck:** Tracheostomy scar
  **Chest:** Clear to auscultation bilaterally.

Case 5:19-cv-03025-JAR   Document 217-44   Filed 07/20/23   Page 2 of 2

St Catherine Hospital          Guebara, Paul
401 E Spruce                   MRN: CEUL3017210, DOB: 3/18/1963, Sex: M
GARDEN CITY KS 67846           Adm: 9/24/2018, D/C: 9/24/2018

## 09/24/2018 - Admission (Discharged) in St Catherine Hospital  Main OR
## FACESHEET (continued)

**Clinical Notes (continued)**

**Back:** Not done on this examination.
**Heart:** Regular rate and rhythm without gallop, murmur, or extrasystole.
**Abdomen:** Soft, nontender, without organomegaly.
**G.U.:** Not done on this examination.
**Breast:** Not done on this examination.
**Rectal:** Not done on this examination.
**Neurological:** Intact, without obvious focal deficits.
**Musculoskeletal:** No obvious deformity.
**Extremities:** Without cyanosis, clubbing or edema.
**Integumentary:** No obvious lesions.
**Pertinent lab findings:** White count 6.8 with hemoglobin 15.9 and platelet count 230. Hemoglobin A1c of 5.6. Normal electrolytes BUN and creatinine. AST is mildly elevated at 58 and ALT mildly elevated at 87 TSH is 4 which is normal
**Pertinent x-ray findings:** None.
**Impression/Differential diagnosis:** Hepatitis, acid peptic disease, colitis colon cancer or colon polyps
**Plan:** We discussed upper endoscopy and colonoscopy with the patient. We discussed the potential complications of bleeding and perforation. We discussed the potential need for surgical intervention should these complications occur. The patient wants to proceed

Signed, Kurt Kessler MD

Guebara Paul
Sunday, September 23, 2018  13:54:06.8760000
cc:Jenna Fry, PA
5854