ID# 16788

# FINNEY COUNTY JAIL
## REPORT OF MEDICAL TREATMENT

Arrestee's Name: **Paul Guebara**  DOB: **3-18-63**

Deputy's Name: _____

Transported to: **Genesis**  Date: **5-31-18**  Time: **0940**
(Providers name)

____ Subject treated and released to Deputy.

____ Subject admitted to hospital by attending physician.

Nature of injuries or illness:
**CT Scan results and discuss continued stomach pain**

Injured or Ill: ___ Before arrest ___ During arrest ___ After arrest ___ Intoxicated

Briefly describe circumstances:
_____

Medical treatment given to subject:
**Pt has chosen to not take omeprazole and has refused amlodipine for several days.**

### THE FOLLOWING IS TO BE COMPLETED BY THE ATTENDING PHYSICIAN

In your opinion, is the physical condition of this person such that he/she may be lodged in Jail?

**X** Yes  ___ No

Comments:
**Pt continues to refuse tx for HTN, pt aware he could have a stroke or cardiovascular event, but still refuses**

Medication/Treatment Prescribed:
**Will send referral to general surgery for EGD and colonoscopy for pt's continued LUQ pain. Will send results of lab over when available**

Attending Physician's signature: **Amy PA-C**  Date: **5-31-18**

Routing: Orig. - Medical

FISJ-M-03/07

**EXHIBIT X**