ID# 16788

# FINNEY COUNTY JAIL
## REPORT OF MEDICAL TREATMENT

Arrestee's Name: **Paul Guebara**   DOB: **3-18-63**

Deputy's Name: _____

Transported to: **Genesis Family Health**   Date: **4-30-18**   Time: **1100**
(Providers name)

_____ Subject treated and released to Deputy.

_____ Subject admitted to hospital by attending physician.

Nature of injuries or illness:
Abdominal pain over the last several months, especially after eating. Labs done at Finney Co Health Dept in Oct (can't access from the jail to provide). Stool sample collected, see results.

Injured or Ill: ___ Before arrest ___ During arrest ___ After arrest ___ Intoxicated

Briefly describe circumstances:
_____
_____
_____

Medical treatment given to subject:
_____
_____
_____

## THE FOLLOWING IS TO BE COMPLETED BY THE ATTENDING PHYSICIAN

In your opinion, is the physical condition of this person such that he/she may be lodged in Jail?

**X** Yes ___ No

Comments:
Will send RXs to Dillons E
_____

Medication/Treatment Prescribed:
Recommend cardiology referral for chest pain.
Recommend starting Omeprazole 40mg 1 po QD #90, 3 refills
Schedule CT scan abdomen w/wo contrast for LUQ abd pain
Start Amlodipine 5mg 1 tab po QD #90, 3 refill
Return check up 6 wks

Attending Physician's signature: _____   Date: **4/30/18**

Routing: Orig. - Medical

FISI-M-03/07

**EXHIBIT Z**