UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAUL GUEBARA
    PLAINTIFF

V.

FINNEY COUNTY SHERIFFS DEPT.
KEVIN BASCUE
KYLE LAWSON
JEFF OREBAUGH
MARK WELSH
MICHELLE NEWSOME
FINNEY COUNTY HEALTH DEPT.
HAROLD PERKINS
GRETCHEN DOWDY
HANNAH DOUTY (BRITT)

Case No. 5:19-CV-03025-JAR

NOTICE OF OBJECTION TO THE COURTS FINDING
FOR SUMMARY JUDGMENT
AND OBJECTION TO GRANTING DEFAULT DEFENDANT SUMMARY JUDGMENT

Comes Now. Paul Guebara and serves notice of the forgoing objection. plaintiff moving as an indigant pro se litigant, would strongly object to granting non-appearing party Gretchen Dowdy,

PAUL GUEBARA # 40223
E.C.F. PO. BOX 107
Ellswoth KANSAS 67439

CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed using the C/M ECF system who will send notice of electronic filing to all counsel of record. 12/26/23

PAUL GUEBARA # 40223
E.C.F.PO.BOX 107
Ellsworth Kansas 67439