# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**PAUL GUEBARA,**

        **Plaintiff,**

v.                                              Case No. 5:19-CV-3025-JAR

**KEVEN BASCUE,**
**MARK WELSH,**
**JEFF OREBAUGH,**
**KYLE LAWSON,**
**MICHELLE NEWSOME,**
**FINNEY COUNTY HEALTH DEPARTMENT,**
**HAROLD PERKINS,**
**GRETCHEN DOWDY,**
**HANNAH DOUTY,**

        **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Defendants Keven Bascue, Mark Welsh, Jeff Orebaugh, Kyle Lawson, Michelle Newsome, Finney County Health Department, Harold Perkins, and Hannah Douty were dismissed from this action consistent with the Memorandum and Order (Doc. 241) filed on December 1, 2023.**

**Plaintiff recovers nothing, the action is dismissed on the merits, and the defendants shall recover costs from plaintiff consistent with the Memorandum and Order (Doc. 251) filed on May 16, 2024.**

| | |
|---|---|
| 05/16/2024 | SKYLER B. O'HARA |
| Date | CLERK OF THE DISTRICT COURT |
| | |
| | by: s/ Megan Garrett |
| | Deputy Clerk |