UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAUL GUEBARA
    PLAINTIFF

V.

FINNEY COUNTY SHERIFFS DEPT.
KEVIN BASCUE
KYLE LAWSON
JEFF OREBAUGH
MARK WELSH
MICHELLE NEWSOME
FINNEY COUNTY HEALTH DEPT.
HAROLD PERKINS
GRETCHEN DOWDY
HANNAH DOUTY (BRITT)

Case No. 5:19-CV-03025-JAR

## NOTICE OF APPEAL

Plaintiff Paul Guebara a pro se indigant litigant hereby serves notice of intent to appeal all adverse ruling in the above captioned case and order entered on 5/16/2024. Doc 251.

*Paul Guebara*
PAUL GUEBARA # 40223
E.C.F. PO.BOX. 107
Ellsworth kansas. 67439

certificate of service

I certify that I filed the foregoing notice by using the electronic filing system who will send Notice to all counsel of record. on 5/22/2024